# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC <br><br> PLAINTIFF(S) <br><br> v. <br><br> DESCENDENT STUDIOS INC. , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:20–cv–00089–DOC–JDE <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____          ____          ____

Date Filed        Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: January 17, 2020         By: /s/ *Luz Hernandez  luz_hernandez@cacd.uscourts.gov*
                Deputy Clerk