UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LITTLE ORBIT, LLC,** a California Limited Liability Company<br><br>*Plaintiff,*<br><br>v.<br><br>**DESCENDENT STUDIOS, INC.,** a Texas Corporation<br><br>and<br><br>**ERIC PETERSON,** an Individual,<br><br>*Defendants.* | Civil No. 8:20-cv-00089-DOC-JDE |

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R.8-3)**

Complaint Served: January 17, 2020

Current Response Date: February 20, 2020

New Response Date: February 28, 2020

Respectfully Submitted this 18th Day of February, 2020:

By:  */s/ Michael C. Whitticar*
      Counsel

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:  571-386-2980
Fax:  855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Defendants*
*Pro Hac Vice Planned*

By: /s/ M. Danton Richardson
        Counsel

M. Danton Richardson(State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
LAW OFFICE OF M. DANTON RICHARSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
E-mail: mdantonrichardson@yahoo.com
        leo.law.55@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th Day of February, 2020, the foregoing Stipulation was filed with the Court's CM/ECF system and was served on the following counsel of record:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:  571-386-2980
Fax: 855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Defendants*
*Pro Hac Vice Planned*

    /s/ M. Danton Richardson
    M. Danton Richardson