NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Nada I. Shamonki, Esq. (SBN: 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, California 90067
Phone:  310-586-3200; Fax:  310-586-3202
nshamonki@mintz.com

ATTORNEY(S) FOR: Defendants DESCENDENT STUDIOS INC. and ERIC PETERSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LITTLE ORBIT LLC, a California Lmited Liability Company,

Plaintiff(s),

v.

DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,

Defendant(s)

CASE NUMBER:
8:20-cv-00089-DOC-JDE

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants DESCENDENT STUDIOS INC. and ERIC PETERSON
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Little Orbit LLC | Plaintiff |
| Descendent Studios Inc. | Defendant |
| Eric Peterson | Defendant |

February 28, 2020
Date

/s/ Nada I. Shamonki
Signature
Nada I. Shamonki

Attorney of record for (or name of party appearing in pro per):
Defendants DESCENDENT STUDIOS INC. and ERIC PETERSON

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES


American LegalNet, Inc.
www.FormsWorkFlow.com

1 **CERTIFICATE OF SERVICE**

2   I, the undersigned, certify and declare that I am over the age of 18 years,
3 employed in the County of Los Angeles, State of California, and am not a party to the
4 above-entitled action.

5   On February 28, 2020, I filed a copy of the following document(s):

6 **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

7 By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
8

9 - **Leo Edward Lundberg , Jr**
10   leo.law.55@gmail.com
11 - **Michael Danton Richardson**
12   mdantonrichardson@yahoo.com

13

14   Executed on February 28, 2020, at Los Angeles, California.  I hereby certify
15 that I am employed in the office of a member of the Bar of this Court at whose
16 direction the service was made.

17                                   /s/ Diane Hashimoto_____
                                      Diane Hashimoto
18

19 97185049v.1
20
21
22
23
24
25
26
27
28