NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*pro hac vice forthcoming*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendants
DESCENDENT STUDIOS INC. and
ERIC PETERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                             Plaintiff,<br><br>     vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>                             Defendants. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**DEFENDANT DESCENDENT STUDIOS INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1**<br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:   1/16/2020 |

1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant DESCENDENT STUDIOS INC. states that it has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Dated:  February 28, 2020　　　　　　　MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

By   /s/ Nada I. Shamonki
　　　Nada I. Shamonki

Attorneys for Defendants
DESCENDENT STUDIOS INC. and
ERIC PETERSON

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On February 28, 2020, I filed a copy of the following document(s):

**DEFENDANT DESCENDENT STUDIOS INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on February 28, 2020, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto

97185049v.1