NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*pro hac vice forthcoming*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>　　　　　　　　Defendants. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**EXHIBIT A TO DESCENDENT STUDIOS INC.'S COUNTERCLAIM**<br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:　1/16/2020 |
| DESCENDENT STUDIOS INC., a Texas corporation,<br><br>　　　　　　　　Counterclaimant,<br><br>　　vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　　Counterdefendant. | |

# EXHIBIT A



SUBSCRIBE

| POPULAR | New World | Chivalry 2 | The Witcher: Season 2 | Hardspace: Shipbreaker | Fort |

PC Gamer is supported by its audience. When you buy through links on our site, we may earn an affiliate commission. Learn more

# A messy legal dispute puts the Descent reboot in a nosedive

By Andy Chalk  2 days ago

**It sounds like the Descent reboot that was Kickstarted in 2015 is done, and not in the good way.**



Descent (2019) Gameplay Teaser



DEFENDANT'S EXHIBIT A

**PC GAMER** SUBSCRIBE 

launched on Steam Early Access later that year, was removed from Early Access in 2017 so developers could "focus on implementing single-player, tech trees, and the other cool features," and was then slated for proper beta testing (renamed as simply Descent) in late 2018, followed by a planned release in 2019. It then seemed to fall off the face of the Earth.

It's not clear whether the 2018 beta actually took place, although activity on the Descendent Studios Twitter feed suggests that it did. But the last game-related tweet was posted in July 2019, the Descendent website is gone, and publisher Little Orbit filed a lawsuit against the developer in January over its failure to complete the game.

The lawsuit claims that Descendent has missed multiple milestones and scheduled release dates, going as far back as May 2018, and failed to meet the quality standards set in the publishing deal. That, the suit states, arises from the fact that "certain key personnel" left the developer during the game's production and weren't replaced by "equally competent personnel," which left the studio incapable of delivering the game as promised.

"As a result of Descendent's repeated failures to meet the agreed upon delivery dates, the parties discussed ways for Descendent to still be able to deliver the Game. Those discussions culminated in the Parties agreeing to a 'Terms Sheet' dated November 28, 2018," the suit states.

**RECOMMENDED VIDEOS FOR YOU...** 

13 Skyrim mods you absolutely need

Finding the best mods for Skyrim is a tricky business. There's over 50,000 to choose from ...



PLAY SOUND



SUBSCRIBE

extended delivery date for the final PC version of the game of January 25, 2019 in order to release the game in February. Descendent failed to meet the extended delivery date given the deliverable actually provided by Descendent on January 25, 2019 was rejected as the Final PC Version, having failed to meet the definition of 'Final Version' in the Original Agreement."

The suit also alleges that Descendent CEO Eric Peterson has made "multiple false and disparaging statements" about the publisher in order to cover up the mess it's made, including that Little Orbit is "holding it hostage trying to get the rights from us," that the publisher can't actually afford the marketing and console development costs, and that Little Orbit has an abusive "pattern of behavior" toward developers when projects run into trouble.



**Descendent Studios**
@DescStudios

The PC version is nearly done, needs about 2-4 weeks of polish and 4 weeks of Beta - been that way since Feb - just need to leap over a breach of someone else's doing
twitter.com/FeralPurpleCat…

Eruedraith @FeralPurpleCat
@DescStudios What I got to play of Descent: Underground was awesome and takes me back. Losing any of you all is a travesty frankly for the industry. We love ya!

27   11:54 PM - Jul 4, 2019

See Descendent Studios's other Tweets

Complicating the situation further, Little Orbit also believes that Interplay has canceled its Descent licensing deal with the developer. "That means Little Orbit has now lost the rights to this valuable trademark as a result of Descendent's repeated breaches of the Agreement and Term Sheet," the suit states. "The loss of the Descent trademark also further devalues what work has been done to develop the Game."

If the allegations are accurate, it sounds unlikely that the Descent reboot will ever see the light of day, which is a shame. Fortunately for anyone who was looking forward to it, there are some other good options out there: The 2018 spiritual successor Overload is quite good, and personally I really like the more narrative-focused Retrovirus from 2013 (which is also quite a bit cheaper).

