Name and address:
NADA I. SHAMONKI (SBN: 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LITTLE ORBIT LLC,

Plaintiff(s),

v.

DESCENDENT STUDIOS INC., et al.,

Defendant(s),

CASE NUMBER
8:20-cv-00089-DOC-JDE

**APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
*PRO HAC VICE***

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee**. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Whitticar, Michael C.

*Applicant's Name (Last Name, First Name & Middle Initial)*                         check here if federal government attorney ☐

Nova IP Law, PLLC

*Firm/Agency Name*

7420 Heritage Village Plaza                    (571) 386-2980              (855) 295-0740
Suite 101                                       *Telephone Number*          *Fax Number*

*Street Address*

Gainesville, VA 20155                          mikew@novaiplaw.com

*City, State, Zip Code*                                                     *E-mail Address*

**I have been retained to represent the following parties:**

Descendent Studios Inc.                        ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☒ *Other:* _____

Eric Peterson                                  ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Commonwealth of Virginia | 11/4/1991 | Y |
| U.S.D.C. for the Eastern District of Virginia | 7/8/1994 | Y |
| U.S.D.C. for the Western District of Virginia | 9/9/1996 | Y |

G-64 (02/20)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*         Page 1 of 3


American LegalNet, Inc.
www.FormsWorkFlow.com

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 5:20-cv-00071-DMG-SP | Strategic Global Research and Development Inc., v Amarantus Bioscience Holdings, Inc., et al. | 3/16/2020 | TBD |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 3/5/2020

Michael C. Whitticar
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Shamonki, Nada I.
*Designee's Name (Last Name, First Name & Middle Initial)*

Mintz Levin Cohn Ferris Glovsksy and Popeo, P.C.
*Firm/Agency Name*

2029 Century Park East

Suite 3100
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

(310) 586-3200
*Telephone Number*

(310) 586-3202
*Fax Number*

nshamonki@mintz.com
*Email Address*

205359
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated March 13, 2020

Nada I. Shamonki
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

**Admitted State and Federal Courts (Court; Date Admitted; Good Standing Y/N) – Continued:**

U.S.D.C. for the District of Columbia; 10/6/2014; Y
U.S.D.C. for the District of North Dakota; 6/1/2017; Y
United States Court of Appeals for the Federal Court; 10/30/2002; Y
United States Court of Appeals for the Fourth Circuit; 1/29/1998; Y
United States Court of Appeals for the Third Circuit; 5/3/2000; Y *Currently Inactive*

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

**MICHAEL CHRISTIAN WHITTICAR**

was admitted to practice as an attorney and counsellor at the bar of this Court on November 4, 1991.

I further certify that so far as the records of this office are concerned, MICHAEL CHRISTIAN WHITTICAR is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court

This 11th day of March A.D. 2020

By: _____
*Deputy Clerk*