NADA I. SHAMONKI (SBN: 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, <br><br> Plaintiff(s) <br> v. <br><br> DESCENDENT STUDIOS INC., et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 8:20-cv-00089-DOC-JDE <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Whitticar, Michael C.      of     **Nova IP Law, PLLC**
*Applicant's Name (Last Name, First Name & Middle Initial)*           7420 Heritage Village Plaza, Suite 101
(571) 386-2980      (855) 295-0740                Gainesvilled, VA 20155
*Telephone Number*     *Fax Number*
mikew@novaiplaw.com
*E-Mail Address*                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Descendent Studios Inc. and Eric Peterson

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Shamonki, Nada I.                of   **Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.**
*Designee's Name (Last Name, First Name & Middle Initial)*        2029 Century Park East, Suite 3100
205359       (310) 586-3200     (310) 586-3202      Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
nshamonki@mintz.com
*E-Mail Address*                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
             ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

                                                   **U.S. District Judge/U.S. Magistrate Judge**