# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC,<br><br>          Plaintiff(s)<br> v.<br><br>DESCENDENT STUDIOS INC., et al.,<br><br>          Defendant(s). | CASE NUMBER<br><br>8:20-cv-00089-DOC-JDE<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Whitticar, Michael C.    of    **Nova IP Law, PLLC**
*Applicant's Name (Last Name, First Name & Middle Initial)*    7420 Heritage Village Plaza, Suite 101
(571) 386-2980    (855) 295-0740    Gainesvilled, VA 20155
*Telephone Number*    *Fax Number*
mikew@novaiplaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Descendent Studios Inc. and Eric Peterson

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Shamonki, Nada I.    of    **Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.**
*Designee's Name (Last Name, First Name & Middle Initial)*    2029 Century Park East, Suite 3100
205359    (310) 586-3200    (310) 586-3202    Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
nshamonki@mintz.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** March 18, 2020    *[signature: David O. Carter]*
                        **U.S. District Judge**