UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LITTLE ORBIT, LLC,** a California Limited Liability Company<br><br>*Plaintiff,*<br><br>v.<br><br>**DESCENDENT STUDIOS, INC.,** a Texas Corporation<br><br>and<br><br>**ERIC PETERSON,** an Individual,<br><br>*Defendants.* | Civil No. 8:20-cv-00089-DOC-JDE |

**STIPULATION TO EXTEND TIME TO RESPOND TO CROSS-COMPLAINT BY <u>NOT MORE THAN 30 DAYS</u> (L.R.8-3)**

Cross-complaint Served: February 28, 2020

Current Response Date: March 20, 2020

New Response Date: April 3, 2020

Respectfully Submitted this 16th Day of March, 2020:

By: */s/ Nada I. Shamonki*
         Counsel

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Defendants*
*Pro Hac Vice Planned*


By: /s/ M. Danton Richardson
       Counsel

M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
LAW OFFICE OF M. DANTON RICHARSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
E-mail: mdantonrichardson@yahoo.com
      leo.law.55@gmail.com
*Counsel for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th Day of March, 2020, the foregoing Stipulation was filed with the Court's CM/ECF system and was served on the following counsel of record:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:  571-386-2980
Fax:  855-295-0740
Email: mikew@novaiplaw.com
*Counsel for Defendants*

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
*Counsel for Defendants*

        /s/ M. Danton Richardson
        M. Danton Richardson