# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LITTLE ORBIT, LLC, )
a California Limited Liability Company )
)
    *Plaintiff,* )
) Civil No. 8:20-cv-00089-DOC-JDE
v. )
)
DESCENDENT STUDIOS, INC., )
a Texas Corporation )
)
and )
)
ERIC PETERSON, )
an Individual, )
)
    *Defendants.* )
                         )

## ORDER EXTENDING TIME TO RESPOND TO CROSS-COMPLAINT BY <u>NOT MORE THAN 30 DAYS</u> (L.R.8-3)

Cross-complaint Served: February 28, 2020

Current Response Date: March 20, 2020

New Response Date: April 3, 2020


IT IS SO ORDERED

Date:  March 20, 2020

*/s/ David O. Carter*
_____
Hon. David O. Carter