1  M. DANTON RICHARDSON (State Bar No. 141709)
   mdantonrichardson@yahoo.com
2  LEO E. LUNDBERG, JR. (State Bar No. 125951)
   leo.law.55@gmail.com
3  LAW OFFICE OF M. DANTON RICHARDSON
4  131 N. El Molino Ave., Suite 310
   Pasadena, CA 91101
5

6  ***Attorneys for Plaintiff,***
   LITTLE ORBIT LLC
7

8                  **UNITED STATES DISTRICT COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**

10 LITTLE ORBIT LLC, a California Limited ) Case No.: 8:20-cv-00089-DOC-JDE
11 Liability Company,                     )
                                          ) Judge:        Hon. David O. Carter
12           Plaintiff,                   )
                                          )
13      vs.                               ) **JOINT REPORT AS TO STATUS AND**
                                          ) **REQUEST FOR CONTINUANCE OF**
14                                        ) **SCHEDULING CONFERENCE DUE TO**
   DESCENDENT STUDIOS INC., a Texas       ) **PARTIES TENTATVE AGREEMENT**
15 corporation, and ERIC PETERSON, an     ) **TO RESOLVE THIS MATTER**
   individual,                            ) **THROUGH BINDING ARBITRATION**
16
17           Defendants.                  )
                                          )
18 _____    )
19                                        )
   DESCENDENT STUDIOS INC., a Texas       )
20 corporation,                           )
                                          )
21           Counterclaimant,             )
                                          )
22      vs.                               )
                                          )
23                                        )
24 LITTLE ORBIT LLC, a California Limited )
   Liability Company,                     )
25                                        )
           Counter Defendant.            )
26                                        )
27 _____    )
28

                                    1

1  Plaintiff/Counter-Defendant    Little    Orbit    LLC    ("Little    Orbit")    and
2  Defendant/Counterclaimant Descendent Studios Inc. ("Descendent") and Defendant Eric
3  Peterson, by and through their undersigned counsel report to the Court as follows:

4  As part of the early meeting of counsel, the parties have tentatively agreed in principle to
5  negotiate to resolve this matter through binding arbitration and are in the process of negotiating
6  the details of a formal agreement in that regard.  Such an agreement would make any further
7  proceedings before the Court unnecessary (except, perhaps, to retain jurisdiction to enforce any
8  arbitration award).

9  The parties therefore hereby jointly request a thirty (30) day continuance of the Scheduling
10  Conference to allow the parties time to complete  their negotiations and present to the Court a
11  stipulation regarding the disposition of this matter or otherwise comply with Court's Scheduling
12  Order.

13

14  Respectfully Submitted this 30th Day of April, 2020:

15

16  By:  */s/ Nada I. Shamonki*
     Counsel

17

18  NADA I. SHAMONKI (SBN 205359)
    MINTZ LEVIN COHN FERRIS GLOVSKY AND
19  POPEO P.C.
    2029 Century Park East, Suite 3100
20  Los Angeles, CA 90067
    Telephone: (310) 586-3200
21  Facsimile: (310) 586-3202
    Email: nshamonki@mintz.com
22  Counsel for Defendants

23

24  Michael C. Whitticar; VSB No. 32968
    NOVA IP Law, PLLC
25  7420 Heritage Village Plaza, Suite 101
    Gainesville, VA 20155
26  Tel:  571-386-2980
    Fax:  855-295-0740
27  E-mail: mikew@novaiplaw.com
    *Counsel for Defendants*
28  *Admitted Pro Hac Vice*

2

1

2

        By: /s/ M. Danton Richardson
        Counsel

3

4

M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
LAW OFFICE OF M. DANTON RICHARSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
E-mail: mdantonrichardson@yahoo.com
        leo.law.55@gmail.com
    *Counsel for Plaintiff*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th  Day of April 2020, the foregoing **JOINT REPORT AS TO STATUS AND REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE DUE TO PARTIES TENTATVE AGREEMENT TO RESOLVE THIS MATTER THROUGH BINDING ARBITRATION** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:   855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

/s/ M. Danton Richardson
M. Danton Richardson