M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101

*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>Defendants.<br>_____<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Counter Defendant.<br>_____ | Case No.: 8:20-cv-00089-DOC-JDE<br><br>Judge:   Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE DUE TO PARTIES TENTATVE AGREEMENT TO RESOLVE THIS MATTER THROUGH BINDING ARBITRATION** |

1

The Court having received and considered the Stipulation and Joint Request of Plaintiff/Counter-Defendant Little Orbit LLC ("Little Orbit") and Defendant/Counterclaimant Descendent Studios Inc. ("Descendent") and Defendant Eric Peterson for a thirty (30) day continuance of the Scheduling Conference to allow the parties time to complete their negotiations regarding their tentative agreement to resolve their dispute through binding arbitration and present to the Court a stipulation regarding the disposition of this matter; and finding good cause, the Scheduling Conference currently set for May 11, 2020, is hereby continued to June 8, 2020, at 8:30 a.m.

IT IS SO ORDERED:

_____
Hon. David O. Carter
United States District Judge

Respectfully Submitted

 /s/ M. Danton Richardson

M. Danton Richardson

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th Day of April 2020, the foregoing **[PROPOSED] ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE DUE TO PARTIES TENTATVE AGREEMENT TO RESOLVE THIS MATTER THROUGH BINDING ARBITRATION** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

/s/ M. Danton Richardson
M. Danton Richardson