**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, <br><br> Defendants. <br>_____<br><br> DESCENDENT STUDIOS INC., a Texas corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Counter Defendant.<br>_____ | Case No.: 8:20-cv-00089-DOC-JDE <br><br> Judge:     Hon. David O. Carter <br><br> **ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE DUE TO PARTIES TENTATVE AGREEMENT TO RESOLVE THIS MATTER THROUGH  BINDING ARBITRATION** |

The Court having received and considered the Stipulation and Joint Request of Plaintiff/Counter-Defendant Little Orbit LLC ("Little Orbit") and Defendant/Counterclaimant Descendent Studios Inc. ("Descendent") and Defendant Eric Peterson for a thirty (30) day continuance of the Scheduling Conference to allow the parties time to complete their negotiations regarding their tentative agreement to resolve their dispute through binding arbitration and present to the Court a stipulation regarding the disposition of this matter; and finding good cause, the Scheduling Conference currently set for May 11, 2020, is hereby continued to June 8, 2020, at 8:30 a.m.

IT IS SO ORDERED: May 4, 2020

*[signature: David O. Carter]*

Hon. David O. Carter
United States District Judge