M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101

*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>                    Defendants.<br>_____<br><br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>                    Counterclaimant,<br><br>          vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                    Counter Defendant.<br>_____ | Case No.: 8:20-cv-00089-DOC-JDE<br><br>Judge:       Hon. David O. Carter<br><br>**STIPULATION ALLOWING PLAINTIFF LITTLE ORBIT LLC TO FILE A FIRST AMENDED COMPLAINT** |

1

1
2
3

       Plaintiff/Counter-Defendant    Little    Orbit    LLC    ("Little    Orbit"),    and Defendant/Counterclaimant Descendent Studios Inc. ("Descendent") and Defendant Eric Peterson, by and through its undersigned counsel, hereby stipulate as follows:

4
5
6
7

       As a result of a meet and confer between the parties regarding alleged deficiencies in Plaintiff's Original Complaint the parties have stipulated to allow Plaintiff to file a First Amended Complaint.  Plaintiff will submit a true and correct copy of Plaintiff's proposed First Amended Complaint as **Exhibit "A"** to this Stipulation.

8
9
10

       In consenting to this stipulation, Defendants expressly reserve and preserve and do not waive any objections or challenges to the asserted insufficiency of the proposed First Amended Complaint or to the alleged lack of factual foundation for the proposed First Amended Complaint.

11
12

       SO STIPULATED:

13
14

                        Respectfully Submitted This 13th Day of May, 2020:

15
16
17

                   By: *_/s/ Nada I. Shamonki_*
                      Counsel

18
19
20
21
22
23

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

24
25
26
27
28

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Defendants*
*Pro Hac Vice Planned*


By: /s/ M. Danton Richardson
        Counsel

M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
LAW OFFICE OF M. DANTON RICHARSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
E-mail: mdantonrichardson@yahoo.com
        leo.law.55@gmail.com
        *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th Day of May 2020, the foregoing **STIPULATION ALLOWING PLAINTIFF LITTLE ORBIT LLC TO FILE A FIRST AMENDED COMPLAINT** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

      Michael C. Whitticar; VSB No. 32968
      NOVA IP Law, PLLC
      7420 Heritage Village Plaza, Suite 101
      Gainesville, VA 20155
      Tel:  571-386-2980
      Fax:  855-295-0740
      Email: mikew@novaiplaw.com
      Counsel for Defendants

      NADA I. SHAMONKI (SBN 205359)
      MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
      2029 Century Park East, Suite 3100
      Los Angeles, CA 90067
      Telephone: (310) 586-3200
      Facsimile: (310) 586-3202
      Email: nshamonki@mintz.com
      Counsel for Defendants

                  /s/ M. Danton Richardson
                   M. Danton Richardson