M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101

*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, <br><br>             Plaintiff, <br><br>    vs. <br><br> DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, <br><br>             Defendants. <br> _____ <br><br> DESCENDENT STUDIOS INC., a Texas corporation, <br><br>             Counterclaimant, <br><br>    vs. <br><br> LITTLE ORBIT LLC, a California Limited Liability Company, <br><br>             Counter Defendant. <br> _____ | Case No.: 8:20-cv-00089-DOC-JDE <br><br> Judge:     Hon. David O. Carter <br><br> **[PROPOSED] ORDER ALLOWING PLAINTIFF LITTLE ORBIT LLC TO FILE A FIRST AMENDED COMPLAINT** |

1

[PROPOSED] ORDER ALLOWING PLAINTIFF LITTLE
ORBIT LLC TO FILE A FIRST AMENDED COMPLAINT
Civil Action No. 8:20-cv-00089-DOC-JDE

Comes now before the Court the stipulation of Plaintiff/Counter-Defendant Little Orbit LLC ("Little Orbit"), and Defendant/Counterclaimant Descendent Studios Inc. ("Descendent") and Defendant Eric Peterson, by and through their counsel, that as a result of a meet and confer between the parties regarding alleged deficiencies in Plaintiff's Original Complaint that Plaintiff shall be allowed to file a First Amended Complaint. After considering the stipulation of the parties, the Court finds good cause to allow the filing of Plaintiff's proposed First Amended Complaint.

Within 5 days of this Order Plaintiff shall file the First Amended Complaint attached to the Stipulation as **Exhibit "A"**. Defendants' shall have 21 one days from the filing of the First Amended Complaint to file any response thereto.

In consenting to this order, Defendants expressly reserve and preserve and do not waive any objections or challenges to the asserted insufficiency of the proposed First Amended Complaint or to the alleged lack of factual foundation for the proposed First Amended Complaint.

**IT IS SO ORDERED:**

_____          _____
DATED                                            HONORABLE DAVID O. CARTER
                                                 UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

 /s/  M. Danton Richardson
M. Danton Richardson

2

[PROPOSED] ORDER ALLOWING PLAINTIFF LITTLE
ORBIT LLC TO FILE A FIRST AMENDED COMPLAINT
CIVIL ACTION No. 8:20-cv-00089-DOC-JDE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th Day of May 2020, the foregoing **[PROPOSED] ORDER ALLOWING PLAINTIFF LITTLE ORBIT LLC TO FILE A FIRST AMENDED COMPLAINT** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

    Michael C. Whitticar; VSB No. 32968
    NOVA IP Law, PLLC
    7420 Heritage Village Plaza, Suite 101
    Gainesville, VA 20155
    Tel:   571-386-2980
    Fax:  855-295-0740
    Email: mikew@novaiplaw.com
    Counsel for Defendants

    NADA I. SHAMONKI (SBN 205359)
    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
    2029 Century Park East, Suite 3100
    Los Angeles, CA 90067
    Telephone: (310) 586-3200
    Facsimile: (310) 586-3202
    Email: nshamonki@mintz.com
    Counsel for Defendants

                                  /s/ M. Danton Richardson
                                    M. Danton Richardson

3

[PROPOSED] ORDER ALLOWING PLAINTIFF LITTLE
ORBIT LLC TO FILE A FIRST AMENDED COMPLAINT
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE