# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SA CV 20-00089-DOC (JDEx) |
| Date | June 2, 2020 |
| Title | Little Orbit LLC. v. Descendent Studios Inc., et al. |

**PRESENT: HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Deputy Clerk

Not Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINITFF:

Not Present

ATTORNEY PRESENT FOR DEFENDANT:

Not Present

**PROCEEDINGS: (IN CHAMBERS)**

The Scheduling Conference is taken off calendar. No appearances are necessary on June 8, 2020. The Court's Scheduling Order will be issued.

:

Initials of Deputy Clerk   kd

CC: