| | |
|---|---|
| 1 | NADA I. SHAMONKI (SBN 205359) |
| 2 | nshamonki@mintz.com<br>**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.** |
| 3 | 2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067 |
| 4 | Telephone: (310) 586-3200<br>Facsimile: (310) 586-3202 |
| 5 | MICHAEL C. WHITTICAR (*admitted pro hac vice*) |
| 6 | mikew@novaiplaw.com<br>**NOVA IP LAW, PLLC** |
| 7 | 7420 Heritage Village Plaza, Suite 101<br>Gainesville, VA 20155 |
| 8 | Telephone: (571) 386-2980<br>Facsimile: (855) 295-0740 |
| 9 | Attorneys for Defendant/Counterclaimant |
| 10 | DESCENDENT STUDIOS INC. and<br>Defendant ERIC PETERSON |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>　　　　　　　Defendants.<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>　　　　　　　Counterclaimant,<br><br>　vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:　　　July 13, 2020<br>Time:　　　8:30 a.m.<br>Courtroom: 9D<br><br><br><br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:　1/16/2020 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 13, 2020, at 8:30 a.m. or as soon thereafter as the matter can be heard by the above-entitled Court, in the Courtroom 9D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA, 92701, Defendants will, and hereby do, move the Court for an order dismissing certain causes of action for fraud and negligent misrepresentation asserted by Plaintiff Little Orbit, LLC in its First Amended Complaint dated May 14, 2020, and dismissing Defendant Eric Peterson for lack of personal jurisdiction.

This Motion is brought pursuant to Federal Rules of Civil Procedure 8(a)(1), 9(b), 12(b)(1) and 12(b)(6) on the grounds that Plaintiff's second and third causes of action for negligent misrepresentation and fraud fail to state a claim on which relief can be granted, both for lack of particularity in pleading and due to economic loss rule.

Defendant Eric Peterson also seeks dismissal of the claims against him for lack of personal jurisdiction.

The Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Michael C. Whitticar, the other papers and records on file in this action, and such further oral and documentary evidence as may come before the Court upon the hearing of this matter.

This Motion is made following the conferences of counsel pursuant to Local Rule 7-3 that took place on May 21 and June 3, 2020.

Dated: June 4, 2020

Respectfully submitted,

By: _____
Counsel

Nada I. Shamonki (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com

Michael C. Whitticar (*admitted pro hac vice*)
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
E-mail: mikew@novaiplaw.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On June 4, 2020, I filed a copy of the following document(s):

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

    leo.law.55@gmail.com

- **Michael Danton Richardson**

    mdantonrichardson@yahoo.com

Executed on June 4, 2020, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

          /s/ Diane Hashimoto_____
          Diane Hashimoto