NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone:  (571) 386-2980
Facsimile:   (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>                    Defendants. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**DECLARATION OF MICHAEL C. WHITTICAR IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:         July 13, 2020<br>Time:        8:30 a.m.<br>Courtroom: 9D |
| DESCENDENT STUDIOS INC., a Texas corporation,<br><br>                    Counterclaimant,<br><br>    vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                    Counterdefendant. | Judge: Hon. David O. Carter<br><br>Complaint Filed:    1/16/2020 |

I, Michael C. Whitticar, declare as follows:

1. I am licensed to practice law in the Commonwealth of Virginia and have been admitted to practice before this court *pro hac vice* in this case. I am an attorney with NOVA IP Law, PLLC ("Nova IP"), counsel for Defendants Descendent Studios Inc. and Eric Peterson ("Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss (the "Motion").

2. I am over the age of 18 and make this declaration of my own knowledge. I could and would competently testify as to the matters set forth below if called upon to do so.

3. Before the amended complaint was filed, I spoke with Danton Richardson and sent him excerpts from a draft brief citing cases saying that a plaintiff needs to identify the citizenship of all direct and indirect LLC members.

4. We also discussed Defendants' position that the Plaintiff had not pled the fraud claims with specificity, and that there was no personal jurisdiction over Mr. Peterson.

5. When I first received a proposed amended complaint from Mr. Richardson, I pointed out that it was still deficient in that it failed to identify the members of the Plaintiff LLC and their citizenship.

6. I raised that point with Mr. Richardson again on May 21, 2020, and he reported that the filed version of the amended complaint had -- unlike the draft that I had seen and commented on -- named the members of the Plaintiff LLC, which I later verified. We also discussed Defendants' positions that the fraud claims had not been pled sufficiently and that there was no personal jurisdiction over Mr. Peterson under the *Calder v. Jones* test.

7. On the morning of June 3, 2020, I called Mr. Richardson to meet and confer further about the version of the amended complaint that was filed. He confirmed that Plaintiff would not agree to dismissal of the amended complaint for failure to plead subject matter jurisdiction, nor to dismissal of the fraud claims, nor

-1-

to dismissal of the claims against Mr. Peterson, nor to transfer this case to the federal district court in Austin, Texas.

8. Despite Defendants' attempts to informally resolve these issues, Plaintiff refused to dismiss or transfer the amended complaint or to dismiss Eric Peterson for lack of personal jurisdiction, or agree to transfer this case to the federal district court over Austin, Texas.

I declare under penalty of perjury that the above is true and correct.

Executed This 4th Day of June, in Prince William County, Virginia.

_____
Michael C. Whitticar

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On June 4, 2020, I filed a copy of the following document(s):

**DECLARATION OF MICHAEL C. WHITTICAR IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on June 4, 2020, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto
Diane Hashimoto