NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone:  (571) 386-2980
Facsimile:  (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>　　　　　　　Defendants.<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>　　　　　　　Counterclaimant,<br><br>　vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:　　July 13, 2020<br>Time:　　8:30 a.m.<br>Courtroom: 9D<br><br><br><br><br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:　1/16/2020 |

Having considered the parties' submissions and the arguments of counsel, the Court hereby GRANTS Defendants' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 8(a)(1), 9(b), 12(b)(1) and 12(b)(6) on the grounds that Plaintiff's second and third causes of action for negligent misrepresentation and fraud fail to state a claim on which relief can be granted, both for lack of particularity in pleading and due to economic loss rule.

The Court also grants Defendant Eric Peterson's Motion to Dismiss all claims against him for lack of personal jurisdiction.

In addition, the Motion to Dismiss for failure to plead subject matter jurisdiction is granted.

The dismissals are with prejudice, except that the breach of contract and trade libel counts may be re-filed in state or federal courts in or having jurisdiction over Austin, Texas.

SO ORDERED.

DATED:

_____
Honorable David O. Carter
U.S. District Court Judge

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On June 4, 2020, I filed a copy of the following document(s):

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on June 4, 2020, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

           /s/ Diane Hashimoto_____
           Diane Hashimoto