NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone:  (571) 386-2980
Facsimile:  (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                              Plaintiff,<br><br>     vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>                              Defendants. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**DESCENDENT STUDIOS INC.'S ORIGINAL COUNTERCLAIM TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:     1/16/2020 |
| DESCENDENT STUDIOS INC., a Texas corporation,<br><br>                              Counterclaimant,<br><br>     vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                              Counterdefendant. | |

1

Defendant and Counterclaimant Descendent Studios, Inc., by counsel, hereby submits these original Counterclaims against Plaintiff and Counterdefendant Little Orbit LLC, in response to its First Amended Complaint.

## **PARTIES AND JURISDICTION**

1.     Defendant and Counterclaimant Descendent Studios, Inc. ("Descendent") is a corporation organized under the laws of the State of Texas with its principal place of business in Austin, Texas.

2.     Little Orbit LLC ("Little Orbit") is a limited liability company organized under the laws of California with its principal place of business in California.

3.     Little Orbit failed to identify the citizenship of its members in its First Amended Complaint (The "Complaint").  However, to the extent diversity jurisdiction exists over Plaintiff's complaint (which has not been pled or established) it also exists over this Counterclaim involving two of the same three parties and the same contracts.

4.     The amount in controversy exceeds $75,000, exclusive of interest and costs.

5.     In addition, to the extent there is jurisdiction in this Court over the original complaint, these Counterclaims arise from the same transactions, occurrences, and contracts and from a common nucleus of operative facts as the Plaintiff's original claims, so the Court would have supplemental and ancillary jurisdiction over these Counterclaims.

6.     Jurisdiction and venue over Plaintiff and its claims are proper in this Court, to the extent diversity jurisdiction exists, because Plaintiff resides here and filed its original Complaint here, thereby submitting to the personal jurisdiction of this Court and to venue here.

## COUNT I: BREACH OF CONTRACT

7.     Descendent hereby incorporates by reference all prior Paragraphs to these Counterclaims as though fully set forth herein.

8.     In October of 2017, the parties entered into a Development Agreement for a computer game to be run on personal computers, XBOX 1 consoles, and PlayStation 4 consoles.

9.     Little Orbit committed anticipatory repudiations and prior material breaches which discharged Defendants of any obligations under the Development Agreement.  Among these prior material breaches and repudiations of the Development Agreement by Little Orbit were: (A) Little Orbit not putting out the promised marketing spend and efforts with 47 Studios as promised and agreed;  (B) Little Orbit demanding additional budget-busting, delay-creating work-product and development efforts without paying for them nor allotting sufficient time for their completion; (C) Little Orbit agreeing to develop but then failing to develop the additional API and UI (User Interface) demanded by Little Orbit; (D) Little Orbit failing to pay console vendors including, Torus and Boombox, forcing Torus to quit the project; (E) Little Orbit switching engine versions from v. 4.19 to v. 4.20; (F) Little Orbit changing the user interface ("UI") back and forth at least four times; (G) Little Orbit adding new consoles, including the lower-end technology Nintendo Switch,  that required more modifications and adaptations; (H) Little Orbit failing to document and account for and share documentation of expenses that it supposedly paid;  and, (I) Little Orbit not providing Descendent with quarterly statements or any statements about presales of the game.

10.     Little Orbit, through Matthew Scott, admitted imposing erroneous and extra-contractual new requirements that blew both the budget and the development time-line, which led to the parties executing a Terms Sheet Addendum in November of 2018.

11.     The Terms Sheet Addendum required Little Orbit to pay $60,000 per month to Descendent through December 2019.   Little Orbit made on $60,000 payment but then ran out of money and never paid the remaining 11 payments due of $60,000 each, making Little Orbit liable for breach for not paying Descendent the additional $660,000.

12.     Notably, the Terms Sheet Addendum contained no completion deadlines for anything.     There was good reason for that which was discussed at the time. Little Orbit had demanded a new and different Application Program Interface ("API"), and had agreed to develop the new API itself, but had totally failed do to so. Until Little Orbit fulfilled its agreement to develop the new API, there was no way to test most upgrade systems that Descendent was developing, so it was impossible to commit to a development or completion timeline.  In addition, the $60,000 per month was for Descendent Studios to continue on as a live team and create expansion work for the video game, and the milestones for that were to be negotiated as part of the long form agreement.  Therefore, the Terms Sheet Addendum did not contain any full or partial completion dates or deadlines.

