NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                    Plaintiff,<br><br>   vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>                    Defendants.<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>                  Counterclaimant,<br><br>   vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                  Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**STIPULATION TO ENLARGE TIME FOR REPLY BRIEF RE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date:<br>Date:     July 13, 2020<br>Time:    8:30 a.m.<br>Courtroom: 9D<br><br><br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:   1/16/2020 |

Defendants Descendent Studios Inc. ("Descendent") and Eric Peterson (the "Defendants") and Plaintiff Little Orbit LLC ("LO"), by the undersigned counsel, hereby respectfully submit this stipulation for an extension of time for Defendants to file their reply brief in support of their motion to dismiss Plaintiff's Amended Complaint by eight days, making the new deadline July 7, 2020, subject to Court approval.

1. Defendants' current deadline to file their reply brief is Monday, June 29, 2020.

2. Lead counsel for Defendants, Michael C. Whitticar ("Mr. Whitticar"), who has the knowledge and background necessary to prepare the reply brief, has been and will be traveling or in court on Tuesday, June 23, 2020, Wednesday, June 24, 2020 and Friday, June 26, 2020.

3. Mr. Whitticar has a prepaid seminar all day Saturday, June 27, 2020 and Sunday, June 28, 2020.

4. This stipulation is made in good faith and not for the purposes of undue delay. The deadline to file Defendants' reply brief has not been previously extended, and the requested extension will allow Defendants' counsel sufficient time to better evaluate the opposition and to file a more robust reply brief.

5. Counsel for the parties are available for the hearing on the date date originally noticed for the motion to dismiss and also on July 20, 2020 and July 27, 2020 if the Court should wish to continue the hearing date.

WHEREFORE, Defendants and Plaintiff hereby stipulate that Defendants' deadline to file a reply in support of their Motion to Dismiss Plaintiff's Amended Complaint shall be extended to July 7, 2020, with the hearing date remaining on July 13, 2020. In the event, the Court wishes to continue the hearing to accommodate this request, the parties are available on July 20 and July 27 for the hearing.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  June 23, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ M. Danton Richardson*<br>        Counsel |
| 4 | | |
| 5 | | M. Danton Richardson (SBN 141709)<br>Leo E. Lundberg, Jr. (State Bar No. 125951) |
| 6 | | LAW OFFICE OF M. DANTON RICHARSON |
| 7 | | 131 N. El Molino Ave., Suite 310 |
| 8 | | Pasadena, CA 91101<br>E-mail: mdantonrichardson@yahoo.com |
| 9 | | leo.law.55@gmail.com |
| 10 | | |
| 11 | | *Counsel for Plaintiff* |
| 12 | Dated:  June 23, 2020 | Respectfully submitted, |
| 13 | | |
| 14 | | By:  */s/ Nada I. Shamonki*<br>         Counsel |
| 15 | | |
| 16 | | Nada I. Shamonki (SBN 205359)<br>MINTZ LEVIN COHN FERRIS GLOVSKY |
| 17 | | AND POPEO P.C. |
| 18 | | 2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067 |
| 19 | | Telephone: (310) 586-3200<br>Facsimile: (310) 586-3202 |
| 20 | | Email: nshamonki@mintz.com |
| 21 | | |
| 22 | | Michael C. Whitticar (*admitted pro hac vice*)<br>NOVA IP Law, PLLC |
| 23 | | 7420 Heritage Village Plaza, Suite 101 |
| 24 | | Gainesville, VA 20155<br>Tel:   571-386-2980 |
| 25 | | Fax:  855-295-0740<br>E-mail: mikew@novaiplaw.com |
| 26 | | |
| 27 | | *Counsel for Defendants* |
| 28 | | |

1   *Pursuant to Local Rule 5-4.3.4(a)(2)(i), Nada I. Shamonki hereby attests that all
2   other signatories listed, and on whose behalf the filing is submitted, concur in the
3   filing's content and have authorized the filing.

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On June 26, 2020, I filed a copy of the following document(s):

**STIPULATION TO ENLARGE TIME FOR REPLY BRIEF RE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on June 26, 2020, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto