NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>Defendants.<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**STIPULATION TO CONTINUE HEARING RE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Current Hearing Date:<br>Date:      July 20, 2020<br>Time:      8:30 a.m.<br>Courtroom: 9D<br><br><br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:   1/16/2020 |

Defendants Descendent Studios Inc. ("Descendent") and Eric Peterson (the "Defendants"), by the undersigned counsel and with the consent of Plaintiff Little Orbit LLC ("LO"), hereby respectfully submit this stipulation to reschedule the hearing date on Defendants' motion to dismiss.

1. The current hearing date is set for Monday, July 20, 2020.

2. Lead counsel for Defendant, Michael C. Whitticar ("Mr. Whitticar"), committed a docketing error and has a prior scheduled in-person hearing on July 20, 2020 at 10:00 a.m. in Virginia that had been previously scheduled but not yet docketed because the opposing lawyer was slow to send out the praecipe and hearing notice.

3. Either plaintiff's counsel or defense counsel has a scheduling conflict on Monday mornings every Monday in the month of August, 2020.

4. Mr. Whitticar requests to attend by phone due to the resurgent COVID-19 Pandemic. Due to the Pandemic, he also seeks clarification and instruction as to whether his appearance needs to be in person or may be by telephone or by video-conference.

5. The present continuance is not sought for any improper purpose.

WHEREFORE, Defendants and Plaintiff stipulate to request that the Court reschedule the hearing currently scheduled for July 20, 2020 for a non-Monday date in August or a date that is otherwise satisfactory to the Court, and that Michael C. Whitticar may appear at the motion hearing on behalf of Defendants via telephone or by video-conference.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  July 14, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ M. Danton Richardson*<br>          Counsel |
| 4 | | |
| 5 | | M. Danton Richardson (SBN 141709)<br>Leo E. Lundberg, Jr. (State Bar No. 125951) |
| 6 | | LAW OFFICE OF M. DANTON RICHARSON |
| 7 | | 131 N. El Molino Ave., Suite 310 |
| 8 | | Pasadena, CA 91101<br>E-mail: mdantonrichardson@yahoo.com |
| 9 | | leo.law.55@gmail.com |
| 10 | | |
| 11 | | *Counsel for Plaintiff* |
| 12 | Dated:  July 14, 2020 | Respectfully submitted, |
| 13 | | |
| 14 | | By:  */s/ Nada I. Shamonki*<br>          Counsel |
| 15 | | |
| 16 | | Nada I. Shamonki (SBN 205359)<br>MINTZ LEVIN COHN FERRIS GLOVSKY |
| 17 | | AND POPEO P.C. |
| 18 | | 2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067 |
| 19 | | Telephone: (310) 586-3200<br>Facsimile: (310) 586-3202 |
| 20 | | Email: nshamonki@mintz.com |
| 21 | | |
| 22 | | Michael C. Whitticar (*admitted pro hac vice*)<br>NOVA IP Law, PLLC |
| 23 | | 7420 Heritage Village Plaza, Suite 101 |
| 24 | | Gainesville, VA 20155<br>Tel:   571-386-2980 |
| 25 | | Fax:  855-295-0740<br>E-mail: mikew@novaiplaw.com |
| 26 | | |
| 27 | | *Counsel for Defendants* |
| 28 | | |

\*Pursuant to Local Rule 5-4.3.4(a)(2)(i), Nada I. Shamonki hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On July 14, 2020, I filed a copy of the following document(s):

**STIPULATION TO CONTINUE HEARING RE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on July 14, 2020, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

                                                /s/ Diane Hashimoto_____
                                                Diane Hashimoto