M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101

*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, <br><br> Defendants. <br>_____<br> DESCENDENT STUDIOS INC., a Texas corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Counter Defendant. <br>_____ | Case No.: 8:20-cv-00089-DOC-JDE <br><br> Judge: Hon. David O. Carter <br><br> **STIPULATION TO EXTEND DISCOVERY AND MOTION CUTOFF DATES BY 30 DAYS AND JOINT REQUEST FOR THE COURT'S APPROVAL OF THIS STIPULATED EXTENSION** <br><br> **[L.R. 7-1]** <br><br> **Current Discovery Cutoff Date: October 30, 2020** <br><br> **New Discovery Cutoff Date: November 30, 2020** |

1

WHEREAS the parties submitted an aggressive discovery schedule in order to expedite resolution of this action; and

WHEREAS the parties have determined that due to scheduling conflicts and delays due to compliance with Covid-19 guidelines a short extension of time is necessary to complete pre-trial discovery in this matter;

NOW THEREFORE the parties hereby stipulate that the discovery cutoff be extended from October 30, 2020, to November 30, 2020, and in turn the motion cut-off date to December 14, 2020, and respectfully request the Court to approve this stipulation and extend the discovery cut-off date to November 30, 2020, and motion cut-off date to December 14, 2020.  All other litigation deadlines shall remain the same.

**IT IS SO STIPULATED.**

Respectfully Submitted this 7th Day of October, 2020:

By: /s/ M. Danton Richardson
Counsel

M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
E-mail: mdantonrichardson@yahoo.com
          leo.law.55@gmail.com
*Counsel for Plaintiff*

By:  /s/ Michael C. Whitticar
Counsel

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:  571-386-2980

2

STIPULATION TO EXTEND DISCOVERY CUTOFF
TO NOVEMBER 30, 2020 AND REQUEST FOR APPROVAL
CIVIL ACTION NO. 8:20-cv-00089-DOC-JDE

Fax: 855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Defendants*
*Admitted Pro Hac Vice*

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
*Counsel for Defendants*

3

STIPULATION TO EXTEND DISCOVERY CUTOFF
TO NOVEMBER 30, 2020 AND REQUEST FOR APPROVAL
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th Day of October 2020, the foregoing **STIPULATION TO EXTEND DISCOVERY AND MOTION CUTOFF DATES BY 30 DAYS AND JOINT REQUEST FOR THE COURT'S APPROVAL OF THIS STIPULATED EXTENSION** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

/s/ M. Danton Richardson
M. Danton Richardson

4

STIPULATION TO EXTEND DISCOVERY CUTOFF
TO NOVEMBER 30, 2020 AND REQUEST FOR APPROVAL
CIVIL ACTION NO. 8:20-cv-00089-DOC-JDE