M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101

*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, <br><br> Defendants. <br>_____ <br><br> DESCENDENT STUDIOS INC., a Texas corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Counter Defendant. <br>_____ | Case No.: 8:20-cv-00089-DOC-JDE <br><br> Judge:   Hon. David O. Carter <br><br> **ORDER EXTENDING DISCOVERY CUTOFF TO NOVEMBER 30, 2020, AND MOTION CUTOFF TO DECEMBER 14, 2020   [42]** <br><br> **Previous Discovery Cutoff Date: October 30, 2020** <br><br> **New Discovery Cutoff Date: November 30, 2020** |

1

Comes now before the Court the stipulation of Plaintiff/Counter-Defendant Little Orbit LLC ("Little Orbit"), and Defendant/Counterclaimant Descendent Studios Inc. ("Descendent") and Defendant Eric Peterson, by and through their counsel, that as a result of scheduling conflicts and delays due to compliance with Covid-19 guidelines a short extension of time is necessary to complete pre-trial discovery in this matter.  After considering the stipulation of the parties, the Court finds good cause to extend the discovery cutoff.

The discovery cutoff shall be extended to November 30, 2020, and the motion cutoff shall be extended to December 14, 2020.  All other deadlines and dates shall remain the same.

**IT IS SO ORDERED:**

October 8, 2020
_____         _____
DATED                                                  HONORABLE DAVID O. CARTER
                                                               UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,


 /s/ M. Danton Richardson
M. Danton Richardson

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th Day of October 2020, the foregoing **[PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF TO NOVEMBER 30, 2020, AND MOTION CUTOFF TO DECEMBER 14, 2020** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:  571-386-2980
Fax:  855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

/s/ M. Danton Richardson
M. Danton Richardson