UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 20-00089-DOC (JDEx) | Date | November 2, 2020 |
|---|---|---|---|
| Title | Little Orbit LLC v. Descendent Studios, Inc., et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| n/a | n/a |

**Proceedings:** (In Chambers): Order re Settlement Conference Scheduling

The Honorable David O. Carter, United States District Judge, issued the Scheduling Order governing this action setting a final pretrial conference date of January 11, 2021. Dkt. 30, 43. On June 4, 2020, Judge Carter ordered the parties to participate in settlement proceedings before the assigned magistrate judge and ordered counsel for the parties "to contact the magistrate judge's courtroom deputy to arrange a date and time" for the settlement proceedings. Dkt. 34.

As of the date of this Order, counsel have not contacted this Court's courtroom deputy, Maria Barr, to arrange a date for a settlement conference. With a final pretrial conference date of January 11, 2021, counsel for the parties are required to meet by December 3, 2020 for their final pretrial conference meeting. See Local Rule 16-2. As a result, to ensure the just, speedy and inexpensive determination of the action (see Fed. R. Civ. P. 1), the Court finds that any settlement conference in this action should be concluded before December 3, 2020.

Counsel are ordered to confer and select one of the following dates for the settlement conference, to be conducted remotely, starting at 10:00 a.m. and lasting all day: November 17 or 18 or December 1, 2020. Counsel and parties/party representatives with full settlement authority are required to attend remotely. As counsel did not, despite Judge Carter's Order, previously contact the magistrate judge's courtroom deputy to schedule a date for the settlement conference, no other dates are available. The Court will not hold the settlement conference after December 2, 2020. The parties may not request a date other than those offered above.

Counsel for Plaintiff, with counsel for Defendants/Counter-claimant copied on the email, are further ordered to send an email to Maria Barr at Maria_Barr@cacd.uscourts.gov by noon on November 5, 2020 with the date selected by the parties for the settlement conference from the choices offered above.

IT IS SO ORDERED.

Initials of Clerk: mba