UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LITTLE ORBIT LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DESCENDENT STUDIOS INC., et al.<br><br>　　　　Defendants. | Case No. 8:20-cv-00089-DOC (JDEx)<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE |

　　　Per the Order of the Honorable David O. Carter, United States District Judge, a Settlement Conference will be held with Magistrate Judge John Early on **November 17, 2020, starting at 10:00 a.m.** Absent further Order by the Court, counsel for the parties and the parties/party representative(s) with settlement authority shall appear by telephone or videoconference and be available for the entire day. Counsel will receive further information by email regarding the videoconference or teleconference procedures to be used.

　　　Consideration of settlement is a serious matter that requires thorough preparation before the Settlement Conference. Set forth below are the procedures that will be employed in conducting the conference:

1. **Confidential Settlement Statement and Key Term Sheet.** At least seven days before the settlement conference, each party shall submit to the Magistrate Judge: (1) a confidential settlement statement not to exceed 15 pages which sets forth, at a minimum, the key facts and procedural posture of the case, a summary of the history and status of settlement discussions thus far, including the most recent offers/demands, the names and, where appropriate, titles of all persons who will be attending the settlement conference, and a specific position regarding settlement; and (2) a "Term Sheet" with bullet points of any non-monetary terms that the party considers necessary for settlement. The parties are encouraged, but not required, to exchange confidential settlement statements and Term Sheets, and the submissions should be clearly marked as either shared or unshared. Alternatively, with respect to confidential settlement statements, the parties may submit a "shared" portion of the confidential settlement statement, which is exchanged with counsel, and a separate "unshared" portion, which is provided only for the Magistrate Judge, but in such circumstances, the combined length of the shared and unshared portions shall not exceed 15 pages and each document shall be clearly marked as either shared or unshared. No portion of the confidential settlement statements or Term Sheets shall become a part of the file of the case but shall be for the exclusive use of the Magistrate Judge in preparing for and conducting the settlement conference.

Confidential settlement statements and Term Sheets may be delivered to the Court by email to chambers at JDE_Chambers@cacd.uscourts.gov.

2. **Conference Preparation.** The Court expects counsel to confer with their clients in advance of the conference to explore the party's settlement position. The parties are strongly encouraged to exchange settlement proposals prior to the Conference. In certain circumstances the Court may, in its discretion, contact counsel for one or more of the parties by telephone on an ex

parte basis after review of the confidential statements and Term Sheets but prior to the Conference.

IT IS SO ORDERED.

Dated: November 03, 2020

JOHN D. EARLY
United States Magistrate Judge