# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 20-00089-DOC (JDEx) | Date | November 17, 2020 |
|---|---|---|---|
| Title | Little Orbit LLC v. Descendent Studios, Inc., et al. | | |

Present: The Honorable  John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| M. Danton Richardson | Michael C. Whittacar |

**Proceedings:**    Settlement Conference

On November 17, 2020, counsel for and representatives of the parties appeared by videoconference before Magistrate Judge John D. Early for a settlement conference. After approximately 6 hours and 20 minutes of discussions, the parties reached a settlement of the matter, the material terms of which are contained in a writing, signed electronically with the parties' and counsels' consent, and filed as attachment hereto <u>under seal</u>.

The parties were further reminded to comply with Judge Carter's notice requirements regarding the completion of settlement proceedings.

cc: Judge Carter

                                                                    6    :    20

                                        Initials of Clerk:    mba