UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LITTLE ORBIT LLC, a California Limited Liability Company,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,**<br><br>**Defendants.** | Case No.: 8:20-cv-00089-DOC-JDE |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants, by counsel, respectfully submit this joint notice of settlement of the above-captioned matter.

The parties attended a judicial settlement conference on November 17, 2020. With the assistance of Hon. John D. Early, the parties were able to reach a settlement of this case.

The parties ask the Court to please stay proceedings in this case. The parties are negotiating a more detailed written memorialization of settlement agreement which will include a consent order dismissing this case as settled with prejudice and providing for the court to retain jurisdiction to enforce the settlement agreement by motion.

Respectfully Submitted This 20th Day of November, 2020:

By: /s/ Michael C. Whitticar
      Counsel

Michael C. Whitticar, VSB No. 32968
7420 Heritage Village Plaza,
Suite 101
Gainesville, VA 20155
Tel: (571) 386-2980
Fax: (855) 295-0740
Email: mikew@novaiplaw.com
*Counsel for Defendant*
*Descendent Studios Inc. and,*
*Eric Peterson Individually*

By: /s/ Nada I. Shamonki
      Counsel

Nada I. Shamonki (SBN 205359)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com


By:/s/ Danton Richardson
      Counsel

Danton Richardson
Law Office of M. Danton
Richardson
131 N. El Molino Ave.,
Suite 310
Pasadena, CA 91109
Tel: (949) 677-6434
mdantonrichardson@yahoo.com
*Counsel for Plaintiff*
*Little Orbit, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 20th, 2020 a true and correct copy of the foregoing was served by email to the following:

Danton Richardson
Law Office of M. Danton Richardson
131 N. El Molino Ave.,
Suite 310
Pasadena, CA 91109
Tel: (949) 677-6434
mdantonrichardson@yahoo.com
*Counsel for Plaintiff*
*Little Orbit, LLC*

                                               */s/ Michael C. Whitticar*
                                               Michael C. Whitticar