1  M. DANTON RICHARDSON (State Bar No. 141709)
   mdantonrichardson@yahoo.com
2  LEO E. LUNDBERG, JR. (State Bar No. 125951)
   leo.law.55@gmail.com
3  LAW OFFICE OF M. DANTON RICHARDSON
4  131 N. El Molino Ave., Suite 310
   Pasadena, CA 91101
5

6  *Attorneys for Plaintiff,*
   LITTLE ORBIT LLC
7

8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

10 LITTLE ORBIT LLC, a California Limited ) Case No.: 8:20-cv-00089-DOC-JDE
11 Liability Company,                      )
                                           ) Judge:      Hon. David O. Carter
12          Plaintiff,                     )
                                           ) **[PROPOSED] ORDER EXTENDING**
13     vs.                                 ) **THE COURT'S JURISDICTION FOR**
14                                         ) **AN ADDITIONAL THIRTY (30) DAYS**
   DESCENDENT STUDIOS INC., a Texas        ) **FOR THE PARTIES TO COMPLETE**
15 corporation, and ERIC PETERSON, an      ) **THEIR SETTLEMENT**
   individual,                             )
16                                         )
17          Defendants.                    )
                                           )
18 _____ )
                                           )
19 DESCENDENT STUDIOS INC., a Texas        )
20 corporation,                            )
                                           )
21          Counterclaimant,               )
22                                         )
      vs.                                  )
23                                         )
24 LITTLE ORBIT LLC, a California Limited  )
   Liability Company,                      )
25                                         )
26          Counter Defendant.             )
                                           )
27 _____ )
28

                      1

Comes now before the Court the stipulation of Plaintiff/Counter-Defendant Little Orbit LLC ("Little Orbit"), and Defendant/Counterclaimant Descendent Studios Inc. ("Descendent") and Defendant Eric Peterson, by and through their counsel, stipulating to and jointly requesting the Court to extend its earlier Minute Order and retain jurisdiction for an additional thirty (30) days. After considering the stipulation of the parties, the Court finds good cause to extend the Court's jurisdiction for an additional thirty (30) days and hereby so orders.

**IT IS SO ORDERED:**

_____     _____
DATED                                           HONORABLE DAVID O. CARTER
                                                        UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action. On December 23, 2020, I filed a copy of the following document(s):

**[PROPOSED] ORDER EXTENDING THE COURT'S JURISDICTION FOR AN ADDITIONAL THIRTY (30) DAYS FOR THE PARTIES TO COMPLETE THEIR SETTLEMENT**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Danton Richardson
Leo E. Lundberg, Jr.
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
E-mail: mdantonrichardson@yahoo.com
         leo.law.55@gmail.com
Counsel for Plaintiff

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

Executed on December 23, 2020, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto
Diane Hashimoto