M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101

*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, <br><br> Defendants. <br>_____ <br><br> DESCENDENT STUDIOS INC., a Texas corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Counter Defendant. <br>_____ | Case No.: 8:20-cv-00089-DOC-JDE <br><br> Judge:   Hon. David O. Carter <br><br> **ORDER EXTENDING THE COURT'S JURISDICTION FOR AN ADDITIONAL THIRTY (30) DAYS FOR THE PARTIES TO COMPLETE THEIR SETTLEMENT [52]** |

1  Comes now before the Court the stipulation of Plaintiff/Counter-Defendant Little Orbit
2  LLC ("Little Orbit"), and Defendant/Counterclaimant Descendent Studios Inc. ("Descendent")
3  and Defendant Eric Peterson, by and through their counsel, stipulating to and jointly requesting
4  the Court to extend its earlier Minute Order and retain jurisdiction for an additional thirty (30)
5  days. After considering the stipulation of the parties, the Court finds good cause to extend the
6  Court's jurisdiction for an additional thirty (30) days and hereby so orders.

**IT IS SO ORDERED:**

 December 23, 2020                    *David O. Carter*
 ───────────────────                   ───────────────────────────────
 DATED                                 HONORABLE DAVID O. CARTER
                                       UNITED STATES DISTRICT COURT JUDGE