1  M. DANTON RICHARDSON (State Bar No. 141709)
   mdantonrichardson@yahoo.com
2  LEO E. LUNDBERG, JR. (State Bar No. 125951)
   leo.law.55@gmail.com
3  LAW OFFICE OF M. DANTON RICHARDSON
4  131 N. El Molino Ave., Suite 310
   Pasadena, CA 91101
5

6  *Attorneys for Plaintiff,*
   LITTLE ORBIT LLC
7

8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**

10  LITTLE ORBIT LLC, a California Limited ) Case No.: 8:20-cv-00089-DOC-JDE
11  Liability Company,                     )
                                           ) Judge:       Hon. David O. Carter
12               Plaintiff,                )
                                           ) **ORDER EXTENDING THE COURT'S**
13       vs.                               ) **JURISDICTION FOR AN**
                                           ) **ADDITIONAL THIRTY (30) DAYS**
14  DESCENDENT STUDIOS INC., a Texas       ) **FOR THE PARTIES TO COMPLETE**
15  corporation, and ERIC PETERSON, an     ) **THEIR SETTLEMENT  [54]**
    individual,                            )
16                                         )
17               Defendants.               )
                                           )
18  _____)
19                                         )
    DESCENDENT STUDIOS INC., a Texas       )
20  corporation,                           )
                                           )
21               Counterclaimant,          )
22                                         )
         vs.                               )
23                                         )
24  LITTLE ORBIT LLC, a California Limited )
    Liability Company,                     )
25                                         )
                 Counter Defendant.        )
26                                         )
27  _____)
28

                              1

1        Comes now before the Court the stipulation of Plaintiff/Counter-Defendant Little Orbit

2   LLC ("Little Orbit"), and Defendant/Counterclaimant Descendent Studios Inc. ("Descendent")

3   and Defendant Eric Peterson, by and through their counsel, stipulating to and jointly requesting

4   the Court to extend its earlier Order and retain jurisdiction for an additional thirty (30) days.  After

5   considering the stipulation of the parties, the Court finds good cause to extend the Court's

6   jurisdiction for an additional thirty (30) days and hereby so orders.

7

8       **IT IS SO ORDERED:**

9

10

11    January 22, 2021
   _____        _____

12   DATED                                                    HONORABLE DAVID O. CARTER
                                     UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28