M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101

*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>Defendants.<br>_____<br><br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Counter Defendant.<br>_____ | Case No.: 8:20-cv-00089-DOC-JDE<br><br>Judge: Hon. David O. Carter<br><br>**FOURTH JOINT STIPULATION AND REQUEST FOR COURT TO RETAIN JURISDICTION FOR AN ADDITIONAL THIRTY (30) DAYS FOR THE PARTIES TO COMPLETE THEIR SETTLEMENT** |

1

WHEREAS the parties reached a settlement of this matter during a Settlement Conference with Hon. John D. Early on November 17, 2020;

WHEREAS pursuant to said settlement the Court dismissed this action in a Minute Order entered November 25, 2020, and further ordered that "The Court retains jurisdiction for thirty (30) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated";

WHEREAS, on December 23, 2020, the parties filed a stipulation for the Court to retain jurisdiction for an additional thirty (30) days for the parties to complete their settlement, which the Court granted that same day;

WHEREAS, on January 22, 2021, the parties filed a second stipulation for the Court to retain jurisdiction for an additional thirty (30) days for the parties to complete their settlement, which the Court granted that same day;

WHEREAS, on February 18, 2021, the parties filed a second stipulation for the Court to retain jurisdiction for an additional thirty (30) days for the parties to complete their settlement, which the Court granted that same day;

WHEREAS the parties still need additional time, as they are still working to finalize their settlement, including necessary negotiations with a third party as provided for in the parties' agreement to settle as worked out by Magistrate Early, and jointly desire for the Court to retain jurisdiction for an additional thirty (30) days;

NOW THEREFORE the parties hereby stipulate to and jointly request the Court to extend its earlier Order and retain jurisdiction for an additional thirty (30) days.

**IT IS SO STIPULATED.**

Respectfully Submitted this 18th Day of March, 2021:

By: */s/ M. Danton Richardson*
Counsel

M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310

2

FOURTH STIPULATION AND JOINT REQUEST FOR COURT
TO RETAIN JURISDICTION AN ADDITIONAL THIRTY DAYS
CIVIL ACTION No. 8:20-CV-00089-DOC-JDE

Pasadena, CA 91101
E-mail: mdantonrichardson@yahoo.com
leo.law.55@gmail.com
*Counsel for Plaintiff*

By: /s/ Michael C. Whitticar
Counsel

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
*Counsel for Defendants*

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:  571-386-2980
Fax: 855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Defendants*
*Admitted Pro Hac Vice*

3

FOURTH STIPULATION AND JOINT REQUEST FOR COURT
TO RETAIN JURISDICTION AN ADDITIONAL THIRTY DAYS
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action. On March 19, 2021, I filed a copy of the following document(s):

**FOURTH JOINT STIPULATION AND REQUEST FOR COURT TO RETAIN JURISDICTION FOR AN ADDITIONAL THIRTY (30) DAYS FOR THE PARTIES TO COMPLETE THEIR SETTLEMENT**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Danton Richardson
Leo E. Lundberg, Jr.
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
E-mail: mdantonrichardson@yahoo.com
          leo.law.55@gmail.com
Counsel for Plaintiff

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:  571-386-2980
Fax: 855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

Executed on March 19, 2021, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto
Diane Hashimoto

4

FOURTH STIPULATION AND JOINT REQUEST FOR COURT
TO RETAIN JURISDICTION AN ADDITIONAL THIRTY DAYS
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE