1  M. DANTON RICHARDSON (State Bar No. 141709)
   mdantonrichardson@yahoo.com
2  LEO E. LUNDBERG, JR. (State Bar No. 125951)
   leo.law.55@gmail.com
3  LAW OFFICE OF M. DANTON RICHARDSON
4  131 N. El Molino Ave., Suite 310
   Pasadena, CA 91101
5

6  *Attorneys for Plaintiff,*
   LITTLE ORBIT LLC
7

8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

10 LITTLE ORBIT LLC, a California Limited ) Case No.: 8:20-cv-00089-DOC-JDE
11 Liability Company,                      )
                                           ) Judge:      Hon. David O. Carter
12              Plaintiff,                 )
                                           ) **JOINT STIPULATION AND REQUEST**
13         vs.                             ) **FOR COURT TO RETAIN**
                                           ) **JURISDICTION FOR AN ADDITIONAL**
14 DESCENDENT STUDIOS INC., a Texas        ) **SIXTY (60) DAYS FOR THE COURT**
15 corporation, and ERIC PETERSON, an      ) **TO HEAR DESCENDENT'S MOTION**
   individual,                             ) **TO ENFORCE THE BINDING**
16                                         ) **SETTLEMENT TERMS SHEET**
17              Defendants.                )
                                           )
18 _____ )
                                           )
19 DESCENDENT STUDIOS INC., a Texas        )
20 corporation,                            )
                                           )
21              Counterclaimant,           )
                                           )
22                                         )
        vs.                                )
23                                         )
   LITTLE ORBIT LLC, a California Limited  )
24 Liability Company,                      )
                                           )
25              Counter Defendant.         )
26                                         )
   _____ )
27

28

                              1

WHEREAS the parties reached a settlement of this matter during a Settlement Conference with Hon. John D. Early on November 17, 2020;

WHEREAS pursuant to said settlement the Court dismissed this action in a Minute Order entered November 25, 2020, and further ordered that "The Court retains jurisdiction for sixty (60) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated"; and

WHEREAS the parties are still working to finalize their settlement, including necessary negotiations with a third party as provided for in the parties' agreement to settle as worked out by Magistrate Early, and jointly desire for the Court to retain jurisdiction for an additional sixty (60) days;

WHEREAS Defendants respectfully request an additional sixty days for Descendent to submit a Motion to Enforce the Binding Settlement Terms Sheet and to have it heard by the Court.

NOW THEREFORE the parties hereby stipulate to and jointly request the Court to extend its earlier Minute Order and retain jurisdiction for an additional sixty (60) days.

**IT IS SO STIPULATED.**

Respectfully Submitted this 16th Day of April, 2021:

By: /s/ M. Danton Richardson
Counsel

M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
E-mail: mdantonrichardson@yahoo.com
          leo.law.55@gmail.com
*Counsel for Plaintiff*

2

STIPULATION AND JOINT REQUEST FOR COURT
TO RETAIN JURISDICTION AN ADDITIONAL THIRTY DAYS
CIVIL ACTION NO. 8:20-cv-00089-DOC-JDE

By: */s/ Michael C. Whitticar*
    Counsel

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
*Counsel for Defendants*

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
E-mail: mikew@novaiplaw.com
*Counsel for Defendants*
*Admitted Pro Hac Vice*

3

STIPULATION AND JOINT REQUEST FOR COURT
TO RETAIN JURISDICTION AN ADDITIONAL THIRTY DAYS
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action. On April 16, 2021, I filed a copy of the following document(s):

**JOINT STIPULATION AND REQUEST FOR COURT TO RETAIN JURISDICTION FOR AN ADDITIONAL (60) DAYS FOR THE COURT TO HEAR DESCENDENT'S MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    M. Danton Richardson
    Leo E. Lundberg, Jr.
    LAW OFFICE OF M. DANTON RICHARDSON
    131 N. El Molino Ave., Suite 310
    Pasadena, CA 91101
    E-mail: mdantonrichardson@yahoo.com
           leo.law.55@gmail.com
    Counsel for Plaintiff

    Michael C. Whitticar; VSB No. 32968
    NOVA IP Law, PLLC
    7420 Heritage Village Plaza, Suite 101
    Gainesville, VA 20155
    Tel:   571-386-2980
    Fax:  855-295-0740
    Email: mikew@novaiplaw.com
    Counsel for Defendants

    NADA I. SHAMONKI (SBN 205359)
    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
    2029 Century Park East, Suite 3100
    Los Angeles, CA 90067
    Telephone: (310) 586-3200
    Facsimile: (310) 586-3202
    Email: nshamonki@mintz.com
    Counsel for Defendants

Executed on April 16, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

                                          /s/ Diane Hashimoto
                                          Diane Hashimoto

4

STIPULATION AND JOINT REQUEST FOR COURT
TO RETAIN JURISDICTION AN ADDITIONAL THIRTY DAYS
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE