NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>                    Defendants.<br>_____<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>                    Counterclaimant,<br><br>    vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                    Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**DECLARATION OF MICHAEL C. WHITTICAR IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, TO EXTEND THE COURT'S JURISDICTION AND FOR AN** ▮▮▮▮▮<br><br>[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]<br><br>Date:      May 24, 2021<br>Time:      8:30 a.m.<br>Courtroom: 9D<br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:   1/16/2020 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual. | Case No.: 8:20-cv-00089-DOC-JDE<br><br>Judge:   Hon. David O. Carter<br><br>[REDACTED VERSION FOR FILING NOT UNDER SEAL] |

### DECLARATION OF MICHAEL C. WHITTICAR

1. I, Michael C. Whitticar, am over 18 years of age and of sound mind. I have personal knowledge of facts stated in this declaration.

2. I am an attorney representing the Defendants in the above-captioned case.

3. I had a telephone conference with Plaintiff's counsel, Danton Richardson on March 30, 2021 in which we continued to confer in good faith about the negotiating impasse that the parties have reached despite numerous prior settlement negotiations and emails made in an effort to resolve the disputes over the Binding Settlement Terms Sheet and Settlement Agreement memorialization.

4. We were and have been unable to resolve this matter without the Court's involvement.

5. The term ████████ was never discussed during the mediation or the parties' settlement negotiations

6. My ████████ incurred for preparing and drafting the related motions and briefs to enforce the Settlement Agreement exceed the amount of ████████

## VERIFICATION

I, Michael C. Whitticar, on the 15th Day of April, 2021, hereby verify, declare and affirm under penalty of perjury pursuant to the laws of the Commonwealth of Virginia and the United States of America that the foregoing is true and correct and that the facts stated in the foregoing declaration are true and correct.

/s/ Michael C. Whitticar
Michael C. Whitticar

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On April 16, 2021, I filed a copy of the following document(s):

**[REDACTED] DECLARATION OF MICHAEL C. WHITTICAR IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, TO EXTEND THE COURT'S JURISDICTION AND FOR AN** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on April 16, 2021, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto
Diane Hashimoto