NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>    vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>        Defendants.<br><br>―――――――――――――<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>        Counterclaimant,<br><br>    vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>        Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**CONSENTED TO APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET AND FURTHER MOTIONS AND BRIEFS RELATED TO SETTLEMENT**<br><br>Date:       N/A<br>Time:      N/A<br>Courtroom: 9D<br><br><br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:    1/16/2020 |

1  Pursuant to Local Rule 79-5.2.2-(a), Defendants Descendent Studios Inc. and
2  Eric Peterson ("Defendants"), with the consent of Plaintiff Little Orbit LLC
3  ("Plaintiff"), files this application for leave to file under seal portions of their
4  Motion to Enforce the Binding Settlement Terms Sheet and further motions and
5  briefs related to settlement. The Application is accompanied by the supporting
6  declaration of Michael C. Whitticar and a proposed order granting the Application.
7  The table below reflects the materials that are being submitted with this
8  Application, which should be filed under seal:

| DOCUMENT | MATERIAL TO BE SEALED | BASIS FOR SEALING | DESIGNATING PARTY |
|---|---|---|---|
| Defendants' Notice of Motion and Motion to Enforce the Binding Settlement Terms Sheet | Portions containing settlement terms: part of document title; p. 1 at lines 7, 14-21, 23-24, 26-27; p. 2 at lines 1-2, 4-6, 9, 11, 13-16, 18-20, 22-25, fn. 1; p. 3 at lines 2-3, 5-8, 10-26; p. 4 at lines 1-2, 9, 18-21 | Contains Confidential Information that is required to be maintained as confidential under the parties' settlement agreement | Defendants |
| Memorandum of Points and | Portions containing | Contains Confidential | Defendants |

-1-

| | | | |
|---|---|---|---|
| Authorities in Support of Defendants' Motion to Enforce the Binding Settlement Terms Sheet | settlement terms: part of document title; p. 1 at line 5, p. 2 at lines 1-5, 7-15, 17-18; 21-23; 26-27, p. 3 at lines 1, 3-4, 6-8, 10, 12-13, 17-18, 20-23, 25-26, fn. 1; p. 4 at lines 1-10, 12-14, 19-20, 24; p. 5 at lines 1-2, 7-8, 18-19, 21 | Information that is required to be maintained as confidential under the parties' settlement agreement | |
| Declaration of Eric Peterson in Support of Defendants' Motion to Enforce the Binding Settlement Terms Sheet | Portions containing settlement terms: part of document title; ¶¶ 6, 8-12, portions of Exhibit A and B; entire Exhibit C | Contains Confidential Information that is required to be maintained as confidential under the parties' settlement agreement | Defendants |
| Declaration of Michael C. Whitticar in Support of | Portions containing settlement | Contains Confidential Information that is | Defendants |

| | | | |
|---|---|---|---|
| Defendants' Motion to Enforce the Binding Settlement Terms Sheet | terms: part of document title; ¶¶ 5-6 | required to be maintained as confidential under the parties' settlement agreement | |
| [Proposed] Order on Defendants' Motion to Enforce the Binding Settlement Terms Sheet | Portions containing settlement terms: part of document title; p. 1 at lines 2-3, 9-12, 15, 18, 20-28; p. 2 at lines 1, 6-8, 11-12, 22-23 | Contains Confidential Information that is required to be maintained as confidential under the parties' settlement agreement | Defendants |

The parties have agreed that any motions and briefs and related exhibits relating to the Binding Settlement Terms Sheet and subsequent settlement negotiations and disagreements should be sealed.

    1.    Paragraph 9 of the Binding Settlement Terms Sheet provides that the settlement terms shall be kept confidential.

    2.    To keep the settlement terms confidential, the parties' motion and briefs relating to the settlement terms should be filed under seal;

    3.    The terms of the business and licensing deals between Little Orbit and Descendent are also competitively sensitive business information that could be used to the disadvantage of the parties by competing game sellers, developers and publishers.

1   WHEREFORE, Defendants, with the consent of Plaintiff, request the entry of an order permitting motions, briefs, declarations and exhibits relating to the Binding Settlement Terms Sheet and their settlement negotiations and disagreements to be filed under seal with redacted copies being filed not under seal as to all documents except the proposed Settlement Agreement and the Binding Settlement Terms Sheet.

Dated:  April 16, 2021

Respectfully submitted,

By: _____
           Counsel

Nada I. Shamonki (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com

Michael C. Whitticar (*admitted pro hac vice*)
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
E-mail: mikew@novaiplaw.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On April 16, 2021, I filed a copy of the following document(s):

**CONSENTED TO APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET AND FURTHER MOTIONS AND BRIEFS RELATED TO SETTLEMENT**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

    leo.law.55@gmail.com

- **Michael Danton Richardson**

    mdantonrichardson@yahoo.com

Executed on April 16, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

          /s/ Diane Hashimoto_____
          Diane Hashimoto