NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:  (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone:  (571) 386-2980
Facsimile:  (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>Defendants.<br><br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**[PROPOSED] ORDER GRANTING CONSENTED TO APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET AND FURTHER MOTIONS AND BRIEFS RELATED TO SETTLEMENT**<br><br>Date:      N/A<br>Time:      N/A<br>Courtroom: 9D<br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:    1/16/2020 |

Defendants Descendent Studios Inc. and Eric Peterson's ("Defendants") Consented to Application for Leave to File Under Seal Portions of Defendants' Motion to Enforce the Binding Settlement Terms Sheet and Further Motions and Briefs Related to Settlement is hereby GRANTED. The following material shall be filed under seal:

| DOCUMENT | MATERIAL TO BE SEALED | BASIS FOR SEALING | DESIGNATING PARTY |
|---|---|---|---|
| Defendants' Notice of Motion and Motion to Enforce the Binding Settlement Terms Sheet | Portions containing settlement terms: part of document title; p. 1 at lines 7, 14-21, 23-24, 26-27; p. 2 at lines 1-2, 4-6, 9, 11, 13-16, 18-20, 22-25, fn. 1; p. 3 at lines 2-3, 5-8, 10-26; p. 4 at lines 1-2, 9, 18-21 | Contains Confidential Information that is required to be maintained as confidential under the parties' settlement agreement | Defendants |
| Memorandum of Points and Authorities in Support of Defendants' Motion | Portions containing settlement terms: part of document | Contains Confidential Information that is required to be maintained as | Defendants |

| | | | |
|---|---|---|---|
| to Enforce the Binding Settlement Terms Sheet | title; p. 1 at line 5, p. 2 at lines 1-5, 7-15, 17-18; 21-23; 26-27, p. 3 at lines 1, 3-4, 6-8, 10, 12-13, 17-18, 20-23, 25-26, fn. 1; p. 4 at lines 1-10, 12-14, 19-20, 24; p. 5 at lines 1-2, 7-8, 18-19, 21 | confidential under the parties' settlement agreement | |
| Declaration of Eric Peterson in Support of Defendants' Motion to Enforce the Binding Settlement Terms Sheet | Portions containing settlement terms: part of document title; ¶¶ 6, 8-12, portions of Exhibit A and B; entire Exhibit C | Contains Confidential Information that is required to be maintained as confidential under the parties' settlement agreement | Defendants |
| Declaration of Michael C. Whitticar in Support of Defendants' Motion to Enforce the Binding Settlement | Portions containing settlement terms: part of document title; | Contains Confidential Information that is required to be maintained as confidential under | Defendants |

| | | | |
|---|---|---|---|
| Terms Sheet | ¶¶ 5-6 | the parties' settlement agreement | |
| [Proposed] Order on Defendants' Motion to Enforce the Binding Settlement Terms Sheet | Portions containing settlement terms: part of document title; p. 1 at lines 2-3, 9-12, 15, 18, 20-28; p. 2 at lines 1, 6-8, 11-12, 22-23 | Contains Confidential Information that is required to be maintained as confidential under the parties' settlement agreement | Defendants |

The parties have agreed that any motions and briefs and related exhibits relating to the Binding Settlement Terms Sheet and subsequent settlement negotiations and disagreement should be sealed.

WHEREFORE, Paragraph 9 of the Binding Settlement Terms Sheet provides that the settlement terms shall be kept confidential;

WHEREFORE, to keep the settlement terms confidential, the parties' motion and briefs relating to the settlement terms should be filed under seal;

WHEREFORE, the terms of the business and licensing deals between Little Orbit and Descendent are also competitively sensitive business information that could be used to the disadvantage of the parties by competing game sellers, developers and publishers.

NOW THEREFORE, the Court hereby ORDERS that the Parties' motions, briefs, declarations and exhibits relating to the Binding Settlement Terms Sheet may and shall be filed under seal, with redacted copies being filed not under seal as to all

-3-

1  documents except the proposed Settlement Agreement and the Binding Settlement
2  Terms Sheet.
3        SO ORDERED.

5  DATED:

                                                        _____
                                                         Honorable David O. Carter
                                                         U.S. District Court Judge

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On April 16, 2021, I filed a copy of the following document(s):

**[PROPOSED] ORDER GRANTING CONSENTED TO APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET AND FURTHER MOTIONS AND BRIEFS RELATED TO SETTLEMENT**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on April 16, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto

-1-