NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>Defendants.<br><hr>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**DECLARATION OF ERIC PETERSON IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, TO EXTEND THE COURT'S JURISDICTION AND FOR AN** ████████<br><br>[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]<br><br>Date: May 24, 2021<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed: 1/16/2020 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, | ) ) ) Case No.: 8:20-cv-00089-DOC-JDE |
| Plaintiff, | ) ) Judge:  Hon. David O. Carter |
| vs. | ) ) [REDACTED VERSION FOR ) FILING NOT UNDER SEAL] |
| DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual. | ) ) ) ) |

## DECLARATION OF ERIC PETERSON

1. I, Eric Peterson, am over 18 years of age, of sound mind, and competent to testify to the facts stated herein. I have personal knowledge of the facts stated herein. I am the President of Descendent Studios, Inc. ("Descendent").

2. The facts stated in Defendants' Motion to Enforce the Binding Settlement Terms Sheet are true and correct.

3. Exhibit A is a genuine and authentic copy of an email from Matt Scott of Little Orbit to me dated March 23, 2021.

4. Exhibit B is a genuine and authentic copy of a second email from Matt Scott of Little Orbit to me dated March 23, 2021.

5. Exhibit C accurately reflects the terms and conditions set forth in the Binding Terms Sheet and the parties' settlement negotiations.

6. [REDACTED]

at the mediation of ▇▇▇ meaning anything other than its plain language dictionary definition: ▇▇▇▇▇▇

7. Little Orbit has not signed the written memorialization of the settlement terms.

8. Descendent has requested that ▇▇▇▇▇▇▇▇ pending the signing of the written memorialization, but Little Orbit has failed and refused to do so. Descendent therefore is concerned that Little Orbit lacks ▇▇▇▇▇▇, is stalling for time, and lacks the intent and ability to make ▇▇▇▇▇ This is especially concerning given the projected ▇▇▇▇▇▇▇ that will be needed for ▇ to adequately complete and market the game.

9. The email attached as Exhibit A clearly shows that LO plans to skip all three agreed-upon ▇▇▇▇▇ to covertly impose its own misguided and erroneous definitions of ▇▇▇.

10. Paragraph 4 of the Binding Terms Sheet was intended to address only the timing ▇▇▇ and not to establish an exclusive remedy for LO failing to make one or more ▇▇▇ ever or at all.

11. Descendent did not intend to and would not have bargained away a minor advance in ▇▇▇ as the only and exclusive remedy for ▇▇▇▇▇▇▇▇▇.

12. LO has threatened that it will ▇▇▇▇▇▇ if Descendent's correct definition of ▇▇▇▇▇▇▇ is enforced or accepted.

13. A written settlement memorialization which Descendent believes accurately reflects the parties' agreement as reflected in the Binding Terms Sheet is attached as Exhibit C.



## VERIFICATION

I, Eric Peterson, on this 13 Day of April, 2021 pursuant to the laws of the State of Texas and the United States of America, hereby certify and declare under oath and under penalty of perjury that the foregoing is true and correct and that the facts stated in this Declaration are true and correct.

Eric Peterson
President
Descendent Studios, Inc.

# EXHIBIT A

# [REDACTED PORTIONS OF EXHIBIT BEING FILED CONDITIONALLY UNDER SEAL SUBJECT TO PENDING APPLICATION TO SEAL]



**From:** Matt Scott <Matt.Scott@littleorbit.com>
**Sent:** Tuesday, March 23, 2021 7:05 PM
**To:** eric.peterson@feverpitchstudios.com
**Subject:** RE: Spoke to Herve some more

If your lawyer wants to push us on an answer – you have it. No extension needed. We are 100% onboard with the terms we agreed to in November according to our definitions. I'm not going ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ can raise a stink or re-approach the judge, but that's not going to do anything. Those terms are crystal clear. We don't need anyone's permission to move forward and ▇▇▇▇▇▇▇▇▇▇ There's a legally binding settlement that everyone agreed to that says we can take the game to market.

Whitticar can sue me in a year over the ▇▇▇▇ definition to get a couple more bucks.

Thanks,
Matt

[REDACTED VERSION FOR FILING NOT UNDER SEAL]

# EXHIBIT B

# [REDACTED PORTIONS OF EXHIBIT BEING FILED CONDITIONALLY UNDER SEAL SUBJECT TO PENDING APPLICATION TO SEAL]



**From:** Matt Scott <Matt.Scott@littleorbit.com>
**Sent:** Tuesday, March 23, 2021 7:44 PM
**To:** eric.peterson@feverpitchstudios.com
**Subject:** Re: Spoke to Herve some more

Herve knows my terms. If he wants a deal, it's as easy as saying 'Yes'

It's clear he has no intention of doing that.

I'll let Danton know to respond to Whitticar.

But without formally agreed deductions ▮▮▮▮▮▮▮▮▮▮ I'm not going to invest there. I'll make sure the game is as good as we can do given the terms.

[REDACTED VERSION FOR FILING NOT UNDER SEAL]

# EXHIBIT C

# [ENTIRE EXHIBIT BEING FILED CONDITIONALLY UNDER SEAL SUBJECT TO PENDING APPLICATION TO SEAL]

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On April 16, 2021, I filed a copy of the following document(s):

**[REDACTED] DECLARATION OF ERIC PETERSON IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, TO EXTEND THE COURT'S JURISDICTION AND FOR AN** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on April 16, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto