M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>　　　　Defendants.<br>_____<br><br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　Counter Defendant.<br>_____ | Case No.: 8:20-cv-00089-DOC-(JDEx)<br><br>Judge:　　Hon. David O. Carter<br><br>**ORDER EXTENDING THE COURT'S JURISDICTION FOR AN ADDITIONAL SIXTY (60) DAYS FOR THE COURT TO HEAR DESCENDENT'S MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET  [60]** |

1

Comes now before the Court the stipulation of Plaintiff/Counter-Defendant Little Orbit LLC ("Little Orbit"), and Defendant/Counterclaimant Descendent Studios Inc. ("Descendent") and Defendant Eric Peterson, by and through their counsel, stipulating to and jointly requesting the Court to extend its earlier Order and retain jurisdiction for an additional sixty (60) days. Defendants respectfully request an additional sixty days for Descendent to submit a Motion to Enforce the Binding Settlement Terms Sheet and to have it heard by the Court. After considering the stipulation of the parties, the Court finds good cause to extend the Court's jurisdiction for an additional sixty (60) days and hereby so orders.

**IT IS SO ORDERED:**

April 20, 2021
_____        _____
DATED                          HONORABLE DAVID O. CARTER
                               UNITED STATES DISTRICT COURT JUDGE