M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, <br><br> Defendants. <br>_____<br> DESCENDENT STUDIOS INC., a Texas corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Counter Defendant. <br>_____ | Case No.: 8:20-cv-00089-DOC-JDE <br><br> Judge: Hon. David O. Carter <br><br> **DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, TO EXTEND THE COURT'S JURISDICTION AND** ▮▮▮▮ <br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br><br> **Date:** May 24, 2021 <br> **Time:** 8:30 a.m. <br> **Ctrm:** 9D <br><br> **Complaint filed: January 16, 2020** |

1

## **DECLARATION OF M. DANTON RICHARDSON**

I, M. Danton Richardson, declare:

1. I am an attorney licensed to practice law in California and before this Court and I am the attorney of record for Plaintiff Little Orbit LLC in the above-captioned matter. The facts stated herein are within my own personal knowledge unless otherwise stated. If called to testify, I would and could testify competently to the facts stated in this declaration.

2. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Enforce the Binding Settlement Terms Sheet, to Extend the Court's Jurisdiction and for an Award of Attorneys' Fees.

3. During the Settlement Conference in this matter the parties never discussed ▓▓▓▓ what had already been agreed to between the parties in the Development Agreement in dispute. Rather the focus was on ▓▓▓▓ as part of the settlement. The parties never discussed the meaning of the term ▓▓▓▓ nor did Defendants ever raise any claim that such term meant ▓▓▓▓ provided for in the Development Agreement ▓▓▓▓.

4. Likewise, the parties never discussed Black's Law Dictionary definition of ▓▓▓▓ Given the negotiations were to settle the parties' dispute regarding the Development Agreement, any variation from that agreement needed to be expressly addressed as was the ▓▓▓▓ which was ultimately agreed ▓▓▓▓ The Development Agreement provided the foundation for the parties discussion and was a better only source for determining what ▓▓▓▓ than any generic legal definition never consulted and unrelated to the Agreement in dispute.

//
//

2

DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

5.   █████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States.  Executed on May 4th, 2021, in San Gabriel, California.

                                              */s/ M. Danton Richardson*
                                              M. Danton Richardson, Declarant

3

DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th Day of May 2021, the foregoing **DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, TO EXTEND THE COURT'S JURISDICTION AND** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:  571-386-2980
Fax: 855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

/s/ M. Danton Richardson
M. Danton Richardson

4

DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE