1  NADA I. SHAMONKI (SBN 205359)
   nshamonki@mintz.com
2  **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
   2029 Century Park East, Suite 3100
3  Los Angeles, CA 90067
   Telephone:  (310) 586-3200
4  Facsimile:   (310) 586-3202

5  MICHAEL C. WHITTICAR (*admitted pro hac vice*)
   mikew@novaiplaw.com
6  **NOVA IP LAW, PLLC**
   7420 Heritage Village Plaza, Suite 101
7  Gainesville, VA 20155
   Telephone:  (571) 386-2980
8  Facsimile:  (855) 295-0740

9  Attorneys for Defendant/Counterclaimant
   DESCENDENT STUDIOS INC. and
10 Defendant ERIC PETERSON

11            **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  LITTLE ORBIT LLC, a California | Case No. 8:20-cv-00089-DOC-JDE |
| 14  Limited Liability Company, | **RESPONSES TO LITTLE ORBIT'S** |
| 15                    Plaintiff, | **OBJECTIONS TO ERIC PETERSON'S DECLARATION** |
| 16       vs. | **[REDACTED VERSION OF DOCUMENT FILED UNDER SEAL** |
| 17  DESCENDENT STUDIOS INC., a | **PURSUANT TO ORDER OF THE COURT DATED APRIL 20, 2021]** |
| 18  Texas corporation, and ERIC | |
| 19  PETERSON, an individual, | |
| 20                    Defendants. | Date:          May 24, 2021 |
| 21  DESCENDENT STUDIOS INC., a | Time:          8:30 a.m. |
| 22  Texas corporation, | Courtroom: 9D |
| 23                    Counterclaimant, | |
| 24       vs. | Judge: Hon. David O. Carter |
| 25  LITTLE ORBIT LLC, a California | Complaint Filed:     1/16/2020 |
| 26  Limited Liability Company, | |
| 27                    Counterdefendant. | |

28

1    Defendants respectfully submits their Responses to Little Orbit's Objections to

2    the Declaration of Eric Peterson.

3

4    2.    Little Orbit simply disagrees with Mr. Peterson's testimony. That is no

5    basis for excluding it. The "no meetings of the minds" argument is addressed in

6    Defendants' Reply Brief. The objective theory of contract interpretation and

7    formation controls.

8    3.    Settlement communications are admissible for "another purpose" such

9    as to prove breach of the Settlement Agreement or the meaning and construction of

10   the Settlement Agreement. FRE 408(b); Reply Brief.

11   4.    Same as 2 and 3. Repudiation is a verbal act. Not hearsay. This

12   communication is directly relevant to proving Little Orbit's breach and repudiation.

13   5.    Same as Responses to Objections to 2 through 4. *See* Reply Brief.

14   6.    Same as 5. *See* Response to objections to Paragraph 2,4 and 5.

15   8.    Little Orbit admitted during the settlement agreement negotiations and

16   mediation ██████████████████████████████████████

17   ██████████████████████████████████████ Defendants asked

18   for Little Orbit to put ████████████████████████████

19   █████████████

20   9.    Same as Response to Objections to Paragraph 3.

21   10.   Thus Paragraph shows Defendants' intent in drafting and preparing and

22   agreeing to ████ ¶4. Consistent with plain language of Paragraph 4. Settlement

23   communications are admissible to interpret and construe the settlement agreement.

24   *See* Reply Brief. FRE 408(b).

25   11.   Same as Response to Objections to ¶ 10.

26   12.   Same as Response to Objections to ¶¶ 3 and 9. FRE 408(b). *See* Reply

27   Brief.

28   13.   *See* Response to Objection to ¶ 5.

1  | Dated:  May 10, 2021

Respectfully submitted,

By: _____
        Counsel

Nada I. Shamonki (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com

Michael C. Whitticar (*admitted pro hac vice*)
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
E-mail: mikew@novaiplaw.com

*Counsel for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On May 10, 2021, I filed a copy of the following document(s):

**[REDACTED] RESPONSES TO LITTLE ORBIT'S OBJECTIONS TO ERIC PETERSON'S DECLARATION**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on May 10, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto

-1-