1  NADA I. SHAMONKI (SBN 205359)
   nshamonki@mintz.com
2  **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
   2029 Century Park East, Suite 3100
3  Los Angeles, CA 90067
   Telephone:  (310) 586-3200
4  Facsimile:   (310) 586-3202

5  MICHAEL C. WHITTICAR (*admitted pro hac vice*)
   mikew@novaiplaw.com
6  **NOVA IP LAW, PLLC**
   7420 Heritage Village Plaza, Suite 101
7  Gainesville, VA 20155
   Telephone:  (571) 386-2980
8  Facsimile:  (855) 295-0740

9  Attorneys for Defendant/Counterclaimant
   DESCENDENT STUDIOS INC. and
10 Defendant ERIC PETERSON

11               **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13 LITTLE ORBIT LLC, a California          Case No. 8:20-cv-00089-DOC-JDE
14 Limited Liability Company,
                                           **DEFENDANTS' OBJECTIONS TO**
15                         Plaintiff,       **THE DECLARATION OF MATT**
                                           **SCOTT**
16 vs.
                                           **[REDACTED VERSION OF**
17                                         **DOCUMENT FILED UNDER SEAL**
   DESCENDENT STUDIOS INC., a              **PURSUANT TO ORDER OF THE**
18 Texas corporation, and ERIC            **COURT DATED APRIL 20, 2021]**
   PETERSON, an individual,
19
20                         Defendants.
   DESCENDENT STUDIOS INC., a             Date:       May 24, 2021
21 Texas corporation,                     Time:       8:30 a.m.
                                          Courtroom: 9D
22                         Counterclaimant,
23
   vs.
24                                         Judge: Hon. David O. Carter
25 LITTLE ORBIT LLC, a California
   Limited Liability Company,             Complaint Filed:    1/16/2020
26
27                        Counterdefendant.

28

1    Defendants respectfully submit their objections to the Declaration of Matt

2 Scott.

3 **OBJECTION TO DECLARATION OF MATT SCOTT:**

4    1.    Paragraphs 5 and 6: Improper and irrelevant efforts to re-hash the

5 original breach of contract and termination dispute.

6 **OBJECTION TO DECLARATION OF MATT SCOTT:**

7    2.    Paragraph 7: Logically and mathematically inaccurate. The BSTS does

8 not provide Defendants with ▮▮▮▮▮▮▮▮ if Little Orbit breaches. It only

9 advances in time a portion of the ultimate ▮▮▮▮▮▮▮

10 **OBJECTION TO DECLARATION OF MATT SCOTT:**

11    3.    Paragraphs 8-11: Subjective understanding is irrelevant. ▮▮▮▮▮

12 ▮▮ were the result of back and forth dickering and negotiations. There was no

13 discussion of the ▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮▮▮

15 **OBJECTION TO DECLARATION OF MATT SCOTT:**

16    4.    Paragraphs 12-14: Factually inaccurate and disputed. There was no

17 statement or promise that Little Orbit had worked on the game for months nor about

18 what the alleged work had included during that time. There was no discussion of the

19 earlier ▮▮▮▮ being the ▮▮▮▮▮▮▮ for Little Orbit ▮▮▮▮▮

20 ▮▮▮▮▮▮

21 **OBJECTION TO DECLARATION OF MATT SCOTT:**

22    5.    Paragraph 15: Unexpressed subjective understanding and intent not

23 relevant when detached from communications and discussions between the parties.

24 **OBJECTION TO DECLARATION OF MATT SCOTT:**

25    6.    Paragraph 16: The terms and alleged breaches of the Development

26 Agreement and the original terms sheet addendum are irrelevant. Those claims and

27 obligations were released in the ▮▮▮▮▮▮▮

28

1  **OBJECTION TO DECLARATION OF MATT SCOTT:**

2       7.   Paragraph 17: Little Orbit admitted its ███████████████ during

3  the settlement negotiations. Little Orbit's unexpressed subjective intent is irrelevant.

4  Dated:  May 10, 2021            Respectfully submitted,

5

6                          By: _____

7                                Counsel

8                          Nada I. Shamonki (SBN 205359)

9                          MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

10                          2029 Century Park East, Suite 3100

11                          Los Angeles, CA 90067
                        Telephone: (310) 586-3200

12                          Facsimile: (310) 586-3202
                        Email: nshamonki@mintz.com

13

14                          Michael C. Whitticar (*admitted pro hac vice*)
                        NOVA IP Law, PLLC

15                          7420 Heritage Village Plaza, Suite 101

16                          Gainesville, VA 20155
                        Tel:   571-386-2980

17                          Fax:  855-295-0740

18                          E-mail: mikew@novaiplaw.com

19                          *Counsel for Defendants*

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On May 10, 2021, I filed a copy of the following document(s):

**[REDACTED] DEFENDANTS' OBJECTIONS TO THE DECLARATION OF MATT SCOTT**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**
  leo.law.55@gmail.com

- **Michael Danton Richardson**
  mdantonrichardson@yahoo.com

Executed on May 10, 2021, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto