NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>                    Defendants. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**DEFENDANTS' OBJECTIONS TO THE DECLARATION OF DANTON RICHARDSON**<br><br>**[REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 20, 2021]** |
| DESCENDENT STUDIOS INC., a Texas corporation,<br><br>                    Counterclaimant,<br><br>    vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                    Counterdefendant. | Date:    May 24, 2021<br>Time:    8:30 a.m.<br>Courtroom: 9D<br><br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:   1/16/2020 |

1  Defendants respectfully submit their objections to the Declaration of Danton
2  Richardson.
3  **OBJECTIONS TO DECLARATION OF DANTON RICHARDSON:**
4      1. Paragraphs 3 and 4: Improper opinion testimony lacking in any
5  foundation or showing of expertise. The Development Agreement ███
6  were not mentioned in the settlement negotiations and did not provide the basis for
7  the ███ in the BSTS. Those terms were agreed upon through back-and-
8  forth dickering and negotiations without the reference to the ███
9  ███ was cancelled through the ███
10 ███ in the ███ which looked nothing like the ███
11 ███ *See* Reply Brief.

12 Dated: May 10, 2021      Respectfully submitted,

By: /s/ Michael C. Whitticar
    Counsel

Nada I. Shamonki (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com

Michael C. Whitticar (*admitted pro hac vice*)
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel: 571-386-2980
Fax: 855-295-0740
E-mail: mikew@novaiplaw.com

*Counsel for Defendants*

-1-

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On May 10, 2021, I filed a copy of the following document(s):

**[REDACTED] DEFENDANTS' OBJECTIONS TO THE DECLARATION OF DANTON RICHARDSON**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on May 10, 2021, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto

-1-