NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>Defendants. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING ON MAY 24, 2021** |
| DESCENDENT STUDIOS INC., a Texas corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Counterdefendant. | Judge: Hon. David O. Carter<br><br>Complaint Filed:   1/16/2020 |

1 | The Court, having considered Defendants' Request to Appear via zoom at the May 24, 2021 hearing, it is hereby ORDERED as follows:

   1. The Request is GRANTED.

   2. Defendants' counsel, Michael C. Whitticar, and Defendant Eric Peterson, for himself and Defendant Descendent Studios, may appear via zoom (using the Courtroom 9D zoom link/information provided on the court's website) at the May 24, 2021 hearing.

**IT IS SO ORDERED:**

_____       _____
DATED                                             HONORABLE DAVID O. CARTER
                                                  UNITED STATES DISTRICT COURT JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On May 13, 2021, I filed a copy of the following document(s):

**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING ON MAY 24, 2021**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on May 13, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto