M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICES OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, <br><br> Defendants. <br> _____ <br> DESCENDENT STUDIOS INC., a Texas corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Counter Defendant. <br> _____ | Case No.: 8:20-cv-00089-DOC-JDE <br><br> Judge: Hon. David O. Carter <br><br> **PLAINTIFF LITTLE ORBIT LLC'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, TO EXTEND THE COURT'S JURISDICTION AND FOR AN AWARD OF ATTORNEYS' FEES** <br><br> **[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 20, 2021]** <br><br> **Date: May 24, 2021** <br> **Time: 8:30 a.m.** <br> **Courtroom: 9D** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

As set forth in Plaintiff Little Orbit LLC's Opposition to Defendant's Motion to Enforce, Plaintiff does not believe the Court should consider the (partial) dictionary definition of ▮▮▮▮▮ from Black's Law Dictionary referred to by Defendants. However, should the Court determine to consider dictionary definitions, then Little Orbit respectfully requests that the Court take judicial notice of the following pursuant to Fed. R. Evid. 201:

1) The entire definition of ▮▮▮▮▮ from Black's Law Dictionary – Exhibit A;

2) The definition of ▮▮▮▮▮ from Mirriam-Webster's Dictionary – Exhibit B;

3) The definition of ▮▮▮▮ from Mirriam-Webster's Dictionary (▮▮▮▮ is a synonym for ▮▮▮▮ as evidenced by Exhibit B) – Exhibit C; and

4) The definition of ▮▮▮▮▮ - from Mirriam-Webster's Dictionary (▮▮▮▮ is a synonym for ▮▮▮▮ as evidenced by Exhibit B) – Exhibit D.

Fed. R. Evid. 201(c)(2) provides that a court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Plaintiff has done so by this Request.

Fed. R. Evid. 201(d) provides that a "The court may take judicial notice at any stage of the proceeding."

The foregoing definitions should also be considered for purposes of optional completeness pursuant to Fed. R. Evid. 106: "If a party introduces all or part of a writing or recorded statement, an adverse party may require the introduction, at that time, of any other part — or any other writing or recorded statement — that in fairness ought to be considered at the same time."

DATED: May 17, 2021         **LAW OFFICES OF M. DANTON RICHARDSON**

                            By:  /s/ M. Danton Richardson
                                 M Danton Richardson

                            *Attorney for Plaintiff,*
                            Little Orbit LLC

# EXHIBIT A

# [THIS EXHIBIT IS BEING FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 20, 2021]

# EXHIBIT B

# [THIS EXHIBIT IS BEING FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 20, 2021]

# EXHIBIT C

# [THIS EXHIBIT IS BEING FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 20, 2021]

# EXHIBIT D

# [PORTIONS OF THIS EXHIBIT ARE BEING FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 20, 2021]

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th Day of May, 2021, the foregoing **PLAINTIFF LITTLE ORBIT LLC'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, TO EXTEND THE COURT'S JURISDICTION AND FOR AN AWARD OF ATTORNEYS' FEES** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:   855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

/s/ M. Danton Richardson
M. Danton Richardson