# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-00089-DOC-JDEx | Date | May 24, 2021 |
| Title | Little Orbit LLC v. Descendent Studios, Inc. et al. | | |

**Present: The Honorable**  John D. Early, United States Magistrate Judge

| Maria Barr | Zoom |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Michael Richardson | Michael C. Whitticar |

**Proceedings:** Hearing re Defendants' Motion to Enforce the Binding Settlement Terms [61], [65]

Case called. Counsel make appearances. Counsel argue. Motion taken under submission.

: 25

Initials of Clerk: mba