# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Taylor Quinlan |
| 2a. Contact Phone Number | 571-386-2980 |
| 3a. Contact E-mail Address | novaipoffice@gmail.com |
| 1b. Attorney Name (if different) | Michael C. Whitticar |
| 2b. Attorney Phone Number | 571-386-2980 |
| 3b. Attorney E-mail Address | mikew@novaiplaw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
7420 Heritage Village Plaza Suite 101, Gainesville, VA 20155

**5. Name & Role of Party Represented:** Descendent Studios Inc./Defedant

**6. Case Name:** Little Orbit LLC v. Descendent Studios Inc.

**7a. District Court Case Number:** 8:20-cv-00089-DOC-JDE

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☒ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Zoom; N/A

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED**

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (email) | WORD INDEXING (web) | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/21 | John E. Early | Motion to Enforce Binding Settlement Terms Sheet | ● | ○ | ● | ○ | ○ | ○ | (X) | 3-Day |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 5/28/21   Signature: *Michael C. Whitticar*

G-120 (06/18)