# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Danton Richardson |
| 2a. Contact Phone Number | (949) 677-6434 |
| 3a. Contact E-mail Address | mdantonrichardson@yahoo.com |
| 1b. Attorney Name (if different) | Danton Richardson |
| 2b. Attorney Phone Number | (949) 677-6434 |
| 3b. Attorney E-mail Address | mdantonrichardson@yahoo.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | M. Danton Richardson, Law Offices of M. Danton Richardson, 131 N. El Molino Ave., Suite 310, Pasadena, CA 91101 |
| 5. Name & Role of Party Represented | Little Orbit LLC – Plaintiff |
| 6. Case Name | Little Orbit LLC vs Descendent Studios, Inc, and Eric Peterson |
| 7a. District Court Case Number | 8:20-cv-00089-DOC-JDE |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
[X] DIGITALLY RECORDED   [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal   [ ] Criminal  [X] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis

**10. TRANSCRIPT(S) REQUESTED**

a. HEARING(S) OR PORTIONS OF HEARINGS

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|
| | | | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
| 5/24/2021 | John Early | Motion to Enforce Settlement | ● | ○ | ○ | ○ | ○ | ○ | ● 8/30/2021 | 3-Day |
| | | | ○ | | | | | | ○ | |
| | | | ○ | | | | | | ○ | |
| | | | ○ | | | | | | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

Opposing counsel previously ordered a copy of the transcript and I see a notice that it has been filed. We would like to purchase a copy of the transcript that has already been prepared.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  6/4/2021   Signature  /s/ M. Danton Richardson

G-120 (06/18)