UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LITTLE ORBIT LLC, <br><br> Plaintiff, <br><br> v. <br><br> DESCENDENT STUDIOS INC., et al., <br><br> Defendants, <br><br> And Related Counterclaims. | Case No. 8:20-cv-00089-DOC (JDE) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Motion to Enforce Binding Settlement Terms Sheet filed by Defendants Descendent Studios, Inc. and Eric Peterson ("Defendants") (Dkt. 61, 65 (under seal), collectively, "Motion"), all papers filed in support of an in opposition to the Motion, and the Report and Recommendation of the assigned United States Magistrate Judge filed after a hearing before the Magistrate Judge and after the Court had referred the Motion to the Magistrate Judge. No party filed timely objections to the Report and Recommendation.

The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE HEREBY ORDERED that:

1. The Report and Recommendation (Dkt. 79) is approved and accepted;
2. The Motion (Dkt. 61, 65) is DENIED;
3. To the extent the Settlement Agreement (Dkt. 48-1 (under seal)) used the phrase "within [__] days of signing [a] written memorialization" or similar language as a triggering event, such trigger date shall be the date of the Report and Recommendation, that is, May 24, 2021; and
4. The parties' cross-requests for an award of attorneys are denied.

Dated: June 17, 2021

*David O. Carter*

———————————————
DAVID O. CARTER
United States District Judge