1
2
3
4
5
6

M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LEO E. LUNDBERG, JR. (State Bar No. 125951)
leo.law.55@gmail.com
LAW OFFICES OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
***Attorneys for Plaintiff,***
LITTLE ORBIT LLC

7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>    vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>        Defendants.<br>_____<br><br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>        Counterclaimant,<br><br>    vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>        Counter Defendant.<br>_____ | ) Case No.: 8:20-cv-00089-DOC-JDE<br>)<br>) Judge:        Hon. David O. Carter<br>)<br>) **PLAINTIFF LITTLE ORBIT LLC'S**<br>) **REQUEST FOR JUDICIAL NOTICE IN**<br>) **SUPPORT OF MOTION TO SET ASIDE**<br>) **THE BINDING SETTLEMENT TERMS**<br>) **SHEET DUE TO DEFENDANTS'**<br>) **FRAUD AND FAILURE TO DELIVER**<br>) **THE ASSETS COVERED BY THE**<br>) **TERMS SHEET OR FOR**<br>) **ALTERNATIVE RELIEF AND FOR AN**<br>) **AWARD OF ATTORNEYS' FEES**<br>)<br>)<br>)<br>) **Date: July 26, 2021**<br>) **Time: 8:30 a.m.**<br>) **Courtroom: 9D**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Little Orbit LLC does not believe the Court should consider the (partial) dictionary definition of "revenue" from Black's Law Dictionary referred to by Defendants. However, should the Court determine to consider dictionary definitions, then Little Orbit respectfully requests that the Court take judicial notice of the following pursuant to Fed. R. Evid. 201:

1) The entire definition of "revenue" from Black's Law Dictionary – Exhibit A;

2) The definition of "revenue" from Mirriam-Webster's Dictionary – Exhibit B;

3) The definition of "profit" from Mirriam-Webster's Dictionary ("profit" is a synonym for "revenue" as evidenced by Exhibit B) – Exhibit C; and

4) The definition of "income" - from Mirriam-Webster's Dictionary ("income" is a synonym for "revenue" as evidenced by Exhibit B) – Exhibit D.

Fed. R. Evid. 201(c)(2) provides that a court "must take judicial notice if a party requests it and the court is supplied with the necessary information."  Plaintiff has done so by this Request.

Fed. R. Evid. 201(d) provides that a "The court may take judicial notice at any stage of the proceeding."

The foregoing definitions should also be considered for purposes of optional completeness pursuant to Fed. R. Evid. 106: "If a party introduces all or part of a writing or recorded statement, an adverse party may require the introduction, at that time, of any other part — or any other writing or recorded statement — that in fairness ought to be considered at the same time."

DATED: June 24, 2021          **LAW OFFICES OF M. DANTON RICHARDSON**

By:   /s/ M. Danton Richardson
                M Danton Richardson

***Attorney for Plaintiff,***
Little Orbit LLC

2

# EXHIBIT A

REVENUE, Black's Law Dictionary (11th ed. 2019)

---

Black's Law Dictionary (11th ed. 2019), revenue

# REVENUE

Bryan A. Garner, Editor in Chief

Preface | Guide | Legal Maxims | Bibliography

**revenue** (15c)  **1.** Income from any and all sources; gross income or gross receipts. **2.** The total current income of a government, however derived; esp., taxes. **3.** The government department or branch of the civil service that collects taxes, esp. national taxes. **4.** A tax officer. — Also termed *revenuer.* **5.** A source of income. — Also termed *revenue stream.* **6.** The periodic yield or interest from investment.

- **general revenue.** (17c) The income stream from which a state or municipality pays its obligations unless a law calls for payment from a special fund. See *general fund* under *fund (1).*

- **land revenue.** (17c) Revenue derived from lands owned by the Crown in the United Kingdom. • Since, over the years, crown lands have been largely granted to subjects, they are now transferred within very narrow limits. See *Crown land* under *land.*

- **marginal revenue.** (1932) The amount of revenue earned from the sale of one additional unit.

- **public revenue.** (16c) A government's income, usu. derived from taxes, levies, and fees.

---

Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

**End of Document**                    © 2021 Thomson Reuters. No claim to original U.S. Government Works.



EXHIBIT

A

# EXHIBIT B



SINCE 1828

GAMES THESAURUS WORD OF THE DAY BLOG SHOP

- LOG IN
- REGISTER
-
  settings
- SAVED WORDS

revenue

EXHIBIT
B

dictionary
thesaurus

view recents

Login or Register

Hello,
GAMES THESAURUS WORD OF THE DAY BLOG SHOP SETTINGS

- SAVED WORDS    view recents

# revenue

noun, often attributive

Save Word

To save this word, you'll need to log in.

Log In

rev·e·nue | \ ˈre-və-ˌnü  ), -ˌnyü \

## Definition of *revenue*

1 : the total income produced by a given source a property expected to yield a large annual revenue
2 : the gross income returned by an investment
3 : the yield of sources of income (such as taxes) that a political unit (such as a nation or state) collects and receives into the treasury for public use
4 : a government department concerned with the collection of the national revenue

Synonyms    More Example Sentences    Learn More about *revenue*

Keep scrolling for more

## Synonyms for *revenue*

Synonyms

- earnings,
- gain(s),
- income,
- incoming(s),
- proceeds,
- profit,
- return,
- yield

Visit the Thesaurus for More ⊗

## Examples of *revenue* in a Sentence

The factory lost *revenue* because of the strike by the workers. The firm is looking for another source of *revenue*.
See More ⊕ ⊖
Recent Examples on the Web Following that, Priority Two establishments that lost 70% or more of their *revenue* in the same time period will receive funds over the next 14 days. — Taylor Mims, *Billboard*, "Shuttered Venue Operators Grant Payments Will Start Arriving Next Week," 10 May 2021 Every quarter, kweliTV pays out 60% of its *revenue* to filmmakers on its platform. — John General, *CNN*, "She was tired of seeing Black stereotypes on TV. So she started her own streaming service," 8 May 2021

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'revenue.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More ⊕ ⊖

## First Known Use of *revenue*

15th century, in the meaning defined at sense 1

## History and Etymology for *revenue*

Middle English, return, revenue, from Anglo-French, from *revenir* to return, from Latin *revenire*, from *re-* + *venire* to come — more at come

Keep scrolling for more

## Learn More about *revenue*

Share *revenue*

 

Post the Definition of revenue to Facebook    Share the Definition of revenue on Twitter

Time Traveler for *revenue*



## The first known use of *revenue* was in the 15th century

See more words from the same century

## Dictionary Entries near *revenue*

revengingly

revenons à nos moutons

revent

revenue

revenue account

revenue act

revenue bond

See More Nearby Entries

## Phrases Related to *revenue*

the Inland Revenue

the Internal Revenue Service

## Statistics for *revenue*

Last Updated

13 May 2021

Look-up Popularity

Top 1% of words

Cite this Entry

"Revenue." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/revenue. Accessed 17 May. 2021.

**Style:** MLA
MLA ⊘ Chicago ⊘ APA ⊘ Merriam-Webster ⊘

Keep scrolling for more

More Definitions for *revenue*

revenue

*noun*





## English Language Learners Definition of *revenue*

finance
**:** money that is made by or paid to a business or an organization
**:** money that is collected for public use by a government through taxes

See the full definition for *revenue* in the English Language Learners Dictionary

revenue

noun

rev·e·nue | \ ˈre-və-ˌnü 🔊 , -ˌnyü \

## Kids Definition of *revenue*

1 **:** money that is made by or paid to a business or organization sales *revenues*
2 **:** money collected by a government (as through taxes)

revenue

noun, often attributive

rev·e·nue | \ ˈre-və-ˌnü, -ˌnyü 🔊 \

## Legal Definition of *revenue*

1 **:** the total income produced by a given source a property expected to yield a large annual revenue
2 **:** the gross income returned by an investment
3 **:** the yield of sources of income (as taxes) that a political unit (as a nation or state) collects and receives into the treasury for public use
4 **:** a government department concerned with the collection of national revenue

More from Merriam-Webster on *revenue*

Thesaurus: All synonyms and antonyms for *revenue*

Nglish: Translation of *revenue* for Spanish Speakers

Britannica English: Translation of *revenue* for Arabic Speakers

Comments on *revenue*

What made you want to look up *revenue*? Please tell us where you read or heard it (including the quote, if possible).

**SHOW COMMENTS** ⊕

WORD OF THE DAY



See Definitions and Examples »

Get Word of the Day daily email!

**Test Your Vocabulary**

Words Used by Nabokov Quiz



- Choose the best definition or synonym for the word in bold: "There are some **eructations** that sound like cheers—at least, mine did." *Lolita*

a sneeze    a clearing of the throat

a belch    a groan

Test your knowledge - and maybe learn something along the way.

TAKE THE QUIZ

Spell words. Make bears.

Case 8:20-cv-00089-DOC-JDE    Document 89    Filed 06/24/21    Page 11 of 39    Page ID #:1161

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

---

WORDS AT PLAY

•

**The Words of the Week -
5/14/2021**

Words from the week of 5/14/2021

•

**The History of 'Bodice'**

For our romance readers

•

**The Ups and Downs of
'Raise' and 'Raze'**

Are you building something up or
tearing it down?

•

**The Words of the Week -
5/7/2021**

Words from the week of 5/7/2021

ASK THE EDITORS

•

**'All Intensive Purposes' or
'All Intents and Purposes'?**

We're intent on clearing it up

- 

### 'Nip it in the butt' or 'Nip it in the bud'?

We're gonna stop you right there

- 

### Literally

How to use a word that (literally) drives some pe...

- 

### Is Singular 'They' a Better Choice?

The awkward case of 'his or her'

WORD GAMES

- 

### Words Used by Nabokov Quiz

How familiar are you with Nabokov's unfamiliar ...

**TAKE THE QUIZ**

- 

### Star Wars Words Quiz

Is the Force strong in you?

**TAKE THE QUIZ**

- 

### True or False?

Test your knowledge - and maybe learn something a...

**TAKE THE QUIZ**

- 

### AlphaBear 2

AlphaBear 2

PLAY THE GAME

**Research, Treatment and Care, Personalized to You.**
City of Hope

**Plan Ahead with Your FSA funds! Shop FSA Store**
FSAstore

## Learn a new word every day. Delivered to your inbox!

| Your email address | › |

### OTHER MERRIAM-WEBSTER DICTIONARIES

- LEARNER'S ESL DICTIONARY
- VISUAL DICTIONARY
- SCRABBLE® WORD FINDER

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

### FOLLOW US

Browse the Dictionary:    A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Videos |
Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use |
Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2021 Merriam-Webster, Incorporated

# EXHIBIT C



SINCE 1828

GAMES THESAURUS WORD OF THE DAY BLOG SHOP

- LOG IN
- REGISTER
- 

settings
- SAVED WORDS

profit

EXHIBIT
C

dictionary
thesaurus
view recents

Login or Register
Hello,
GAMES THESAURUS WORD OF THE DAY BLOG SHOP SETTINGS

- SAVED WORDS     view recents

# profit

noun, often attributive
Save Word

To save this word, you'll need to log in.

Log In

prof·it | \ ˈprä-fət \

## Definition of *profit*

(Entry 1 of 2)

1 : a valuable return : gain
2 : the excess of returns over expenditure in a transaction or series of transactions especially : the excess of the selling price of goods over their cost
3 : net income usually for a given period of time
4 : the ratio of profit for a given year to the amount of capital invested or to the value of sales
5 : the compensation accruing to entrepreneurs for the assumption of risk in business enterprise as distinguished from wages or rent

profit

verb
profited; profiting; profits

Definition of *profit* (Entry 2 of 2)

intransitive verb

1 : to be of service or advantage : avail
2 : to derive benefit : gain
3 : to make a profit

transitive verb

: to be of service to : benefit

Other Words from *profit*     Synonyms     Example Sentences     Learn More about *profit*

Keep scrolling for more

## Other Words from *profit*

Noun

profitless \ ˈprä-fət-ləs \ adjective
profitwise \ ˈprä-fət-ˌwīz \ adverb

## Synonyms for *profit*

Synonyms: Noun

- earnings,
- gain,

- [lucre](#),
- [net](#),
- [payoff](#),
- [proceeds](#),
- [return](#)

Synonyms: Verb

- [advantage](#),
- [avail](#),
- [benefit](#),
- [help](#),
- [serve](#)

[Visit the Thesaurus for More](#) ⊗

## Examples of *profit* in a Sentence

Noun The company made a *profit* this year. *Profits* are up from last year.

See More ⊕ ⊖

Recent Examples on the Web: Noun The city has received a $10,000 grant from the National Endowment for the Arts for the mural, and Aurora Downtown, the not-for-*profit* group that administers the city's downtown special service area, is matching it with another $10,000. — [Steve Lord, *chicagotribune.com*, "Aurora to see summer of downtown murals," 15 May 2021](#) Powerful allies, including a state attorney general and a federal judge, agreed that she and other students in Massachusetts had been defrauded by the defunct for-*profit* chain Corinthian Colleges. — [*BostonGlobe.com*, "Student loan borrowers perplexed by Biden administration's continued defense of Trump-era lawsuits," 14 May 2021](#)

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'profit.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. [Send us feedback.](#)

See More ⊕ ⊖

## First Known Use of *profit*

Noun

14th century, in the meaning defined at [sense 1](#)

Verb

14th century, in the meaning defined at [intransitive sense 1](#)

## History and Etymology for *profit*

Noun

Middle English, from Anglo-French, from Latin *profectus* advance, profit, from *proficere*

Keep scrolling for more

## Learn More about *profit*

Share *profit*

 [Post the Definition of profit to Facebook](#)     [Share the Definition of profit on Twitter](#)

Time Traveler for *profit*



## The first known use of *profit* was in the 14th century

[See more words from the same century](#)

## Dictionary Entries near *profit*

[profiling machine](#)

profilograph

profilometer

profit

profitable

profit and loss

profit and loss statement

See More Nearby Entries

## Phrases Related to *profit*

at a profit

profit margin

profit motive

## Statistics for *profit*

Last Updated

17 May 2021

Look-up Popularity

Top 1% of words

Cite this Entry

"Profit." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/profit. Accessed 17 May. 2021.

**Style:** MLA

MLA  Chicago ⊘ APA ⊘ Merriam-Webster ⊘

Keep scrolling for more

More Definitions for *profit*

profit

*noun*
🔊

## English Language Learners Definition of *profit*

 (Entry 1 of 2)

**:** money that is made in a business, through investing, etc., after all the costs and expenses are paid **:** a financial gain

formal **:** the advantage or benefit that is gained from doing something

profit

*verb*

English Language Learners Definition of *profit* (Entry 2 of 2)

**:** to get an advantage or benefit from something
**:** to be an advantage to (someone) **:** to help (someone)
**:** to earn or get money *by* or *from* something

See the full definition for *profit* in the English Language Learners Dictionary

profit

*noun*

prof·it | \ ˈprä-fət  \

## Kids Definition of *profit*

(Entry 1 of 2)

1 **:** the gain after all the expenses are subtracted from the total amount received Their business shows a *profit* of $100 a week.
2 **:** the gain or benefit from something She began to see the *profit* of exercising.

Other Words from *profit*

profitless \ -ləs \ adjective

profit

[verb](#)
profited; profiting

Kids Definition of *profit* (Entry 2 of 2)

1 **:** to get some good out of something **:** [gain](#) You'll *profit* from the experience.
2 **:** to be of use to (someone) The agreement *profited* us all.

profit

[noun](#)
prof·it

# Legal Definition of *profit*

1 **:** gain in excess of expenditures: as
a **:** the excess of the selling price of goods over their cost
b **:** net income from a business, investment, or capital appreciation — compare [earnings](#), [loss](#)
2 **:** a benefit or advantage from the use of property

More from Merriam-Webster on *profit*

Thesaurus: [All synonyms and antonyms for *profit*](#)

Nglish: [Translation of *profit* for Spanish Speakers](#)

Britannica English: [Translation of *profit* for Arabic Speakers](#)

Britannica.com: [Encyclopedia article about *profit*](#)

Comments on *profit*

What made you want to look up *profit*? Please tell us where you read or heard it (including the quote, if possible).

**SHOW COMMENTS** ⊕

**WORD OF THE DAY**



See Definitions and Examples »

Get Word of the Day daily email!

Your email address    SUBSCRIBE

---

**Test Your Vocabulary**

Words Used by Nabokov Quiz

- - Choose the best definition or synonym for the word in bold: "There are some **eructations** that sound like cheers—at least, mine did." *Lolita*

| a clearing of the throat | a groan |
| a belch | a sneeze |

---

Test your knowledge - and maybe learn something along the way.

TAKE THE QUIZ

---

Spell words. Make bears.

TAKE THE QUIZ

---



**Click to find out more about a new promotion**

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

WORDS AT PLAY

•

### The Words of the Week - 5/14/2021

Words from the week of 5/14/2021

•

### The History of 'Bodice'

For our romance readers

•

### The Ups and Downs of 'Raise' and 'Raze'

Are you building something up or tearing it down?

•

### The Words of the Week - 5/7/2021

Words from the week of 5/7/2021

ASK THE EDITORS

•

### 'All Intensive Purposes' or 'All Intents and Purposes'?

We're intent on clearing it up

•

### 'Nip it in the butt' or 'Nip it in the bud'?

We're gonna stop you right there

•

### Literally

How to use a word that (literally)
drives some pe...

•

**Is Singular 'They' a Better
Choice?**

The awkward case of 'his or her'

**WORD GAMES**

•

**Words Used by Nabokov
Quiz**

How familiar are you with
Nabokov's unfamiliar ...

**TAKE THE QUIZ**

•

**Star Wars Words Quiz**

Is the Force strong in you?

**TAKE THE QUIZ**

•

**True or False?**

Test your knowledge - and maybe
learn something a...

**TAKE THE QUIZ**

•

**AlphaBear 2**

AlphaBear 2

**PLAY THE GAME**

**Research, Treatment and Care, Personalized to You.**
City of Hope

**How To Score A Better Mortgage With Quicken Loans**
Quicken Loans

**Learn a new word every day. Delivered to your inbox!**

Your email address

>

OTHER MERRIAM-WEBSTER DICTIONARIES

- LEARNER'S ESL DICTIONARY
- VISUAL DICTIONARY
- SCRABBLE® WORD FINDER

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

- - - -

Browse the Dictionary:  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Videos |
Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use |
Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2021 Merriam-Webster, Incorporated

# EXHIBIT D



SINCE 1828

Q

GAMES THESAURUS WORD OF THE DAY BLOG SHOP

- LOG IN
- REGISTER
- ⌄
  settings
- ⚑SAVED WORDS

EXHIBIT

D



income

dictionary
thesaurus

view recents

Login or Register
Hello,

GAMES THESAURUS WORD OF THE DAY BLOG SHOP SETTINGS

- ⚑ SAVED WORDS   view recents

# income

noun

⚑ Save Word

To save this word, you'll need to log in.

Log In

in·come | \ ˈin-ˌkəm  also ˈin-kəm or ˈiŋ-kəm \

## Definition of *income*

1 **:** a gain or recurrent benefit usually measured in money that derives from capital or labor *also* **:** the amount of such gain received in a period of time has an income of $30,000 a year
2 **:** a coming in **:** entrance, influx fluctuations in the nutrient income of a body of water

⬇ Synonyms ⬇ More Example Sentences ⬇ Learn More about *income*

Keep scrolling for more

## Synonyms for *income*

Synonyms

- earnings,
- gain(s),
- incoming(s),
- proceeds,
- profit,
- return,
- revenue,

- [yield](#)

[Visit the Thesaurus for More](#) »

## Examples of *income* in a Sentence

Any *income* from investments must be reported. Farming is his main source of *income*.
See More ⊕ ⊖
Recent Examples on the Web Turnkey apartment buildings provide an opportunity for passive *income* and long-term wealth building. — [Eric Martel, *Forbes*, "How To Determine Your Investment Strategy For Apartment Buildings," 10 May 2021](#) But jumping the gun could be dangerous: Lowering reserves too quickly and then needing to rebuild them could hurt companies' credibility and reduce *income*, accountants and advisers say. — [Mark Maurer, *WSJ*, "Banks Releasing Loan Reserves Face Tricky Accounting Estimates as Economy Improves," 10 May 2021](#)

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'income.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. [Send us feedback](#).

See More ⊕ ⊖

## First Known Use of *income*

14th century, in the meaning defined at [sense 2](#)

Keep scrolling for more

## Learn More about *income*

Share *income*

[Post the Definition of income to Facebook](#)  [Share the Definition of income on Twitter](#) 

Time Traveler for *income*



## The first known use of *income* was in the 14th century

[See more words from the same century](#)

From the Editors at Merriam-Webster

[9 Financial Words With Surprising...](#)

### [9 Financial Words With Surprising Origins](#)

A capital bruise, a budget of news, the fund of a bottle, and more

# Dictionary Entries near *income*

in combination

in combination with

incombustible

income

income account

income basis

income bond

See More Nearby Entries

# Phrases Related to *income*

(income) tax return

discretionary income

disposable income

# Statistics for *income*

Last Updated

12 May 2021

Look-up Popularity

Top 2% of words

Cite this Entry

"Income." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/income. Accessed 17 May. 2021.

**Style:** MLA

MLA ⊘ Chicago ⊘ APA ⊘ Merriam-Webster ⊘

Keep scrolling for more

More Definitions for *income*

income

*noun*



# English Language Learners Definition of *income*

**:** money that is earned from work, investments, business, etc.

See the full definition for *income* in the English Language Learners Dictionary

income

noun

in·come | \ ˈin-ˌkəm 🔊 \

# Kids Definition of *income*

**:** a gain usually in money that comes in from labor, business, or property

income

noun
in·come

# Legal Definition of *income*

**:** a gain or recurrent benefit usually measured in money that derives from capital or labor also **:** the amount of such gain received in a period of time an income of $20,000 a year

More from Merriam-Webster on *income*

Thesaurus: All synonyms and antonyms for *income*

Nglish: Translation of *income* for Spanish Speakers

Britannica English: Translation of *income* for Arabic Speakers

Britannica.com: Encyclopedia article about *income*


Comments on *income*

What made you want to look up *income*? Please tell us where you read or heard it (including the quote, if possible).


**SHOW COMMENTS** ⊕

**WORD OF THE DAY**

***



See Definitions and Examples »

Get Word of the Day daily email!

| Your email address | **SUBSCRIBE** |



**Subaru Genuine Oil**
**Specially formulated for your Subaru boxer engine.**

**Subaru Pacific**
Hawthorne, CA

**Test Your Vocabulary**

## Words Used by Nabokov Quiz

- Choose the best definition or synonym for the word in bold: "There are some **eructations** that sound like cheers—at least, mine did." *Lolita*

| a sneeze | a clearing of the throat |
|---|---|
| a groan | a belch |

Test your knowledge - and maybe learn something along the way.

TAKE THE QUIZ

Spell words. Make bears.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

### WORDS AT PLAY

- #### The Words of the Week - 5/14/2021

  Words from the week of 5/14/2021

- #### The History of 'Bodice'

  For our romance readers

- #### The Ups and Downs of 'Raise' and 'Raze'

  Are you building something up or tearing it down?

- #### The Words of the Week - 5/7/2021

  Words from the week of 5/7/2021

### ASK THE EDITORS

- ### 'All Intensive Purposes' or 'All Intents and Purposes'?

  We're intent on clearing it up

- ### 'Nip it in the butt' or 'Nip it in the bud'?

  We're gonna stop you right there

- ### Literally

  How to use a word that (literally) drives some pe...

- ### Is Singular 'They' a Better Choice?

  The awkward case of 'his or her'

### WORD GAMES

- ### Words Used by Nabokov Quiz

How familiar are you with
Nabokov's unfamiliar ...

**TAKE THE QUIZ** >

- 
### Star Wars Words Quiz

Is the Force strong in you?

**TAKE THE QUIZ** >

- 
### True or False?

Test your knowledge - and maybe
learn something a...

**TAKE THE QUIZ** >

- 
### AlphaBear 2

AlphaBear 2

**PLAY THE GAME** >



## Learn a new word every day. Delivered to your inbox!

Your email address

Income | Definition of Income by Merriam-Webster

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- <u>LEARNER'S ESL DICTIONARY</u>
- <u>VISUAL DICTIONARY</u>
- <u>SCRABBLE® WORD FINDER</u>

- <u>MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY</u>
- <u>BRITANNICA ENGLISH - ARABIC TRANSLATION</u>
- <u>NGLISH - SPANISH-ENGLISH TRANSLATION</u>

**FOLLOW US**

<u>Browse the Dictionary:</u>  <u>A</u>  <u>B</u>  <u>C</u>  <u>D</u>  <u>E</u>  <u>F</u>  <u>G</u>  <u>H</u>  <u>I</u>  <u>J</u>  <u>K</u>  <u>L</u>  <u>M</u>  <u>N</u>  <u>O</u>  <u>P</u>  <u>Q</u>  <u>R</u>  <u>S</u>  <u>T</u>  <u>U</u>  <u>V</u>  <u>W</u>  <u>X</u>  <u>Y</u>  <u>Z</u>  <u>0-9</u>

<u>Home</u> | <u>Help</u> | <u>Apps</u> | <u>About Us</u> | <u>Shop</u> | <u>Advertising Info</u> | <u>Dictionary API</u> |
<u>Contact Us</u> | <u>Join MWU</u> | <u>Videos</u> | <u>Word of the Year</u> | <u>Puku</u> |
<u>Vocabulary Resources</u> | <u>Law Dictionary</u> | <u>Medical Dictionary</u> | <u>Privacy Policy</u> |
<u>Terms of Use</u> | <u>Do Not Sell My Info</u>

<u>Browse the Thesaurus</u> | <u>Browse the Medical Dictionary</u> | <u>Browse the Legal Dictionary</u>

© 2021 Merriam-Webster, Incorporated

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

I hereby certify that on this 24ᵗʰ Day of June, 2021, the foregoing **PLAINTIFF LITTLE ORBIT LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

4

5

6

7

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

8

9

10

11

12

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

13

14

15

16

17

18

19

/s/ M. Danton Richardson<br>
M. Danton Richardson

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE RE MOTION TO SET ASIDE SETTLEMENT
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE