1  M. DANTON RICHARDSON (State Bar No. 141709)
   mdantonrichardson@yahoo.com
2  LEO E. LUNDBERG, JR. (State Bar No. 125951)
   leo.law.55@gmail.com
3  LAW OFFICE OF M. DANTON RICHARDSON
4  131 N. El Molino Ave., Suite 310
   Pasadena, CA 91101
5  *Attorneys for Plaintiff,*
6  LITTLE ORBIT LLC

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, | Case No.: 8:20-cv-00089-DOC-JDE |
| Plaintiff, | Judge:   Hon. David O. Carter |
| vs. | **REPLY DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES** |
| DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, | |
| Defendants. | |
| DESCENDENT STUDIOS INC., a Texas corporation, | **Date:**   July 28, 2021 |
| Counterclaimant, | **Time:**   8:30 a.m. |
| vs. | **Ctrm:**   9D |
| LITTLE ORBIT LLC, a California Limited Liability Company, | **[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 20, 2021]** |
| Counter Defendant. | **Complaint filed: January 16, 2020** |

1

REPLY DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
MOTION TO SET ASIDE SETTLEMENT TERMS SHEET
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

# REPLY DECLARATION OF M. DANTON RICHARDSON

I, M. Danton Richardson, declare:

1.  I am an attorney licensed to practice law in California and before this Court and I am the attorney of record for Plaintiff Little Orbit LLC in the above-captioned matter. The facts stated herein are within my own personal knowledge unless otherwise stated. If called to testify, I would and could testify competently to the facts stated in this declaration.

2.  I make this Reply declaration in support of Plaintiff's Motion to Set Aside the Binding Settlement Terms Sheet Due to Defendants' Fraud and Failure to Deliver the Assets Covered by the Terms Sheet, or for Alternative Relief and for an Award of Attorneys' Fees.

3.  As set forth in my supporting declaration I met and conferred with Defendants' counsel via telephone conference which occurred on June 21, 2021, in an effort to address the various issues between the parties. Those issues included Defendants' breach of the agreement by failing to deliver a copy of all of the game IP assets to Little Orbit. Mr. Whitticar's response was that there was no such obligation under the Binding Settlement Terms Sheet so no agreement could be reached.

4.  On June 23, 2021, I followed up with Mr. Whitticar via email and made a proposal as follows:
    > I will make one final proposal to try to clear the way for the parties to try to resolve their current differences either between themselves or with the aid of another session with Judge Early - I would propose that LO deposit the amount of the first required payment - ▅▅▅ - to my trust account and that your side agree to put a hold on the deadline for that payment while we try to work things out. If you truly want to explore resolution this should be easily agreeable.

A true and correct copy of the foregoing email is attached as Exhibit B. I never received any response from Mr. Whitticar.

5.  Plaintiff has incurred $7,420 in attorneys' fees in preparing and submitting Reply papers in support of Plaintiff's Motion to Set Aside the Binding Settlement Terms Sheet. This is based on 21.2 hours at the hourly rate charged Plaintiff in the amount of $350 per hour. This brings the total Plaintiff has incurred in connection with this Motion to $15,995.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States.  Executed on July 12, 2021, in San Gabriel, California.

                                            */s/ M. Danton Richardson*
                                            M. Danton Richardson, Declarant

3

REPLY DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
MOTION TO SET ASIDE SETTLEMENT TERMS SHEET
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

# EXHIBIT B

# [THIS EXHIBIT IS BEING FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 20, 2021]

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th Day of July 2021, the foregoing **REPLY DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel: 571-386-2980
Fax: 855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

/s/ M. Danton Richardson
M. Danton Richardson