NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>　　　　　　Defendants.<br><br>――――――――――――――<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>　　　　　　Counterclaimant,<br><br>　vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**[PROPOSED] ORDER ON DEFENDANTS' SECOND MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, FOR ENTRY OF JUDGMENT AND FOR AN AWARD OF ATTORNEYS' FEES**<br><br>**[REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 20, 2021]**<br><br>Date:　　　August 23, 2021<br>Time:　　　8:30 a.m.<br>Courtroom: 9D<br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:　1/16/2020 |

Defendants have filed a Second Motion to Enforce the Binding Settlement Terms Sheet, and for attorneys' fees.

Having considered the submissions and the arguments of the parties, the Court hereby finds and orders as follows:

1. Defendants' second motion to enforce the Binding Settlement Terms Sheet is granted due to Plaintiff's failure to comply with the Binding Settlement Terms Sheet in several different respects.

2. "Revenues" as used in the Binding Settlement Terms Sheet means gross income and gross receipts.

3. Little Orbit is ordered to pay the $▮▮▮▮▮▮ due for the first two required settlement payments to Defendants within ten (10) calendar days of the entry of this Order.

4. Paragraph 4 of the Binding Settlement Terms Sheet is not Descendent's sole remedy for Little Orbit's complete failure to make all three payments required under the Binding Settlement Terms Sheet, through Paragraphs 1 through 3.

5. Paragraph 4 of the Binding Settlement Terms Sheet was expressly stated as a remedy for any one "payment" (singular) that was not made "on time", but was never stated nor agreed to be Descendent's sole or exclusive remedy for any one or more payments (plural) that are not made at all, and especially not for all three payments not being made at all. Paragraph 4 was intended to address only the *timing* of payments, and not to establish an exclusive remedy for LO failing to make one or more payments ever or at all.

6. Little Orbit will be in material breach if it fails to make any one or more payments at all, or if it fails to make any two or more payments on time.

7. As adequate assurance of due performance, Little Orbit is required to produce the following to the Defendants' counsel:

- Little Orbit's bank statements and financial accounting software data and reports from November 1, 2020 to the present.

-1-

- A sworn declaration as to the status of Little Orbit's fundraising and development efforts (A) from November 17, 2020 to May 15, 2020; and, (B) from May 16, 2021 to the present.

8. Little Orbit is further required to submit to a Rule 30(b)(6) deposition relating to the requested adequate assurance of due performance and as to when and whether it actually had possession of any of the allegedly missing game assets.

9. The Court permanently retains jurisdiction to enforce the Binding Settlement Terms Sheet.

10. Within thirty (30) days, LO shall pay Descendent $7,500 in reasonable attorneys' fees for preparing, filing and writing its Second Motion to Enforce pursuant to Paragraph 18 of the Binding Settlement Terms Sheet.

SO ORDERED.

DATED:

_____
Honorable David O. Carter
U.S. District Court Judge

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On July 21, 2021, I filed a copy of the following document(s):

**[REDACTED] [PROPOSED] ORDER ON DEFENDANTS' MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, FOR ENTRY OF JUDGMENT, AND FOR AN AWARD OF ATTORNEYS' FEES**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on July 21, 2021, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto
Diane Hashimoto

-1-