M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
**Attorneys for Plaintiff,**
LITTLE ORBIT LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>  vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>  Defendants.<br>___<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>  Counterclaimant,<br><br>  vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>  Counter Defendant.<br>___ | Case No.: 8:20-cv-00089-DOC-JDE<br><br>Judge:   Hon. David O. Carter<br><br>**DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF ORDER PENDING APPEAL**<br><br>**Date:   November 1, 2021**<br>**Time:   8:30 a.m.**<br>**Ctrm:   9D**<br><br>**Complaint filed: January 16, 2020** |

1

DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
MOTION FOR APPROVAL OF SUPERSEDEAS BOND
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

## **DECLARATION OF M. DANTON RICHARDSON**

I, M. Danton Richardson, declare:

1. I am an attorney licensed to practice law in California and before this Court and I am the attorney of record for Plaintiff Little Orbit LLC in the above-captioned matter. The facts stated herein are within my own personal knowledge unless otherwise stated. If called to testify, I would and could testify competently to the facts stated in this declaration.

2. I make this declaration in support of Plaintiff's Motion for Approval of Supersedeas Bond to Stay Enforcement of Order Pending Appeal.

3. This Court issued its Order of July 27, 2021, denying Plaintiff's Motion To Set Aside Binding Settlement Terms Sheet, And Granting Defendant's Motion To Enforce Binding Settlement Terms Sheet (the "Order"). Plaintiff has appealed that Order.

4. Plaintiff filed a Motion for a Stay of the Order pending the appeal with the Ninth Circuit Court of Appeals but that request was denied by Order issued September 21, 2021. Since that ruling I have met and conferred with Defendants' counsel regarding the Court's granting Defendants' request that Little Orbit provide "adequate assurance" of due performance under the Binding Settlement Terms Sheet ("BSTS") and Little Orbit has since complied with the Court's Order and Defendants' demands in this regard.

5. I also met and conferred with Defendants' counsel via telephone conference on September 23, 2021, regarding Little Orbit's desire to stay enforcement of the monetary portion of the Order and proposed depositing a cash bond with the Court in the amount of $150,000, one and a half times the $100,000 in issue in the Court's Order. No agreement could be reached in this regard as Defendants' counsel instead argued that the bond amount should be no less than $3,000,000, later reduced to $2,000,000.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States. Executed on October 1, 2021, in San Gabriel, California.

                                              */s/ M. Danton Richardson*
                                              M. Danton Richardson, Declarant

2

DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
MOTION FOR APPROVAL OF SUPERSEDEAS BOND
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st Day of October 2021, the foregoing **DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF ORDER PENDING APPEAL** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:  855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

        /s/ M. Danton Richardson
        M. Danton Richardson

3

DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
MOTION FOR APPROVAL OF SUPERSEDEAS BOND
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE