M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>    Defendants.<br>_____<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>    Counterclaimant,<br><br>    vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>    Counter Defendant.<br>_____ | Case No.: 8:20-cv-00089-DOC-JDE<br><br>Judge:    Hon. David O. Carter<br><br>**DECLARATION OF M. DANTON RICHARDSON RE: SERVICE AND ISSUES RE 10/1/21 ATTEMPTED FILING IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF ORDER PENDING APPEAL**<br><br>**Date:    November 1, 2021**<br>**Time:    8:30 a.m.**<br>**Ctrm:    9D**<br><br>**Complaint filed: January 16, 2020** |

---

*

1

## DECLARATION OF M. DANTON RICHARDSON

I, M. Danton Richardson, declare:

1. I am an attorney licensed to practice law in California and before this Court and I am the attorney of record for Plaintiff Little Orbit LLC in the above-captioned matter. The facts stated herein are within my own personal knowledge unless otherwise stated. If called to testify, I would and could testify competently to the facts stated in this declaration.

2. I make this declaration in support of Plaintiff's Motion for Approval of Supersedeas Bond to Stay Enforcement of Order Pending Appeal.

3. I attempted to file Little Orbit's Motion papers on Friday evening, October 1, 2021, but kept getting an error message there was a problem with my Pacer account. As a result, I was not able to complete the filing on that date. I served Little Orbit's Motion papers via email on opposing counsel on October 1, 2021.

4. I spoke with Pacer today, October 4, 2021, and resolved this issue with my account and will now file Little Orbit's Motion and supporting papers.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States. Executed on October 4, 2021, in San Gabriel, California.

*/s/ M. Danton Richardson*
M. Danton Richardson, Declarant

2

DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
MOTION FOR APPROVAL OF SUPERSEDEAS BOND
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th Day of October 2021, the foregoing **DECLARATION OF M. DANTON RICHARDSON RE: SERVICE AND ISSUES RE 10/1/21 ATTEMPTED FILING IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF ORDER PENDING APPEAL** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:  571-386-2980
Fax:  855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

/s/ M. Danton Richardson
M. Danton Richardson

3

DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
MOTION FOR APPROVAL OF SUPERSEDEAS BOND
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE