M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
**Attorneys for Plaintiff,**
LITTLE ORBIT LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, | Case No.: 8:20-cv-00089-DOC-JDE |
| Plaintiff, | Judge:   Hon. David O. Carter |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF LITTLE ORBIT LLC'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF ORDER PENDING APPEAL** |
| DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, | |
| Defendants. | **Date:**   November 1, 2021<br>**Time:**   8:30 a.m.<br>**Ctrm:**   9D |
| DESCENDENT STUDIOS INC., a Texas corporation, | |
| Counterclaimant, | **Complaint filed: January 16, 2020** |
| vs. | |
| LITTLE ORBIT LLC, a California Limited Liability Company, | |
| Counter Defendant. | |

The Court, having considered Plaintiff's Motion for Approval of Supersedeas Bond to Stay Enforcement of Order Pending Appeal together with any opposition thereto, and good cause appearing therefor, hereby finds that Plaintiff's request to deposit cash in the amount of $150,000 with the Clerk of Court provides Defendants with adequate security regarding the Court's Order dated July 27, 2021.

Accordingly, Little Orbit's Motion is hereby granted and enforcement of the Court's Order dated July 27, 2021, is Ordered stayed provided Little Orbit deposits with the Clerk of Court certified funds in the amount of $150,000 within seven (7) days of the entry of this Order. IT IS SO ORDERED.

DATED:

_____
Honorable David O. Carter
U.S. District Court Judge

Respectfully Submitted:

/s/ M. Danton Richardson
M. Danton Richardson

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st Day of October 2021, the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFF LITTLE ORBIT LLC'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF ORDER PENDING APPEAL** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel:   571-386-2980
Fax:   855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

                                    /s/ M. Danton Richardson
                                    M. Danton Richardson