NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>　　　　　　　Defendants.<br> | Case No. 8:20-cv-00089-DOC-JDE<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO ENFORCE THE COURT'S JULY 27, 2021 ORDER, FOR CONTEMPT SANCTIONS, FOR A DECLARATION OF ENTITLEMENT TO SUSPEND OR TERMINATE THE SETTLEMENT AGREEMENT AND IP LICENSE, AND TO ENJOIN LITTLE ORBIT FROM RELEASING THE GAME** |
| DESCENDENT STUDIOS INC., a Texas corporation,<br><br>　　　　　　　Counterclaimant,<br><br>vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　Counterdefendant. | Date: November 22, 2021<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed: 1/16/2020 |

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 22, 2021, at 8:30 a.m. or as soon thereafter as the matter can be heard by the above-entitled Court, in the Courtroom 9D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA, 92701, Defendants Descendent Studios, Inc. and Eric Peterson will, and hereby do, move the Court for an order to enforce the Court's July 27, 2021 Order, for contempt sanctions, for a declaration of entitlement to suspend or terminate the Settlement Agreement and IP License, and to enjoin Little Orbit from releasing the game.

This motion is made following the good faith conference of counsel pursuant to L.R. 7-3, which took place on September 22 and 23, 2021 (¶3 to the Michael C. Whitticar Declaration filed concurrently herewith).

This motion is necessary as Little Orbit is substantially overdue on its settlement payments pursuant to the Court's July 27, 2021 Order and is threatening to publish an "early access" shovelware sub-Beta-test version the game in November of 2021. In addition, Little Orbit cannot lawfully publish the game without paying the overdue fees to sustain the intellectual property license, so it should be enjoined from doing so. Permitting Little Orbit to take free use of Defendants' IP and game software would erroneously deny Descendent its right to terminate for material breach and cause Descendent irreparable harm.

The Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Eric Peterson and Michael C. Whitticar, the other papers and records on file in this action, and such further oral and documentary evidence as may come before the Court upon the hearing of this matter.

| | |
|---|---|
| Dated:  October 21, 2021 | Respectfully submitted,<br><br>By: _____<br>          Counsel<br><br>Nada I. Shamonki (SBN 205359)<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO P.C.<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>Telephone: (310) 586-3200<br>Facsimile: (310) 586-3202<br>Email: nshamonki@mintz.com<br><br>Michael C. Whitticar (*admitted pro hac vice*)<br>NOVA IP Law, PLLC<br>155 Broadview Avenue, Suite 200<br>Warrenton, VA 20186<br>Tel:   571-386-2980<br>Fax:  855-295-0740<br>E-mail: mikew@novaiplaw.com<br><br>*Counsel for Defendants* |

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On October 21, 2021, I filed a copy of the following document(s):

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO ENFORCE THE COURT'S JULY 27, 2021 ORDER, FOR CONTEMPT SANCTIONS, FOR A DECLARATION OF ENTITLEMENT TO SUSPEND OR TERMINATE THE SETTLEMENT AGREEMENT AND IP LICENSE, AND TO ENJOIN LITTLE ORBIT FROM RELEASING THE GAME**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on October 21, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
            Diane Hashimoto

-1-