NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**Mintz Levin Cohn Ferris Glovsky and Popeo P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**Nova IP Law, PLLC**
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Telephone:  (571) 386-2980
Facsimile:  (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>      Plaintiff,<br><br> vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>      Defendants. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING ON NOVEMBER 1, 2021** |
| DESCENDENT STUDIOS INC., a Texas corporation,<br><br>      Counterclaimant,<br><br> vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>      Counterdefendant. | Judge: Hon. David O. Carter<br><br>Complaint Filed: 1/16/2020 |

1         Defendants Descendent Studios Inc. and Eric Peterson ("Defendants"), with

2    the consent of Plaintiff Little Orbit LLC[1] ("Plaintiff"), hereby requests that the

3    Court allow his attorney, Michael C. Whitticar, and Defendant Eric Peterson (for

4    himself and Descendent Studios) to appear via zoom at the hearing on Plaintiff's

5    Motion for Approval of Supersedeas Bond to Stay Enforcement of Order Pending

6    Appeal set for November 1, 2021 at 8:30 a.m. in Courtroom 9D of the above-

7    entitled court in Santa Ana, California.

8         In support, Defendants state as follows:

9        1.    Attorney Michael C. Whitticar is admitted *pro hac vice*, is lead counsel,

10   and will be the one arguing this matter for Defendants.

11       2.    Mr. Whitticar works and resides in Virginia.

12       3.    Eric Peterson is a Defendant in this matter and wants to be able to hear

13   the proceedings, and is located in Texas.  Mr. Peterson is not comfortable traveling

14   during COVID until we reach herd immunity.

15       4.    Due to the possible exposure to COVID-19, traveling outside their home

16   states would put their health at risk and potentially subject them to quarantine

17   periods that can be easily avoided by allowing zoom appearances.

18       5.    Good cause exists for permitting zoom appearances here.  Also, as

19   Defendant's counsel is located in Virginia, significant expense would be saved if

20   counsel were permitted to appear via zoom at the November 1, 2021 hearing.  See

21   also the Declaration of Michael C. Whitticar in support being filed concurrently.

22        WHEREFORE, Defendants respectfully requests that the Court enter an

23   Order granting this request to appear via Courtroom 9D's zoom link at the

24   November 1, 2021 hearing.

25

26

27

28

---

[1] Matt Scott of Little Orbit is in Europe on business and would like to attend remotely by video as well.

Dated:  October 25, 2021

Respectfully submitted,

By: _____
      Counsel

Nada I. Shamonki (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com

Michael C. Whitticar (*admitted pro hac vice*)
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Tel:  571-386-2980
Fax:  855-295-0740
E-mail: mikew@novaiplaw.com

*Counsel for Defendants*

-2-

### CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On October 25, 2021, I filed a copy of the following document(s):

**REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING ON NOVEMBER 1, 2021**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on October 25, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto
Diane Hashimoto