NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Telephone:  (571) 386-2980
Facsimile:  (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                              Plaintiff,<br><br>     vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>                              Defendants.<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>                              Counterclaimant,<br><br>     vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                              Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING ON NOVEMBER 1, 2021**<br><br><br><br><br><br><br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed:    1/16/2020 |

The Court, having considered Defendants' Request to Appear via zoom at the November 1, 2021 hearing, it is hereby ORDERED as follows:

1. The Request is GRANTED.
2. Defendants' counsel, Michael C. Whitticar, and Defendant Eric Peterson, for himself and Defendant Descendent Studios, may appear via zoom (using the Courtroom 9D zoom link/information provided on the court's website) at the November 1, 2021 hearing.

**IT IS SO ORDERED.**

_____          _____
DATED                                                HONORABLE DAVID O. CARTER
                                                     UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On October 25, 2021, I filed a copy of the following document(s):

**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING ON NOVEMBER 1, 2021**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

    leo.law.55@gmail.com

- **Michael Danton Richardson**

    mdantonrichardson@yahoo.com

Executed on October 25, 2021, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

                                          /s/ Diane Hashimoto_____
                                          Diane Hashimoto