NOTE CHANGES BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>　　　　　　　Defendants. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**ORDER GRANTING REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING [112]** |
| DESCENDENT STUDIOS INC., a Texas corporation,<br><br>　　　　　　　Counterclaimant,<br><br>　vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　Counterdefendant. | Judge: Hon. David O. Carter<br><br>Complaint Filed:　1/16/2020 |

The Court, having considered Defendants' Request to Appear via zoom at the motion hearing, it is hereby ORDERED as follows:

1. The Request is GRANTED.
2. The motion hearing for Bond to Stay Enforcement of July 27, 2021 Order Pending Appeal [104] has been ADVANCED to Wednesday, October 27, 2021 at 2:30 PM.
3. All parties will appear via ZOOM (using the Courtroom 9D zoom link/ information provided on the court's website).

**IT IS SO ORDERED.**

DATED: October 26, 2021        _____
                               HONORABLE DAVID O. CARTER
                               UNITED STATES DISTRICT COURT JUDGE