M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LAW OFFICE OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
*Attorneys for Plaintiff,*
LITTLE ORBIT LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>    Defendants.<br>_____<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>    Counterclaimant,<br><br>    vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>    Counter Defendant.<br>_____ | Case No.: 8:20-cv-00089-DOC-JDE<br><br>Judge:    Hon. David O. Carter<br><br>**DECLARATION OF M. DANTON RICHARDSON RE LATE FILING OF OBJECTIONS TO PETERSON DEC. IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S JULY 27, 2021 ORDER, FOR CONTEMPT SANCTIONS, FOR A DECLARATION OF ENTITLEMENT TO SUSPEND OR TERMINATE THE SETTLEMENT AGREEMENT AND IP LICENSE, AND TO ENJOIN LITTLE ORBIT FROM RELEASING THE GAME**<br><br>**Date:    November 22, 2021**<br>**Time:    8:30 a.m.**<br>**Ctrm:    9D**<br><br>**Complaint filed: January 16, 2020** |

1

## DECLARATION OF M. DANTON RICHARDSON

I, M. Danton Richardson, declare:

1.    I am an attorney licensed to practice law in California and before this Court and I am the attorney of record for Plaintiff Little Orbit LLC in the above-captioned matter. The facts stated herein are within my own personal knowledge unless otherwise stated. If called to testify, I would and could testify competently to the facts stated in this declaration.

2.    I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Enforce the Court's July 27, 2021 Order, for Contempt Sanctions, for a Declaration of Entitlement to Suspend or Terminate the Settlement Agreement and IP License, and to enjoin Little Orbit from Releasing the Game (the "Motion").

3.    On November 1, 20221, I had finalized objections to the Declaration of Eric Peterson for inclusion with the filing of Plaintiff's Opposition papers to Defendants' Motion. Unfortunately, in preparing Plaintiff's Opposition documents for filing on November 1, 2021, I inadvertently omitted the Objections from the final documents for filing. I have changed the date of the Objections and proof of service to today's date and respectfully request the Court to accept and consider the Objections which are being filed contemporaneously herewith.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States. Executed on November 2, 2021, in San Gabriel, California.

*/s/ M. Danton Richardson*
M. Danton Richardson, Declarant

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd Day of November 2021, the foregoing **DECLARATION OF M. DANTON RICHARDSON RE LATE FILING OF OBJECTIONS TO PETERSON DEC. IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S JULY 27, 2021 ORDER, FOR CONTEMPT SANCTIONS, FOR A DECLARATION OF ENTITLEMENT TO SUSPEND OR TERMINATE THE SETTLEMENT AGREEMENT AND IP LICENSE, AND TO ENJOIN LITTLE ORBIT FROM RELEASING THE GAME** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Tel:  571-386-2980
Fax: 855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

/s/ M. Danton Richardson
M. Danton Richardson

3

DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF
OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE JULY 27, 2021 ORDER, ETC.
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE