NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>Defendants. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING ON NOVEMBER 22, 2021** |
| DESCENDENT STUDIOS INC., a Texas corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Counterdefendant. | Judge: Hon. David O. Carter<br><br>Complaint Filed: 1/16/2020 |

1-28

Defendants Descendent Studios Inc. and Eric Peterson ("Defendants"), with the consent of Plaintiff Little Orbit LLC ("Plaintiff"), hereby requests that the Court allow his attorney, Michael C. Whitticar, and Defendant Eric Peterson (for himself and Descendent Studios) to appear via zoom at the hearing on Defendants' Motion to Enforce the Court's July 27, 2021 Order, for Contempt Sanctions, for a Declaration of Entitlement to Suspend or Terminate the Settlement Agreement and IP License, and to Enjoin Little Orbit From Releasing the Game set for November 22, 2021 at 8:30 a.m. in Courtroom 9D of the above-entitled court in Santa Ana, California.

In support, Defendants state as follows:

1. Attorney Michael C. Whitticar is admitted *pro hac vice*, is lead counsel, and will be the one arguing this matter for Defendants.

2. Mr. Whitticar works and resides in Virginia.

3. Eric Peterson is a Defendant in this matter and wants to be able to hear the proceedings, and is located in Texas. Mr. Peterson is not comfortable traveling during COVID until we reach herd immunity.

4. Due to the possible exposure to COVID-19, traveling outside their home states would put their health at risk and potentially subject them to quarantine periods that can be easily avoided by allowing zoom appearances.

5. Good cause exists for permitting zoom appearances here. Also, as Defendant's counsel is located in Virginia, significant expense would be saved if counsel were permitted to appear via zoom at the November 22, 2021 hearing. See also the Declaration of Michael C. Whitticar in support being filed concurrently.

WHEREFORE, Defendants respectfully requests that the Court enter an Order granting this request to appear via Courtroom 9D's zoom link at the November 22, 2021 hearing.

| | | |
|---|---|---|
| 1 | Dated: November 15, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | By: *[signature: Michael C. Whitticar]* |
| 4 | | Counsel |
| 5 | | Nada I. Shamonki (SBN 205359) |
| 6 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| 7 | | 2029 Century Park East, Suite 3100 |
| 8 | | Los Angeles, CA 90067<br>Telephone: (310) 586-3200 |
| 9 | | Facsimile: (310) 586-3202 |
| 10 | | Email: nshamonki@mintz.com |
| 11 | | Michael C. Whitticar (*admitted pro hac vice*) |
| 12 | | NOVA IP Law, PLLC |
| 13 | | 155 Broadview Avenue, Suite 200<br>Warrenton, VA 20186 |
| 14 | | Tel:  571-386-2980 |
| 15 | | Fax:  855-295-0740<br>E-mail: mikew@novaiplaw.com |
| 16 | | |
| 17 | | *Counsel for Defendants* |

-2-

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On November 15, 2021, I filed a copy of the following document(s):

**REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING ON NOVEMBER 22, 2021**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on November 15, 2021, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

　　　　　　　　　　　　　　　　　　/s/ Diane Hashimoto_____
　　　　　　　　　　　　　　　　　　Diane Hashimoto