NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, <br><br> Defendants. | Case No. 8:20-cv-00089-DOC-JDE <br><br> **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING ON NOVEMBER 22, 2021** |
| DESCENDENT STUDIOS INC., a Texas corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Counterdefendant. | Judge: Hon. David O. Carter <br><br> Complaint Filed:  1/16/2020 |

1  The Court, having considered Defendants' Request to Appear via zoom at the
2  November 22, 2021 hearing, it is hereby ORDERED as follows:
3      1.  The Request is GRANTED.
4      2.  Defendants' counsel, Michael C. Whitticar, and Defendant Eric
5  Peterson, for himself and Defendant Descendent Studios, may appear via zoom
6  (using the Courtroom 9D zoom link/information provided on the court's website) at
7  the November 22, 2021 hearing.

**IT IS SO ORDERED.**

_____        _____
DATED                    HONORABLE DAVID O. CARTER
                         UNITED STATES DISTRICT COURT JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On November 15, 2021, I filed a copy of the following document(s):

**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR VIA ZOOM AT MOTION HEARING ON NOVEMBER 22, 2021**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com

Executed on November 15, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

      /s/ Diane Hashimoto_____
      Diane Hashimoto