| | |
|---|---|
| 1 | M. DANTON RICHARDSON (State Bar No. 141709) |
| | mdantonrichardson@yahoo.com |
| 2 | LAW OFFICES OF M. DANTON RICHARDSON |
| 3 | 131 N. El Molino Ave., Suite 310 |
| | Pasadena, CA 91101 |
| 4 | ***Attorneys for Plaintiff,*** |
| | LITTLE ORBIT LLC |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, | ) Case No.: 8:20-cv-00089-DOC-JDE |
| | ) |
| | ) Judge: Hon. David O. Carter |
| Plaintiff, | ) |
| | ) **PLAINTIFF LITTLE ORBIT LLC'S** |
| vs. | ) **NOTICE OF UNAVOIDABLE** |
| | ) **CONFLICT WITH RECENTLY** |
| DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual, | ) **SCHEDULED HEARING DATE AND** |
| | ) **REQUEST SAME BE RE-SCHEDULED** |
| | ) |
| | ) |
| | ) **Date: November 18, 2021** |
| Defendants. | ) **Time: 11:30 a.m.** |
| _____ | ) **VIDEO CONFERENCE BEFORE** |
| | ) **MAGISTRATE JUDGE JOHN D. EARLY** |
| DESCENDENT STUDIOS INC., a Texas corporation, | ) |
| | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| LITTLE ORBIT LLC, a California Limited Liability Company, | ) |
| | ) |
| Counter Defendant. | ) |
| _____ | ) |

1

WHEREAS, the parties received notice on November 15, 2021, that Plaintiff's Motion for Approval of a Bond to Stay Enforcement of the July 27, 2021, Order and Defendants' Motion to Enforce such Order, etc., have been scheduled for a hearing via video conference before Magistrate John D. Early on November 18, 2021, at 11:30 a.m.;

WHEREAS, Plaintiff's counsel has an unavoidable conflict with the scheduled hearing date and time in that counsel is scheduled to attend a Settlement Conference before before Magistrate Judge Paul L. Abrams commencing at 8:00 a.m. on Thursday, November 18, 2021, in Case No. 2:19-cv-03546-TJH-PLA.

NOW, THEREFORE, Plaintiff Little Orbit respectfully requests that the hearing in this matter be rescheduled for Friday, November 19, 2021, or moved to late afternoon on November 18, 2021.  Defendants' counsel has indicated he is agreeable to rescheduling this matter to either date and time.

DATED: November 16, 2021         **LAW OFFICES OF M. DANTON RICHARDSON**

By:   /s/ M. Danton Richardson
         M Danton Richardson

*Attorney for Plaintiff,*
Little Orbit LLC

2

PLAINTIFF LITTLE ORBIT LLC'S NOTICE OF CONFLICT
AND REQUEST TO RE-SCHEDULE HEARING
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th Day of November, 2021, the foregoing **PLAINTIFF LITTLE ORBIT LLC'S NOTICE OF UNAVOIDABLE CONFLICT WITH RECENTLY SCHEDULED HEARING DATE AND REQUEST SAME BE RE-SCHEDULED** was filed with the Court's CM/ECF system and was served on the following counsel of record via email:

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Tel:   571-386-2980
Fax:  855-295-0740
Email: mikew@novaiplaw.com
Counsel for Defendants

NADA I. SHAMONKI (SBN 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com
Counsel for Defendants

　　　　　　　　　　　　　　　　　　　　/s/ M. Danton Richardson
　　　　　　　　　　　　　　　　　　　　　　M. Danton Richardson

3

PLAINTIFF LITTLE ORBIT LLC'S NOTICE OF CONFLICT
AND REQUEST TO RE-SCHEDULE HEARING
CIVIL ACTION NO. 8:20-CV-00089-DOC-JDE