# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00089-DOC (JDEx) | Date | November 16, 2021 |
| Title | Little Orbit LLC v. Descendent Studios, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| n/a | n/a |

**Proceedings:** (In Chambers): <u>Order re Hearing on Motions (Dkt. 104, 109)</u>

Following the referral by the Honorable David O. Carter, United States District Judge (Dkt. 114), the Court previously scheduled hearings on two pending motions (Dkt. 104, 109, collectively, "Motions") for November 18, 2021 at 11:30 a.m. by videoconference. Dkt. 124. On November 16, 2021, counsel for Plaintiff Little Orbit LLC filed a "Notice of Unavoidable Conflict" stating that counsel had a conflict with the hearing date and requested the hearing on the Motions be rescheduled, with two alternative dates/times proposed. Dkt. 125 ("Notice"). The Court hears law and motion matters on Thursday mornings and the dates/times proposed by counsel for Plaintiff are not available for law and motion hearings. The next available law and motion date is Thursday, December 16, 2021.

As a result, based on Plaintiff's counsel's Notice and in the interests of justice, the hearing on the Motions currently set for November 18, 2021 at 11:30 a.m. is CONTINUED to December 16, 2021, at 10:00 a.m. in Courtroom 6A of the Ronald Reagan Federal Building and United States Courthouse, located at 411 West Fourth Street, Santa Ana, California. The hearing will proceed in person, with no videoconference option, barring an intervening change in the Central District of California's governing General Orders or a separate order by the Court. Parties or counsel may seek leave to appear by telephone by complying with the procedures on Magistrate Judge Early's Procedures and Schedules Page on the Court's website.

IT IS SO ORDERED.