NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                Plaintiff,<br><br>    vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>                Defendants.<br><br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>                Counterclaimant,<br><br>    vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>                Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**DEFENDANTS' REQUEST TO CONSIDER SUPPLEMENTAL DECLARATION OF ERIC PETERSON ADDRESSING NEWLY DISCOVERED EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE COURT'S JULY 27, 2021 ORDER, FOR CONTEMPT SANCTIONS, FOR A DECLARATION OF ENTITLEMENT TO SUSPEND OR TERMINATE THE SETTLEMENT AGREEMENT AND IP LICENSE, AND TO ENJOIN LITTLE ORBIT FROM RELEASING THE GAME**<br><br>Date:     December 16, 2021<br>Time:    10 a.m.<br>Courtroom: 6A<br>Judge: Hon. John D. Early<br><br>Complaint Filed:  1/16/2020 |

Defendants Eric Peterson and Descendent Studios, Inc. hereby file this request for consideration of the attached supplemental declaration of Eric Peterson addressing newly discovered evidence in connection with Defendants' Motion to Enforce the Court's July 27, 2021 Order, for Contempt Sanctions, for a Declaration of Entitlement to Suspend or Terminate the Settlement Agreement and IP License, and to Enjoin Little Orbit From Releasing the Game.

1. Despite the entry a protective order in this case, Little Orbit has persistently refused since September 2021 to provide Defendants with game software or game builds necessary to completely evaluate the progress of the game development and whether Little Orbit has used its best efforts in good faith to develop, complete and release the game.

2. On December 10, 2022, Little Orbit sent Defendants status update documents showing that Little Orbit has caused the progress and functionality of the game to regress considerably, even when compared to the version of the game software that Descendent provided to Little Orbit in February of 2019.

3. This newly discovered information, and Defendants' evaluation of it, is important evidence as to whether Little Orbit, as the exclusive licensee of Descendent's intellectual property under the binding settlement terms sheet, has breached its express and implied obligations to exert its good faith best efforts to develop, complete and release the game.

As set forth in the Declaration of Michael C. Whitticar attached hereto, after conferring with counsel for Plaintiff, Little Orbit does not consent to the filing of Eric Peterson's Supplemental Declaration.

WHEREFORE, Defendants respectfully request the supplemental declaration of Eric Peterson be considered in connection with the hearing in this matter scheduled for December 16, 2021.

| | | |
|---|---|---|
| 1 | Dated: December 15, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Counsel |
| 5 | | Nada I. Shamonki (SBN 205359) |
| 6 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| 7 | | 2029 Century Park East, Suite 3100 |
| 8 | | Los Angeles, CA 90067<br>Telephone: (310) 586-3200 |
| 9 | | Facsimile: (310) 586-3202 |
| 10 | | Email: nshamonki@mintz.com |
| 11 | | Michael C. Whitticar (*admitted pro hac vice*) |
| 12 | | NOVA IP Law, PLLC<br>155 Broadview Avenue, Suite 200 |
| 13 | | Warrenton, VA 20186 |
| 14 | | Tel:  571-386-2980<br>Fax:  855-295-0740 |
| 15 | | E-mail: mikew@novaiplaw.com |
| 16 | | *Counsel for Defendants* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On December 15, 2021, I filed a copy of the following document(s):

**DEFENDANTS' REQUEST TO CONSIDER SUPPLEMENTAL DECLARATION OF ERIC PETERSON ADDRESSING NEWLY DISCOVERED EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE COURT'S JULY 27, 2021 ORDER, FOR CONTEMPT SANCTIONS, FOR A DECLARATION OF ENTITLEMENT TO SUSPEND OR TERMINATE THE SETTLEMENT AGREEMENT AND IP LICENSE, AND TO ENJOIN LITTLE ORBIT FROM RELEASING THE GAME**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

    leo.law.55@gmail.com

- **Michael Danton Richardson**

    mdantonrichardson@yahoo.com

Executed on December 15, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    /s/ Diane Hashimoto_____
Diane Hashimoto