NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR (*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant
DESCENDENT STUDIOS INC. and
Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>Defendants.<br><br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>**DECLARATION OF MICHAEL C. WHITTICAR IN SUPPORT OF DEFENDANTS' REQUEST TO CONSIDER SUPPLEMENTAL DECLARATION OF ERIC PETERSON ADDRESSING NEWLY DISCOVERED EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE COURT'S JULY 27, 2021 ORDER, FOR CONTEMPT SANCTIONS, FOR A DECLARATION OF ENTITLEMENT TO SUSPEND OR TERMINATE THE SETTLEMENT AGREEMENT AND IP LICENSE, AND TO ENJOIN LITTLE ORBIT FROM RELEASING THE GAME**<br><br>Date: December 16, 2021<br>Time: 10 a.m.<br>Courtroom: 6A<br>Judge: Hon. John D. Early<br><br>Complaint Filed: 1/16/2020 |

I, Michael C. Whitticar, declare as follows:

1. I am licensed to practice law in the Commonwealth of Virginia and have been admitted to practice before this court *pro hac vice* in this case. I am an attorney with NOVA IP Law, PLLC ("Nova IP"), counsel for Defendants Descendent Studios Inc. and Eric Peterson ("Defendants"). I submit this supplemental declaration in support of Defendants' Request to Consider Supplemental Declaration of Eric Perterson Addressing Newly Discovered Evidence in Support of Defendants' Motion to Enforce the Court's July 27, 2021 Order, for Contempt Sanctions, for a Declaration of Entitlement to Suspend or Terminate the Settlement Agreement and IP License, and to Enjoin Little Orbit From Releasing the Game.

2. I am over the age of 18 and make this declaration of my own knowledge. I could and would competently testify as to the matters set forth below if called upon to do so.

3. I conferred in good faith by email and attempted to confer by telephone with Danton Richardson, Plaintiff's counsel, on December 15, 2021, and he did not consent to the filing of Eric Peterson's Supplemental Declaration.

I declare under penalty of perjury that the above is true and correct.

Executed This 15th Day of December, 2021, in San Diego County, California.

_____
Michael C. Whitticar

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On December 15, 2021, I filed a copy of the following document(s):

**DECLARATION OF MICHAEL C. WHITTICAR IN SUPPORT OF DEFENDANTS' REQUEST TO CONSIDER SUPPLEMENTAL DECLARATION OF ERIC PETERSON ADDRESSING NEWLY DISCOVERED EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE COURT'S JULY 27, 2021 ORDER, FOR CONTEMPT SANCTIONS, FOR A DECLARATION OF ENTITLEMENT TO SUSPEND OR TERMINATE THE SETTLEMENT AGREEMENT AND IP LICENSE, AND TO ENJOIN LITTLE ORBIT FROM RELEASING THE GAME**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

    leo.law.55@gmail.com

- **Michael Danton Richardson**

    mdantonrichardson@yahoo.com

Executed on December 15, 2021, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto
Diane Hashimoto