1  NADA I. SHAMONKI (SBN 205359)
   nshamonki@mintz.com
2  **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
   2029 Century Park East, Suite 3100
3  Los Angeles, CA 90067
   Telephone:  (310) 586-3200
4  Facsimile:   (310) 586-3202

5  MICHAEL C. WHITTICAR (*admitted pro hac vice*)
   mikew@novaiplaw.com
6  **NOVA IP LAW, PLLC**
   155 Broadview Avenue, Suite 200
7  Warrenton, VA 20186
   Telephone:  (571) 386-2980
8  Facsimile:  (855) 295-0740

9  Attorneys for Defendant/Counterclaimant
   DESCENDENT STUDIOS INC. and
10 Defendant ERIC PETERSON

11 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>14<br><br>15                        Plaintiff,<br><br>16       vs.<br><br>17  DESCENDENT STUDIOS INC., a Texas corporation, and ERIC<br>18  PETERSON, an individual,<br><br>19                        Defendants.<br><br>20 | Case No. 8:20-cv-00089-DOC-JDE<br><br>**SUPPLEMENTAL DECLARATION OF ERIC PETERSON IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE COURT'S JULY 27, 2021 ORDER, FOR CONTEMPT SANCTIONS, FOR A DECLARATION OF ENTITLEMENT TO SUSPEND OR TERMINATE THE SETTLEMENT AGREEMENT AND IP LICENSE, AND TO ENJOIN LITTLE ORBIT FROM RELEASING THE GAME** |
| 21  DESCENDENT STUDIOS INC., a Texas corporation,<br>22<br><br>23                        Counterclaimant,<br><br>24       vs.<br><br>25  LITTLE ORBIT LLC, a California Limited Liability Company,<br>26<br><br>27                        Counterdefendant.<br><br>28 | Date:        December 16, 2021<br>Time:        10:00 a.m.<br>Courtroom: 6A<br>Judge: Hon. John D. Early<br><br>Complaint Filed:    1/16/2020 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **LITTLE ORBIT LLC, a California Limited Liability Company,** | ) ) ) | **Case No.: 8:20-cv-00089-DOC-JDE** |
| **Plaintiff,** | ) ) | **Judge:     Hon. David O. Carter** |
| vs. | ) ) ) | |
| **DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual.** | ) ) ) ) | |

<u>**DECLARATION OF ERIC PETERSON**</u>

1.      I, Eric Peterson, am over eighteen years of age, of sound mind, and competent to testify to the facts stated herein.  I have personal knowledge of the facts stated in this declaration or have based my statements on documents recently provided by Little Orbit on December 10, 2021.

2.      There are several glaring flaws the in the three-piece game development "update" recently delivered by Little Obit on December 10, 2021, which are attached as Exhibits A, B and C hereto.   This update clearly demonstrates the lack of good faith competent efforts by Little Orbit to develop, complete or finish the game at issue.

3.      Little Orbit claims it was ready to ship the game on November, 15, 2021, yet its latest delivery and update is missing a tremendous amount of capability and features from what was already working and working well in the game before the litigation even began, and from what in some cases was already published in Early Access to the general public several years ago by Descendent.

1

4.      The status update provided by Little Orbit on December 10, 2021, provided clear evidence that Little Orbit has done almost no work on the game and in fact had sabotaged and denigrated the game in the more than a year since the BSTS was signed.

5.      It is and was very concerning that the plaintiff has done little to nothing positive on the development of the game to date, and in fact continued to do little or nothing until or about September 24, 2021, when Mr. Danton Richardson sent this email.  A genuine and authentic copy of this email is attached hereto as Exhibit D.   It stated in part as follows:   "We have an external team working on a complete audit of the code along after which they will provide us with a milestone schedule for delivery."

(Ex. D:   emphasis supplied).

6.      Little Orbit admitting that it was in in the process of a code audit ten months after its signed the BSTS shows that it had not even seriously begun to develop or complete the game by then.   This helps explain the regression and lack of progress in the game discussed below.

7.      Little Orbit claims to have made a Herculean effort to finish the game, yet what it has presented to Descendent, and in video, is substantially less than what Descendent had working in February 2019.  Little Orbit has literally cut over 80% of the multiplayer features, which were already released in Early Access several years ago by Descendant.

8.   Here is an image in the game showing the multiplayer options that were available in 2019:



9.  There were more than 10 multi-player only maps in 2019, and you can see in this video link here that we were playing at least 3 of these multiplayer types with the fans in April of 2018.  https://youtu.be/A_VEcKBDH-E

10.  It would be a DISASTER to release the game in EARLY access again missing 80% of the multiplayer experience, most of which was already published and is expected as a baseline. This functionality was in and already working, and Little Orbit taking the game backwards clearly demonstrates its bad faith efforts to sabotage the game at issue and the market for it.

11.  While criticizing Descendent for not having reviewed a copy of the current game code or builds that Little Orbit has refused to provide on several occasions, Defendants can clearly ascertain from the Little Orbit status reports and updates that at least the following are missing from the current version of the game and have been removed from the past version of the game:

1) Languages missing:

    a.  German

    b.  Spanish

    c.  French

    d.  Italian

2) Multiplayer game modes missing

    a.  Team Anarchy

    b.  Miner Mayhem

    c.  Survival

    d.  Conquest

    e.  Corporate War

    f.  Vs. AI

    g.  Co-op vs AI

3) Ship customization is missing the ability to customize

    a.  Wings

    b.  Noses

    c.  Tails

    d.  Decals

4) Difficulty levels

    a.  Trainee

    b.  Rookie

    c.  Veteran

    d.  Ace

    e.  Insane

5) Missing Versions promised in Kickstarter and working in 2019.

    a.  Mac

    b.  Linux

      c.   VR

6) Console versions – promised good faith effort, now said to be more than a year away.

     a. Xbox 1

     b. Xbox X

     c. PS4

     d. PS5

     e. Switch

12.  In addition, the game is supposed to be called "SHIPS THAT FIGHT UNDERGROUND" not Ships that FLY underground.  All Little Orbit had to do was do 20 seconds of research to look the game up on Kickstarter.  Not surprisingly, Little Orbit instead did its typical careless, half-baked effort.   "Ships that FLY Underground" is idiotic, half-baked nonsense proposed by Little Orbit in bad faith.   Nothing flies underground.

13.  The Status Report provided by Little Orbit on December 10, 2021, shows, and admits that all of the tasks listed on its second page are incomplete.  However, it still fails to list as missing all the items set forth above.

14.  The December 10 update was delivered by Little Orbit as to show that it was supposedly READY to launch the game by November 17th, 2021, even though the update was not delivered until December 10th, 2021.

15.  In fact, what Little Orbit says it has completed is substantially less than what Descendent delivered to Little Orbit in February of 2019.   The Little Orbit single player functionality is literally what Descendant had completed minus several features, such as those listed above.  Little Orbit has merely put in three to four weeks work of getting the code up and

running, but it is NOT even close to a finished product.  The Little Orbit version of the game is not even close to what was delivered by Descendent Studios to Little Orbit in February of 2019.

16.   The December 10 Little Orbit update includes a list of videos that allegedly show the game working.   Again, that is Descendent's work.   Little Orbit has done nothing positive toward the completion of the game, but it took out the name Descent and cut an estimated 30% of the overall features and 80% of the multiplayer features.   Little Orbit is once again falsely representing that it is making the game, when it is gutting the game to the bare bones to avoid its good faith development and completion obligations under the BSTS, knowing that is has already materially breached the BSTS.

17.   The videos provided by Little Orbit as part of its December 10 update show that its build is literally MUCH WORSE than the one Descendent delivered to Little Orbit in February of 2019.   This is going backwards and shows why Little Orbit cannot be trusted to finish the game.

18.   Here are some of the errors found in my review of the videos:

- The lighting is off, everything is too dark, they leave the ship light on in their videos because they have messed up the baked lighting in all of the maps. (Baked lighting is when the lighted areas are pre-baked into the textures, giving the illusion of illumination.)

- Training mission (Profile Creation & Campaign Start) - Some of the initial Voice Over ("VO") is missing and so the ship startup sequence is broken.

- Training mission (Profile Creation & Campaign Start) - The initial animation sequence is broken.

- Training mission (Profile Creation & Campaign Start) - The remainder of the mission is not shown in the video, suggesting that Little Orbit may have broken that mission in other ways, as well.

- Hangar (Mission 1 video) - Under the Quarters tab, the Messages system is completely absent & nonfunctional (timestamp 0:37). Instead, the screen shows a nonfunctional

multiplayer rewards User Interface ("UI") page. The Messages system is integral to the single-player game's storytelling and was working in Defendant's original UI.

- Hangar (Mission 1 video) - Under the Quarters tab, the Profile system displays a generic "Item Name" text (timestamp 0:39) instead of a valid starting item. This was working before Plaintiff forced the UI to be replaced shortly before running out of money and violating the development agreement by nonpayment.

- Hangar (Mission 1 video) - Under the Quarters tab, the Collection system also shows invalid placeholder text and art (timestamp 0:51). This was also working prior to Plaintiff efforts.

- Intel Screen (Mission 1 video) - At timestamp 06:26, no images are displayed for the objects described. This was working before Plaintiff took over.

- Mission end (Mission 1 video) - At timestamp 12:23, the middle of the players ship is missing. This was working.

- Mission briefing (Mission 4) - The VO is completely missing.

- Hangar (Mission 5 video) - Not only is the Message window completely empty (it should have several by now); but, the Intel window is empty (timestamp 0:31), despite the in-mission version being show populated in earlier videos.

- Mission 6 ending (Mission 6 video) - The VO that sets up what Hunt talks about in the debrief is missing. It is important and was working when Defendants had control of the game.

- Mission 16 briefing - The VO explaining Moreau's apartment is missing. It was working before LO took over.

- Mission 16 start - The player is not starting in the trench. This had been working as well before LO took over.

- Mission 16 ending - The video that wraps up the entire story does not play. It was working before LO took over.

19.   This build of the game is SIGNIFICANTLY WORSE than what Descendent had working when Descendant delivered the game to Little Orbit.   In the year since the BSTS was signed, Little Orbit has cut at least 80% of the game's multiplayer functionality, the lighting in the environments has gotten worse, and the missions themselves are missing important elements. This is just the tip of the iceberg of the game's new deficiencies created and of the backsliding committed by Little Orbit in the year that it has failed to use good faith best efforts to complete and release the game.

## <u>VERIFICATION</u>

I, Eric Peterson, on this 14th Day of December, 2021 pursuant to the laws of the States of

California and Texas and the United States of America, hereby certify and declare under oath

and under penalty of perjury that the foregoing is true and correct and that the facts stated in this

Declaration are true and correct.

Eric Peterson

# EXHIBIT A

To:     Descendent Studios

From:  Little Orbit LLC

Date:   November 26, 2021

Re:     Development/Marketing Status Update

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Summary:**

- Little Orbit was prepared to ship the game on November 15, 2021, only slightly less than 12 months from the BSTS signature date.  Little Orbit was prepared to do so based on Descendent's claim the one year under paragraph 13 of the BSTS runs from the date of signing the BSTS notwithstanding the fact the one year runs from May 24, 2021, based on Judge Carter's June 17, 2021, Order which adopted the findings and recommendations of Judge Early.  That Order expressly provides:

  > To the extent the Settlement Agreement (Dkt. 48-1 (under seal)) used the phrase "within [___] days of signing [a] written memorialization" or similar language as a triggering event, such trigger date shall be the date of the Report and Recommendation, that is, May 24, 2021;

- Based on Descendent's cease and desist letter dated November 12, 2021, Little Orbit did not release the game as planned and has instead shelved the project pending clarification of the parties' rights.

- Descendent's cease and desist letter was sent in total bad faith given Little Orbit has repeatedly offered to push off the release of the game provided Descendent would agree to extend the shortened deadline of November 17, 2021, Descendent has been insisting was applicable notwithstanding Judge Carter's June 17, 2021, Order, but Descendent has repeatedly refused.  This confirms the bad faith of Descendent in trying to hold Little Orbit to a shortened deadline, forcing Little Orbit to go to extreme measures to meet to such deadline, only for Descendent to then stop the release by issuing its cease and desist letter.

- Descendent sending a cease and desist letter to Little Orbit and third parties and distributors Little Orbit has been working with constitutes a blatant breach of the BSTS, disparagement of Little Orbit, as well as tortious interference with Little Orbit's rights under the BSTS.  We will address such matters in due course.

1

**Updates:**

- Development:
    - Attached is our exported task list that covers tasks mostly just for GameOlic. Little Orbit made a herculean effort to pull this off, and put other Little Orbit projects on hold to make this happen.
    - Little Orbit had its internal production, network, and QA teams working overtime for weeks.
    - Little Orbit also contracted with old staff to resuscitate old systems and get things back online.
    - Little Orbit reconstructed an entirely new multiplayer environment because Descendent never turned over theirs.
    - And GameOlic worked nights and weekends to get through a series of weekly sprints to get the game ready.
    - Also attached is a list of videos that show the entire playthrough of the game from QA.
    - There is a total of 18 files (57.6GB) of video capture lasting 6 hours and 44 minutes that Little Orbit's team put together for this update.
    - Little Orbit made QA capture them twice to ensure the cuts would be contiguous showing that we were actually playing the game at every stage which included going into the Hangar, unlocking ships, upgrading items, etc
    - Even at nearly 7 hours there are loads of gameplay time spent in the Hangar, researching upgrades, reading intel, or re-trying missions that the player has failed.
    - There is easily 10 hours of single player content that even the Early Access community has not seen.
    - To say that we were simply flipping the old multiplayer game back into Early Access is simply false.

# EXHIBIT B

**Ships that Fly Underground**

**Deadline : November 14th**

### Tasks for November launch

| Name | Subitems | Area | Owner | Status |
|------|----------|------|-------|--------|
| Weapon names, datatable / export | | | Heraldo Dardis | Done |
| Remove all languages except EN, set default to EN | | Development | Heraldo Dardis | Done |
| Remove the check on the game that causes the error about matchmaking servers from popping up every 5 seconds. | | Networking | Horacio Meza | Done |
| Need to get matchmaking set up on Gameye and remove all Google Cloud compute calls/setup (previous multiplayer used) | [Sandbox] Test UE4-Docker-Gameye Build flow, [Sandbox] Test Gameeye API calls from the backend server (Start session, stop session), [Sandbox] Generic backend server to receive client match requests, Backend Server implementation, Replace legacy backend integration | Networking | Horacio Meza | Done |

| Subitems | | Name | Priority | Owner | Status |
|----------|--|------|----------|-------|--------|
| | | [Sandbox] Test UE4-Docker-Gameye Build flow | High | Horacio Meza | Done |
| | | [Sandbox] Test Gameeye API calls from the backend server (Start session, stop session). | High | Horacio Meza | Done |
| | | [Sandbox] Generic backend server to receive client match requests | High | Horacio Meza | Done |
| | | Backend Server implementation | High | Horacio Meza | Done |
| | | Replace legacy backend integration | High | Horacio Meza | Done |

| Name | Subitems | Area | Owner | Status |
|------|----------|------|-------|--------|
| Global optimization | Texture Optimization, Texture Groups, Mesh Collision, Capture Reflections, Particle Systems, Geometry Optimization, Post Process, Fogs, Others, Texture Groups (Redeployment) | ArtOptimization | Arthur Victoria | Done |

| Subitems | | Name | Priority | Owner | Status |
|----------|--|------|----------|-------|--------|
| | | Texture Optimization | High | Arthur Victoria | Done |
| | | Texture Groups | High | Arthur Victoria | Done |
| | | Mesh Collision | High | Arthur Victoria | Done |
| | | Capture Reflections | High | Arthur Victoria | Done |
| | | Particle Systems | High | Arthur Victoria | Done |
| | | Geometry Optimization | High | Arthur Victoria | Done |
| | | Post Process, Fogs, Others | High | Arthur Victoria | Done |
| | | Texture Groups (Redeployment) | High | Arthur Victoria | Done |

| Name | Subitems | Area | Owner | Status |
|------|----------|------|-------|--------|
| Matchmaking | [Sandbox] AddMachmaking feature to the backendserver., Matchmaking Server implementation, Replace legacy matchmaking server integration | Networking | Horacio Meza | Done |

| Subitems | | Name | Priority | Owner | Status |
|----------|--|------|----------|-------|--------|
| | | [Sandbox] AddMachmaking feature to the backendserver. | High | Horacio Meza | Done |
| | | Matchmaking Server implementation | High | Horacio Meza | Done |
| | | Replace legacy matchmaking server integration | High | Horacio Meza | Done |

| Name | Subitems | Area | Owner | Status |
|------|----------|------|-------|--------|
| Export Ships names | | QA/Gamedesign | Heraldo Dardis | Done |
| Fix UI textures | | UI/UX | Heraldo Dardis | Done |
| General lighting improvements (there are places too dark) | Lightmaps, Lighting Elements (Spot Lights, Point Lights, Sky Lights and Directional Lights), Build Light (Some Single Player Maps) | ArtOptimization | Arthur Victoria | Done |

| Subitems | | Name | Priority | Owner | Status |
|----------|--|------|----------|-------|--------|
| | | Lightmaps | High | Arthur Victoria | Done |
| | | Lighting Elements (Spot Lights, Point Lights, Sky Lights and Directional Lights) | High | Arthur Victoria | Done |
| | | Build Light (Some Single Player Maps) | High | Arthur Victoria | Done |

| Name | Area | Owner | Status |
|------|------|-------|--------|
| Opening Screen, need new screen. No Descent name, LO first and larger, Descendant smaller and second. (LO will handle the art) | UI/UX | Heraldo Dardis | Done |
| Verify all missions are working and can be completed | QA/Gamedesign | Duilio Giordano | Done |
| Loading screen Decent name needs to be changed | UI/UX | Heraldo Dardis | Done |
| Landing page Descent name needs to be changed | UI/UX | Heraldo Dardis | Done |
| Remove ability to get into Cosmetics section for ships. Can slap a coming soon text on it for now. No time to get it all working | Development | Horacio Meza, Heraldo Dardis | Done |
| Brainstorm new name for all weapons , it will be required for voiced lines as well as text lines and text in the UI (Names will be reviewed by LO) | QA/Gamedesign | Duilio Giordano | Done |
| Export VO files to identify which ones needs to be disabled | Development | Heraldo Dardis | Done |
| Replace old logo with new in all places in game | UI/UX | Heraldo Dardis | Done |
| Replace Descent name on all the strings ingame | UI/UX | Heraldo Dardis | Done |
| Apply new weapons name on all strings | UI/UX | Heraldo Dardis | Done |
| Disable the VO tracks | UI/UX | Heraldo Dardis | Done |
| UI resize problems in ultrawide monitors | UI/UX | Heraldo Dardis | Testing |
| Check and report VO files for "Descent" and previous weapon names dialogues so we can disable them | QA/Gamedesign | Arthur Victoria | Done |
| Frame rate drops significantly in the following areas: Lvl 15 boss flight , Lvl 9 taking out the forcefield | ArtOptimization | | Done |
| Multiplayer mode Anarchy, Free for all version only | Gamedesign | Horacio Meza | Done |
| Build game and dedicated server (this will be an ongoing task) | Build | | Done |
| Minimap needs all controls to be functioning | Gamedesign | Horacio Meza | Done |
| G1 login API | Development | Heraldo Dardis, Horacio Meza | Done |
| Replace STFU icon | UI/UX | Heraldo Dardis | Done |
| Check/Replace app publisher and copyright info | Development | Heraldo Dardis | Done |
| List the game tech specs for Steam | Build | Heraldo Dardis, Horacio Meza | Done |
| Update Steam game description with real information & features | | Duilio Giordano | Done |
| Need to get game set up on Xsolla with : Patcher , Launcher , CDN | Integration | Heraldo Dardis | Not Doing |
| Reroute purchases from Steam to Xsolla | Integration | Heraldo Dardis | Not Doing |
| Setup server/upload/Gameye configuration if needed | Build | | Not Doing |
| Rename Spaceships | QA/Gamedesign | | Not Doing |
| Possible Extra: Bug fixing from high priority jira tasks | Development | | Not Doing |

### LO requests

| Name | Subitems | Area | Owner | Status |
|------|----------|------|-------|--------|
| Opening screen art source | | ArtOptimization | Pablo Bongiorni | Done |
| Xsolla credentials, access | | Integration | Pablo Bongiorni | Done |



| | | | | |
|---|---|---|---|---|
| Game and studio art, logos | | | Art/Optimization | Pablo Bongiorni | Done |
| Check the credits section | | | UI/UX | Daniel Kitchen, Jacob Wo... | Done |
| STFU App icon | | | Build | Pablo Bongiorni | Done |

**Bugs Report**

| Name | Subitems | Area | Owner | Status |
|---|---|---|---|---|
| Fix missions after review (according to bugs on jira all should be good up to mission 8 and there are issues on the last 3) | | Gameplay | Daniel | Working on it |
| [Quest] Mission resets caused by death can take away mission progress | | Gameplay | Daniel | |
| [Quest] Restarting mission 16 after entering the first nanofac room will cause a hard lock after the player picks their ship | | Gameplay | Daniel | |
| [Quest] Loading into a checkpoint in Mission 9 will hard lock the player | | Gameplay | Daniel | |
| [Quest] Mission 14 will be completed successfully even if the player does not reach the exit after the reactor is destroyed | | Gameplay | Daniel | |
| [Quest] Loading into mission 14 may cause the mission to be incompletable if loading into a save state | | Gameplay | Daniel | |
| [Gameplay] Trying to load a save on the mission fail screen results in loss of control | | Gameplay | Daniel | |
| [Quest] In mission 11, the power ups in the spawn area are named "None" | | UI/UX | Heraldo Dardis | |
| [Quest] Placeholder text is present in mission 12 briefing and objectives | | UI/UX | Heraldo Dardis | |
| [Gameplay] On rare occasions, the players ship will change when a mission is restarted | | Gameplay | | |
| [Gameplay] Changing/capturing ships results in total loss of control | | Gameplay | | |
| [Gameplay] Using the rear view camera and backing up into the environment causes the camera to clip through it | | Gameplay | Arthur Victoria | Waiting |
| [Gameplay] Destructible items are often invisible | | Gameplay | Arthur Victoria | |
| [Gameplay] Vulcan Cannon particles are not displayed properly | | Gameplay | Arthur Victoria | Done |
| [Gameplay] Motion blur affects the objective panel | | Gameplay | Arthur Victoria | |
| [Gameplay] Massive frame drop when entering the room after capturing first dataport | | Gameplay | Arthur Victoria | Working on it |
| [Gameplay] Skipping the cutscene that plays before the mission briefing displays a space scene | | Gameplay | Arthur Victoria | |
| [UI] Losers can still see the Victory screen in Multiplayer | | UI/UX | Horacio Meza, Heraldo Dar... | |
| [Gameplay] Multiplayer match countdown is not properly localized | | Gameplay | Horacio Meza | Done |
| [Gameplay] Queuing up for multiplayer matches results in "Network error" | | Gameplay | Horacio Meza | Done |
| [UI] The killfeed does not show the player's actual name | | UI/UX | Horacio Meza | |
| [UI] The pause menu in multiplayer is the same as single player | | UI/UX | Horacio Meza, Heraldo Dar... | |
| [Gameplay] Ship XP and currency are not granted after multiplayer matches | | Gameplay | Horacio Meza | |
| [Gameplay] In multiplayer, the respawn timer will not start until the player picks a ship | | Gameplay | Horacio Meza | |
| [Gameplay] In multiplayer, deaths are not counted properly on the scoreboard | | Gameplay | Horacio Meza | |
| [Gameplay] In multiplayer, the player will rarely not have control when the match starts | | Gameplay | Horacio Meza | |
| [UI] The pause menu will sometimes duplicate in multiplayer | | UI/UX | Horacio Meza | |
| [Gameplay] Attempting to bring up the map while loading a ship in campaign will bring up an un-closable scoreboard | | Gameplay | Horacio Meza | |
| [Gameplay] Completing a practice mission brings the player back to the multiplayer screen | | Gameplay | Horacio Meza | |
| [UI] "Descent" text is present on Windows' taskbar | | UI/UX | Heraldo Dardis | Done |
| [UI] "Descent" text is present in Discord streaming | | UI/UX | Heraldo Dardis | Done |
| [UI] "Descent" text is present when trying to exit the game | | UI/UX | Heraldo Dardis | Done |
| [UI] "Descent" text is present in task manager | | UI/UX | Heraldo Dardis | Done |
| [UI] "Descent" text is present in volume mixer | | UI/UX | Heraldo Dardis | Done |
| [UI] Video captures are named Descent by default | | UI/UX | Heraldo Dardis | Done |
| [VO] "Descent" is referenced in VO | | UI/UX | Heraldo Dardis | Working on it |
| [UI] Descent is referenced in a loading screen tip | | UI/UX | Heraldo Dardis | Working on it |
| [UI] "Descent" text present in the opening cutscene | | UI/UX | Heraldo Dardis | Working on it |
| [Gameplay] Accessing the in-game chat causes total loss of control | | UI/UX | Heraldo Dardis | Done |
| [Steam] "Descent" text is present in the desktop icon | | Gameplay | Jacob Wolff | Done |
| [Steam] "Descent" is referenced in Steam's directories | | Gameplay | Jacob Wolff | Done |
| [Gameplay] Recharge zones are not functional | | Gameplay | | |
| [Gameplay] The difficulty option in practice (survival) is stuck on veteran and cannot be changed | | Gameplay | | |
| [Gameplay] The difficulty option in practice (vs ai) is stuck on trainee and cannot be changed | | Gameplay | | |
| [VO] No sound present in Mission 4's mission briefing | | UI/UX | | |
| [VO] Carson audio during mission briefing is very low | | Audio | | |
| [Audio] Some audio sliders are not entirely functional | | Audio | | |

# EXHIBIT C

| | | |
|---|---|---|
| Profile Creation & Campaign Start | https://www.dropbox.com/s/twjauz26abyk8io/01%20Profile%20Creation.mp4?dl=0 | 0:01:41 |
| Mission 1 | https://www.dropbox.com/s/kdg8n48dl0e1ir7/M1_Gameplay.m4v?dl=0 | 0:13:51 |
| Mission 2 | https://www.dropbox.com/s/jbwai1rmylj5a84/M2_Gameplay.mp4?dl=0 | 0:17:07 |
| Mission 3 | https://www.dropbox.com/s/pzeqptnmhdow0lh/M3_Gameplay.mp4?dl=0 | 0:19:39 |
| Mission 4 | https://www.dropbox.com/s/6p2daxxdzafa0e8/M4_Gameplay.mp4?dl=0 | 0:28:31 |
| Mission 5 | https://www.dropbox.com/s/eo2tjn9pfwzyaam/M5_Gameplay.m4v?dl=0 | 0:24:56 |
| Mission 6 | https://www.dropbox.com/s/x2o423pny3ipk9i/M6_Gameplay.m4v?dl=0 | 0:24:26 |
| Mission 7 | https://www.dropbox.com/s/4ubwhf6u91fszvx/M7_Gameplay.m4v?dl=0 | 0:31:13 |
| Mission 8 | https://www.dropbox.com/s/07zbc0jwtl04elp/M8_Gameplay.m4v?dl=0 | 0:33:04 |
| Mission 9 | https://www.dropbox.com/s/muamne8wmp920yb/M9_Gameplay.m4v?dl=0 | 0:21:08 |
| Mission 10 | https://www.dropbox.com/s/62jf9ufituc4fze/M10_Gameplay.mp4?dl=0 | 0:33:00 |
| Mission 11 | https://www.dropbox.com/s/fsnqby2zxprmpvh/M11_Gameplay.mp4?dl=0 | 0:20:22 |
| Mission 12 | https://www.dropbox.com/s/tvp19q4ugr424fk/M12_Gameplay.m4v?dl=0 | 0:17:54 |
| Mission 13 | https://www.dropbox.com/s/yr4z418d8cic9wt/M13_Gameplay.m4v?dl=0 | 0:22:44 |
| Mission 14 | https://www.dropbox.com/s/p11tako4fodp1i2/M14_Gameplay.m4v?dl=0 | 0:20:37 |
| Mission 15 | https://www.dropbox.com/s/y1szkaildulfbft/M15_Gameplay.mp4?dl=0 | 0:28:55 |
| Mission 16 | https://www.dropbox.com/s/e2oe983pg0cyyxm/M16_Gameplay.mp4?dl=0 | 0:31:45 |
| Multiplayer | https://www.dropbox.com/s/3g2mec7wqo2vjrs/MultiPlayer_Gameplay.mp4?dl=0 | 0:13:54 |

6:44:47

# EXHIBIT D

 Gmail

Michael Whitticar <novaiplaw@gmail.com>

## Notice of Termination of IP License

**Mr Danton Richardson** <mdantonrichardson@yahoo.com>                     Fri, Sep 24, 2021 at 5:36 AM
To: Michael Whitticar <mikew@novaiplaw.com>

Dear Michael,

I must say I am surprised by your email considering we just met and conferred earlier in the day regarding the following:

> (1) your threat to file a Motion for Contempt regarding Little Orbit's failure to comply with the Court's July 27, 2021, Order;

> (2) Little Orbit's planned Application/Motion Seeking Approval of a Cash Bond pursuant to FRCP 62(b) to stay enforcement of such Order pending appeal; and

> (3) Whether the proof of $1,000,000 in funds we recently provided was acceptable assurance of performance as ordered in the July 27, 2021, Order.

First, as you know, Little Orbit does not believe that there has been any breach as paragraph (4) of the BSTS provides for the remedy if any payment is not made timely. Moreover, as you also know, the subject Order - which never addressed the meaning nor effect of paragraph (4) given Little Orbit never had the opportunity to file any opposition to Descendent's Motion to Enforce - is currently on appeal. Our posting of an appeal bond - which you refused to stipulate to - will stay enforcement of that Order.

Second, as to "adequate assurance" I would again submit that Little Orbit's providing proof of having no less than $1,000,000 in funds on hand provides proof my client has the financial resources to complete the development of the game. You disagreed and have demanded that Little Orbit provide P/L and bank statements together with an update as to the status of development, etc. As you know, I advised you I was on my way out of town for a long weekend and would return on Tuesday and would provide you such materials. You made no objection to that timetable nor did you demand that LO immediately provide such materials. Yet, later in the day I received your email below purporting to suspend the license because such materials have not yet been provided. So now, when I should be on a long planned and needed long weekend break, I am instead having to respond to your email below.

Third, as to the status of the game development, please recall that Descendent did not provide Little Orbit with a copy of the game IP assets until July, and then only after Little Orbit was forced to bring a motion to set aside the BSTS for failure of consideration after Descendent confirmed such assets no longer existed. Somehow Descendent was able to obtain a copy of such assets notwithstanding the earlier advice that such assets no longer existed. So here's the latest re status of development:

> Since finally receiving a complete copy of all game IP assets, Little Orbit has started the development which has included recreating an UnrealCI solution that builds the client and server from our new Perforce repository created from the code finally delivered in July. The client is auto posted to our Steam account and server is posted to Playfab and spun up for testing. We are debugging why the server immediately errors and spins down. We have an

12/14/21, 1:35 PM
Case 8:20-cv-00089-DOC-JDE    Document 127-2    Filed 12/15/21    Page 21 of 22    Page ID
Gmail - Notice of termination of License
#:2412

external team working on a complete audit of the code along after which they will provide us
with a milestone schedule for delivery.

Little Orbit has every intent of completing development of the game in the shortened
schedule provided in the July 27th Order even though we do not believe that is the applicable
timeline. However, Descendent's purported termination of Little Orbit's license will interfere
with Little Orbit's ability to meet that obligation.  That is Descendent's doing, not Little Orbit's
and an equal amount of additional time should be provided for every day that you continue to
claim the license has been suspended/terminated.

Fourth, your email below purportedly providing "notice of termination of IP license" is premature
and improper and is yet your latest attempt to take over development of the game so Descendent
can do a deal with InterPlay.  That motive, I suspect, has been your side's goal ever since the
negotiations for a license with InterPLay under the current BSTS broke down last April.  In fact, you
confirmed that Descendent has already worked out a deal with InterPlay as well as third party
vendors.  I think that is jumping the gun a bit and shows your client's failure to conduct itself with
good faith and fair dealing towards the BSTS.  I also suspect that is why your client was refusing to
turn over all of the game IP assets as you not only delaying Little Orbit's ability to develop the
game but were holding those assets back to be provided to InterPlay instead.

Fifth, attached is a copy of Little Orbit Profit and Loss statement for the year 2021 covering through
September 9, 2021.  As you can see, Little Orbit has received over $2.1 million in gross income
and over $700,000 in net profit for this fiscal year through September 9, 2021.  That provides
adequate evidence that Little Orbit can afford the development of the game and that is without
even seeking outside funding which is common in this business and Little Orbit's usual method of
operation in developing games.  Speaking of which, it bears noting that the issues still pending
between the parties have effectively stalled any efforts to obtain outside funding for the
development of the game.

Sixth, I will separately follow up with copies of Little Orbit's bank statement.


M. Danton Richardson
Law Offices of M. Danton Richardson
131 N. El Molino Avenue, Suite 310
Pasadena, California  91101
(949) 677-6434
mdantonrichardson@yahoo.com


[Quoted text hidden]

---

 **Little Orbit 09-09-2021 P&L.pdf**
44K

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On December 15, 2021, I filed a copy of the following document(s):

**SUPPLEMENTAL DECLARATION OF ERIC PETERSON IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE COURT'S JULY 27, 2021 ORDER, FOR CONTEMPT SANCTIONS, FOR A DECLARATION OF ENTITLEMENT TO SUSPEND OR TERMINATE THE SETTLEMENT AGREEMENT AND IP LICENSE, AND TO ENJOIN LITTLE ORBIT FROM RELEASING THE GAME**

By electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Leo Edward Lundberg , Jr**

  leo.law.55@gmail.com

- **Michael Danton Richardson**

  mdantonrichardson@yahoo.com


Executed on December 15, 2021, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/ Diane Hashimoto_____
Diane Hashimoto