UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-00089-DOC (JDEx) | Date | December 16, 2021 |
| Title | Little Orbit LLC v. Descendant Studios, Inc. et al. | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Maria Barr | CS 12/16/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Michael D. Richardson | Michael C. Whitticar |

**Proceedings:**   Hearing re [104] Plaintiff's Motion for Bond, etc.; [109] Defendant's Motion to Enforce the Court's July 27, 2021 Order, etc.

  Case called. Counsel make appearances with client/client representatives. The Court and counsel discuss Plaintiff's Motion for Bond to Stay Enforcement of July 27, 2021 Order Pending Appeal (Dkt. 104) and Defendant's Motion to Enforce the Court's July 27, 2021 Order, etc. (Dkt. 109) (collectively, "Motions"). With counsels' assent, the Court recesses the hearing to permit the parties and counsel to discuss a potential resolution.

  Following the recess, with all parties and counsel present, counsel place the terms of an agreement reached to resolve the case on the record (under seal), to which the parties /party representatives agree on the record. The parties anticipate that the terms of the settlement will be completed within three weeks, with a stipulation to dismiss all claims to be filed upon such completion. Counsel for the parties may obtain a copy of the sealed portion of the hearing transcript or recording, upon complying with any administrative or financial requirements, without further order from Court; release of such transcript or recording shall not be made to any third party without a prior Court order. Counsel for the parties WITHDRAW the Motions (Dkt. 104, 109).

  IT IS SO ORDERED.

cc: Judge Carter

                                     :   35

Initials of Clerk:   mba