The lawsuit says that the "significant and extensive damages and financial injury" suffered by Little Orbit hasn't yet been determined, but is not less than $2 million. I've reached out to

        SUBSCRIBE

gamersfirst.com apologizing for the frustration and lack of communication with Descent Kickstarter backers.

"Little Orbit remains under non-disclosure, and we are engaged in an active lawsuit, so we are severely limited in what we can share at this time," he wrote. "With that in mind, I do want to say the following:"

- Descendent Studios has shut down their website/forums and ceased working on the game. This was made public by their CEO Eric Peterson some time ago.
- Since then, we have made every attempt to resolve this matter without legal action, but all of those efforts have failed.
- We did not receive any of the Kickstarter money, so we cannot refund any of those funds.
- Since we do not yet have a release date for the game, we have processed refunds for all of the pre-orders we took.

Scott added that Little Orbit has put "a significant amount of time, money, and effort" into the game, and in spite of all the troubles still intends to launch Descent as soon as possible.

GET NOTIFICATIONS FROM PC GAMER

### Andy Chalk

Andy covers the day-to-day happenings in the big, wide world of PC gaming—the stuff we call "news." In his off hours, he wishes he had time to play the 80-hour RPGs and immersive sims he used to love so much.

LATEST



SUBSCRIBE

SEE MORE LATEST ▶

SEE COMMENTS

**TOPICS**

FPS | DESCENT | DESCENT: UNDERGROUND

ALSO ON **PC GAMER**

| GOG's new refund policy is way more ... | Grimes reveals how her Cyberpunk 2077 ... | Steam's search function just got a ... | Path of E might be |
|---|---|---|---|
| 5 hours ago · 71 comments | a day ago · 17 comments | a day ago · 47 comments | 6 hours ag |
| GOG has made a change to its refund policy, simplifying the process and letting ... | In December, CD Projekt announced that musician Grimes would provide the ... | (Image credit: Valve) With so many games on Steam, and no system of quality ... | Dungeon-c adventurer their hands |

**PC Gamer Comment Policy**

We want PC Gamer to be a welcoming place for everyone to discuss games. Please don't be a jerk.

Please read our **Comment Policy** before commenting.



**18 Comments**    **PC Gamer**    🔒 Disqus' Privacy Policy    **1 Login** ▾

♡ Recommend 1    🐦 Tweet    f Share      Sort by Newest ▾

 Join the discussion…

LOG IN WITH      OR SIGN UP WITH DISQUS 

Name

I was one of the Beta testers and played through the single player campaign. While it still needed some optimization and bug fixes, I can vouch it was a complete campaign when the plug was pulled.

1 ∧ | ∨ • Reply • Share ›

**BeaveVillage** • 2 days ago

The biggest thing Descent 3 was missing was the soundtrack style from the first two games, it was too different and not as memorable. To this day I still have Descent 1 & 2 tunes in my head.

∧ | ∨ • Reply • Share ›

**Eric Peterson** • 2 days ago • edited

Well, let's say Descendent Studios will be answering soon - and the truth will come out in the process. Anyone can file a lawsuit and say anything in it. Hopefully the author here will update when the answer is filed. Being a small Dev is difficult business these days. We stand by our work. Let's hope folks get to experience it.

3 ∧ | ∨ 2 • Reply • Share ›

> **Seth Brown** → Eric Peterson • a day ago
>
> Really sorry to hear about this mess Eric. I hope everything works out for you guys in the end. :(
>
> ∧ | ∨ • Reply • Share ›

> **GeraltOfButleria** → Eric Peterson • 2 days ago • edited
>
> What truth? We'll never get that, it's always just he-said-she-said in cases like this and the truth gets buried under all the name calling.
>
> 1 ∧ | ∨ • Reply • Share ›

>> **Eric Peterson** → GeraltOfButleria • a day ago
>>
>> The Truth comes out in discovery, in documentation, and it just depends upon whether people are paying attention. And remember, we didn't file this lawsuit, but we will answer it.
>>
>> 1 ∧ | ∨ • Reply • Share ›

>>> **HotNSpicy** → Eric Peterson • a day ago
>>>
>>> Isn't sensitive information obtained during Discovery normally redacted by the courts?
>>>
>>> ∧ | ∨ • Reply • Share ›

**Apparition** • 2 days ago

Another example of why I stopped backing video game crowdfunding campaigns. I learned the hard way after backing Star Citizen in 2012.

2 ∧ | ∨ 1 • Reply • Share ›


SUBSCRIBE

2 ^ ∨ • Reply • Share ›

**Eric Peterson** → Mike D • 2 days ago

Hah, thanks Mike, good times those were.

2 ^ ∨ • Reply • Share ›

**White Razor** • 2 days ago

Oh yeah, I backed that project. Damn

^ ∨ • Reply • Share ›

**Eric Peterson** → White Razor • 2 days ago

Thanks - we hope to be able to publish our work when this gets finished.

^ ∨ • Reply • Share ›

**nezimar** • 2 days ago

Fortunately if you just want solid Descent gameplay from the original developers, there's already Overload. Smart of them to skip trying to get the rights from that rotting husk known as Interplay.

8 ^ ∨ • Reply • Share ›

**Bumpy** → nezimar • 2 days ago

Yup, it's pretty much the perfect Descent for modern times and hardware.
The VR is simply stunning with all the bells and whistle features one could want.
Highly recommend a purchase at GoG.com

^ ∨ • Reply • Share ›

**johann jensson** → Bumpy • 2 days ago

Since when does Overload have VR? Didn't know that.

^ ∨ • Reply • Share ›

**Jin Kisaragi** → nezimar • 2 days ago

Another good alternative, with a roguelike twist, is Sublevel Zero.
https://store.steampowered....

4 ^ ∨ • Reply • Share ›

**GeraltOfButleria** → Jin Kisaragi • 2 days ago

I was about to say the same about Sublevel Zero, but yeah, good game, if the roguelike elements don't put you off. Personally not a huge fan of roguelikes, and that's why I think Overload is more to my liking and more faithful to the original Descent. But still, can't deny that I enjoyed Sublevel Zero, too.

^ ∨ • Reply • Share ›

**I Will Haunt You** • 2 days ago



SUBSCRIBE

Subscribe   Add Disqus to your siteAdd DisqusAdd   Do Not Sell My Data

Advertisement

RECOMMENDED



SUBSCRIBE 

## Horizon: Zero Dawn for PC appears on Amazon



Subscribe & save SPONSORED

### ✉ PC GAMER NEWSLETTER

Sign up to get the best content of the week, and great gaming deals, as picked by the editors.

No spam, we promise. You can unsubscribe at any time and we'll never share your details without your permission.

Advertisement

**PC GAMER**   SUBSCRIBE

1  The best cheap gaming keyboards in 2020

2  The best board games

3  The best microphone f

4  The best wireless gami

5  The best 4K monitor fo

Advertisement

 

## Descent deals

    amazon    $7.04  VIEW

    amazon    $11.99  VIEW

We check over 130 million products every day for the best prices

POWERED BY PC GAMER

PC Gamer is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.

About Us

Terms and conditions

Privacy policy

Cookies policy

Advertise with us

2/26/2020
A messy legal dispute puts the Descent reboot in a nosedive | PC Gamer
Case 8:20-cv-00089-DOC-JDE Document 15 Filed 02/28/20 Page 14 of 15 Page ID #:94

**PC GAMER**

SUBSCRIBE 

© Future US, Inc. 11 West 42nd Street, 15th Floor, New York, NY 10036.

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On February 28, 2020, I filed a copy of the following document(s):

**EXHIBIT A TO DESCENDENT STUDIOS INC.'S COUNTERCLAIM**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on February 28, 2020, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto

97214256v.1