13.     Little Orbit committed the first material breach of the Terms Sheet Addendum after it was signed by failing to pay eleven required installments of $60,000 due under the Terms Sheet Addendum and by wrongfully terminating the Development Agreement without just cause or excuse.  Little Orbit further breached the Development Agreement as modified by the Terms Sheet Addendum by not providing any royalty accounting(s) after termination of the agreement.

14.     Little Orbit's breaches of contract and wrongful termination cost Descendent $660,000 in wrongfully withheld payments plus $5 million in reasonably anticipated profits that would have been earned had Little Orbit fulfilled its contractual obligations and not wrongfully terminated the Development Agreement and the Terms Sheet Addendum.

15.     Descendent fully performed its obligations under the relevant contracts and satisfied all conditions precedent to Little Orbit's performance, except as excused due to Little Orbit's modifications, prior material breaches and repudiations of the original terms of the agreements.

## COUNT II:  LIBEL, DEFAMATION AND TRADE LIBEL

16.     Descendent hereby incorporates by reference all prior Paragraphs to these Counterclaims as though fully set forth herein.

17.     In February of 2020, Little Orbit began to publish and republish the false, frivolous and reckless allegations of its original Complaint in this case to the public and the trade press.

18.     Little Orbit intentionally induced the writing of and then published, republished and uploaded onto pcgamer.com an article, a true and correct copy of which is attached hereto as Exhibit A, about this case which repeated the false and defamatory allegations of Little Orbit's Complaint, including the following:

- Descendent is at fault and in breach for failing to complete the game;

  In fact, Little Orbit was at fault and in breach for not completing the new API it had insisted on and which it had agreed to develop and for repeatedly making additional extra-contractual demands and for unilaterally imposing budget-busting and deadline-blowing extra-contractual requirements.

- Descendent is at fault and in breach for failing to meet the original milestones and target release date;

  In fact, Little Orbit was at fault and in breach for not completing the API it had insisted on and which it had agreed to develop and for repeatedly making additional extra-contractual demands and for unilaterally imposing budget-busting and deadline-blowing extra-contractual requirements.

- Descendent is at fault and in breach for failing to meet delivery dates;

5

In fact, Little Orbit was at fault and in breach for not completing the API it had insisted on and which it had agreed to develop and for repeatedly making additional extra-contractual demands and for unilaterally imposing budget-busting and deadline-blowing extra-contractual requirements.

- Descendent is at fault and in breach for failing to meet quality standards;

  In fact, there were no quality standards that Descendent failed to meet or would have failed to meet absent the previously described breaches and interference by Little Orbit;

- Descendent is at fault and in breach for the fact that "key personnel" left and were not replaced with "equally competent personnel," which left Descendent incapable of delivering the game as promised;
  In fact, only one managerial employee left before Little Orbit terminated, and he was promptly replaced by an equally or more competent employee;

- Descendent failed to meet some fabricated extended delivery date supposedly set forth in the Terms Sheet addendum (although it includes no delivery dates or deadlines);

  In fact, the Terms Sheet addendum contains no deadlines because Little Orbit had breached its agreement to develop the new API and UI, and Little Orbit was at fault and in breach for repeatedly making additional extra-contractual demands and for unilaterally imposing budget-busting and deadline-blowing extra-contractual requirements.

- That Descendent made multiple false disparaging statements about Little Orbit**;**

  In fact, all of the statements made by Descendent about Little Orbit were in fact true.

- That Interplay terminated the trademark license due to "Descendent's repeated breaches of the Agreement and term sheet."

  In fact, Interplay terminated the trademark license due to ***Little Orbit's*** repeated breaches of the Development Agreement and Terms Sheet.

19.     Little Orbit wrote, published and re-published these false, frivolous and baseless statements knowing that they were false, frivolous and baseless, with actual knowledge that they were false, frivolous and baseless, with actual malice toward Descendent and with a reckless disregard for the truth.

20.     Little Orbit wrote, published and re-published these false, frivolous and baseless statements with the intent to wrongfully harm and injure Descendent and with reckless disregard for the rights and interests of Descendent.

21.     Little Orbit has made, published and re-published multiple false statements disparaging Descendent to the general public and to third parties in the gaming industry and community.

22.     The false statements made, published and re-published by Little Orbit would be clearly or necessarily understood to have disparaged the quality and reputation of Descendent and its services and personnel as game developers in the gaming industry.

23.     The false statements by Little Orbit constitute trade libel and commercial disparagement *per se*.

24.     The false statements made, published and re-published by Little Orbit tended to disparage Descendent in the gaming industry and community and were intended to harm Descendent's reputation in the gaming industry and community.

25.     The false statements made, published and re-published by Little Orbit were false, frivolous and baseless, and Little Orbit made them and published and republished them with actual malice toward Descendent and with a reckless disregard for the truth.

26.     Little Orbit knew and should have known that its false, frivolous and baseless statements would harm the reputation of Descendent as a developer of quality electronic games.

27.     Descendant has suffered significant and extensive damages and financial injury as a result of Little Orbit's false statements and its publication and republication of them, which is approximately $5 million in actual, compensatory damages and $50 million in presumed and punitive damages.

### PRAYER FOR RELIEF

WHEREFORE, as to Count I set forth above, Descendent is entitled to judgment against Little Orbit for $5,660,000 for compensatory damages for breach of contract, including but not limited to past due payments, wasted expenditure and investment reliance damages and lost profits.   Descendent seeks pre-judgment and post-judgment interest and recovery of its costs, expenses and attorneys' fees.

WHEREFORE, as to Count II set forth above, Descendent is entitled to judgment against Little Orbit for $5 million in compensatory damages for libel, defamation and trade libel, plus $50 million in punitive and presumed damages. Descendent also seeks pre-judgment and post-judgment interest and recovery of its costs, expenses and attorneys' fees.

WHEREFORE, Descendent is entitled to recover its attorneys' fees from Little Orbit pursuant to the California Anti-SLAPP statute (Cal. Code Civ. Proc. § 425.16), and as otherwise may be provided for by contract, law or statute.

Dated:  June 4, 2020

Respectfully submitted,

By: _____
        Counsel

Nada I. Shamonki (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael C. Whitticar (*admitted pro hac vice*)
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
E-mail: mikew@novaiplaw.com

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

1

## DEMAND FOR JURY TRIAL

2

Counterclaimant Descendent Studios Inc. hereby demands trial by jury.

3

4    Dated:  June 4, 2020                        Respectfully submitted,

5
                                          By: _____
6                                                    Counsel

7

8                                                Nada I. Shamonki (SBN 205359)
                                                 MINTZ LEVIN COHN FERRIS GLOVSKY
9                                                AND POPEO P.C.
                                                 2029 Century Park East, Suite 3100
10                                               Los Angeles, CA 90067
                                                 Telephone: (310) 586-3200
11                                               Facsimile: (310) 586-3202
                                                 Email: nshamonki@mintz.com
12

13                                               Michael C. Whitticar (*admitted pro hac vice*)
                                                 NOVA IP Law, PLLC
14                                               7420 Heritage Village Plaza, Suite 101
                                                 Gainesville, VA 20155
15                                               Tel:   571-386-2980
                                                 Fax:  855-295-0740
16                                               E-mail: mikew@novaiplaw.com
17

18                                               Attorneys for Defendant/Counterclaimant
                                                 DESCENDENT STUDIOS INC. and
19                                               Defendant ERIC PETERSON
20

21

22

23

24

25

26

27

28

# EXHIBIT A

Skip to main content



POPULAR      PC Gaming Show        Mafia Remastered        Terraria: Journey's End        COD W

SUBSCRIBE

PC Gamer is supported by its audience. When you buy through links on our site, we may earn an affiliate commission. Learn more

# A messy legal dispute puts the Descent reboot in a nosedive

By Andy Chalk  24 February 2020

**It sounds like the Descent reboot that was Kickstarted in 2015 is done, and not in the good way.**

Remember Descent: Underground? The descendant (get it?) of the classic six-degrees-of-freedom shooter Descent was announced in 2015 with an eventually-successful Kickstarter, launched on Steam Early Access later that year, was removed from Early Access in 2017 so developers could "focus on implementing single-player, tech trees, and the other cool features," and was then slated for proper beta testing (renamed as simply Descent) in late 2018, followed by a planned release in 2019. It then seemed to fall off the face of the Earth.

It's not clear whether the 2018 beta actually took place, although activity on the Descendent Studios Twitter feed suggests that it did. But the last game-related tweet was posted in July 2019, the Descendent website is gone, and publisher Little Orbit filed a lawsuit against the developer in January over its failure to complete the game.

The lawsuit claims that Descendent has missed multiple milestones and scheduled release dates, going as far back as May 2018, and failed to meet the quality standards set in the publishing deal. That, the suit states, arises from the fact that "certain key personnel" left the developer during the game's production and weren't replaced by "equally competent personnel," which left the studio incapable of delivering the game as promised.

"As a result of Descendent's repeated failures to meet the agreed upon delivery dates, the parties discussed ways for Descendent to still be able to deliver the Game. Those discussions culminated in the Parties agreeing to a 'Terms Sheet' dated November 28, 2018," the suit states.

"Pursuant to the Terms Sheet, Little Orbit committed to continue funding Descendent's monthly payroll in the amount of $60,000 per month ... The Parties also agreed on a new extended delivery date for the final PC Version of the game of January 25, 2019 in order to release the game in February. Descendent failed to meet the extended delivery date given the deliverable actually provided by Descendent on January 25, 2019 was rejected as the Final PC Version, having failed to meet the definition of 'Final Version' in the Original Agreement."

The suit also alleges that Descendent CEO Eric Peterson has made "multiple false and disparaging statements" about the publisher in order to cover up the mess it's made, including that Little Orbit is "holding it hostage trying to get the rights from us," that the publisher can't actually afford the marketing and console development costs, and that Little Orbit has an abusive "pattern of behavior" toward developers when projects run into trouble.

> The PC version is nearly done, needs about 2-4 weeks of polish and 4 weeks of Beta - been that way since Feb - just need to leap over a breach of someone else's doing https://t.co/nNe6iIvyVh July 5, 2019

Complicating the situation further, Little Orbit also believes that Interplay has canceled its Descent licensing deal with the developer. "That means Little Orbit has now lost the rights to this valuable trademark as a result of Descendent's repeated breaches of the Agreement and Term Sheet," the suit states. "The loss of the Descent trademark also further devalues what work has been done to develop the Game."

If the allegations are accurate, it sounds unlikely that the Descent reboot will ever see the light of day, which is a shame. Fortunately for anyone who was looking

forward to it, there are some other good options out there: The 2018 spiritual successor Overload is quite good, and personally I really like the more narrative-focused Retrovirus from 2013 (which is also quite a bit cheaper).

The lawsuit says that the "significant and extensive damages and financial injury" suffered by Little Orbit hasn't yet been determined, but is not less than $2 million. I've reached out to Little Orbit and Descendent for comment, and will update if I receive a reply.

**Update:** Little Orbit CEO Matt Scott has posted a message about the legal action at gamersfirst.com apologizing for the frustration and lack of communication with Descent Kickstarter backers.

"Little Orbit remains under non-disclosure, and we are engaged in an active lawsuit, so we are severely limited in what we can share at this time," he wrote. "With that in mind, I do want to say the following:"

Descendent Studios has shut down their website/forums and ceased working on the game. This was made public by their CEO Eric Peterson some time ago.
Since then, we have made every attempt to resolve this matter without legal action, but all of those efforts have failed.
We did not receive any of the Kickstarter money, so we cannot refund any of those funds.
Since we do not yet have a release date for the game, we have processed refunds for all of the pre-orders we took.
Scott added that Little Orbit has put "a significant amount of time, money, and effort" into the game, and in spite of all the troubles still intends to launch Descent as soon as possible.

**Update 2 (March 6, 2020):** Developer Descendent Studios has filed a response to the lawsuit, accusing Little Orbit of not meeting promotional obligations, failing to pay vendors, adding new console ports that required increased technical work, and "demanding additional budget-busting, delay-creating work-product and development efforts without paying for them nor allotting sufficient time for their completion."

Addressing Little Orbit's claim that it committed to funding Descendant's payroll to the tune of $60,000 per month, the studio alleged that only one such payment was made, after which the publisher "ran out of money and never paid the remaining 11 payments due." The filing also disputes Little Orbit's claim that the developers missed multiple milestones and scheduled release dates, saying that the "terms

sheet addendum" in which the publisher committed to supporting Descendent's payroll "contained no completion deadlines for anything."

"There was good reason for that which was discussed at the time. Little Orbit had demanded a new and different Application Program Interface ("API"), had agreed to develop the new API itself, but had totally failed do so," the suit states. "Until Little Orbit fulfilled its agreement to develop the new API, there was no way to test anything that Descendent was developing, so it was impossible to commit to a development or completion timeline."

The lawsuit also confirms that Interplay canceled the Descent licensing deal, as Little Orbit alleged in its own suit, but claims that it was "due to Little Orbit's repeated breaches of the Development Agreement and Terms Sheet."

Descendent Studios is seeking $60.6 million in compensatory and punitive damages, plus legal expenses.

Andy Chalk

Andy covers the day-to-day happenings in the big, wide world of PC gaming—the stuff we call "news." In his off hours, he wishes he had time to play the 80-hour RPGs and immersive sims he used to love so much.
See comments

## Epic's next free games may have leaked

Just over a week ago, an image was posted to Reddit claiming to detail the four games that would given away for free during the Epic Mega Sale, which is running…

PC Gamer

## Getting this Treasure is impossible! Prove us wrong

Hero Wars |

Sponsored

## This Game Can Train Your Brain To Think Strategically

Total Battle - Tactical Game Online |

Sponsored

## These SUVs Are So Cool It's Hard to Believe They Cost Under $30K! Research Best Luxury Crossover SUV Lease Deals

SUV |

Sponsored

## New Wearable AC is Selling Out Fast in United States

TrendingScanner.com |

Sponsored

## The real world is now more ridiculous than GTA 6 could ever hope to satirize

PC Gamer

## This World of Warcraft player found a way to one-shot enemy players while naked

PC Gamer

## Massachusetts: Say Bye To Expensive Solar Panels If You Own A Home In These Zip Codes

Energy Bill Cruncher Solar Quotes |

Sponsored

## The Witcher 3's best graphics overhaul mod is getting even better

**The Witcher 3 is a gorgeous game, and for the past five years one modder has been working tirelessly to update its textures to help keep it that way. Called The Witcher 3 HD Reworked…**

PC Gamer

## Say Goodbye To High Blood Sugar Levels For Good

Industry Blogger |

Sponsored

## The Assassin's Creed series has failed its best idea

PC Gamer

### Why Overwatch and CS:GO pros are switching to Valorant

PC Gamer

### $49 WiFi Repeater Is Flying Off Shelves In The US

SuperBoost |

Sponsored

### Destiny 2's mysterious Pyramid ships are now in orbit around Jupiter

**Update: That unknown alien race appears to be getting closer: A new intro cutscene that was added to Destiny 2 in today's reset appears to show one of their massive Pyramid ships in…**

PC Gamer

### These Cars Are So Loaded It's Hard to Believe They Cost Under $25K! Search Reliable Luxury Cars

Cars |

Sponsored

### Logitech's best wireless gaming keyboard just got smaller and cheaper

PC Gamer

### Cheap graphics card deals this week

PC Gamer

### New $89 Portable Air Cooler Is Taking United States By Storm

Blaux Portable AC |

Sponsored

## Mid-year AMD Ryzen refresh all-but confirmed… but it's no gaming panacea

**As unexpected as they may be, new AMD Ryzen 'Matisse Refresh' processors have now been all-but confirmed. Two chips, the Ryzen 7 3800XT and Ryzen 9 3900XT, have been spotted…**

PC Gamer

## Skip the Hassle - Upgrade to the World's Smartest CPAP Without Visiting the Doctor

Easy Breathe CPAP Company: ResMed's AirSense 10 Auto CPAP |

Sponsored

## What's free on the Epic Games Store right now?

PC Gamer

## PC gaming clichés we don't hate

PC Gamer

## 25 years later, Task Manager's creator shares a bunch of cool tips for using it

PC Gamer

## Maneater review

PC Gamer

## MicroProse is working on a multiplayer VR bomber sim

**Ancient strategy and sim publisher MicroProse rose from the grave earlier this month, after two decades under, accompanied by the announcement of a trio of games that all sounded…**

PC Gamer

Topics

FPS
Descent
Descent: Underground

## LOAD COMMENTS

Recommended

PC Gaming Show postponed to June 13

#BlackLivesMatter

## PC GAMER NEWSLETTER

Sign up to get the best content of the week, and great gaming deals, as picked by the editors.

Your Email Address

SIGN ME UP

Thank you for signing up to PC Gamer. You will receive a verification email shortly.

There was a problem. Please refresh the page and try again.

No spam, we promise. You can unsubscribe at any time and we'll never share your details without your permission.

PC Gamer is part of Future US Inc, an international media group and leading digital publisher. Visit our corporate site.

About Us

Terms and conditions

Privacy policy

Cookies policy

Advertise with us

© Future US, Inc. 11 West 42nd Street, 15th Floor, New York, NY 10036.

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On June 4, 2020, I filed a copy of the following document(s):

**DESCENDENT STUDIOS INC.'S ORIGINAL COUNTERCLAIM TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com


Executed on June 4, 2020, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto