UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DESCENDENT STUDIOS, INC., a Texas corporation; ERIC PETERSON, an individual, <br><br> Defendants-Appellees. | No. 21-55852 <br><br> D.C. No. 8:20-cv-00089-DOC-JDE <br> Central District of California, <br> Santa Ana <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion to file under seal Volume 4 of the excerpts of record and portions of the opening brief (Docket Entry No. 27) is granted. The Clerk will file publicly the motion to seal (Docket Entry No. 27-1), the redacted opening brief (Docket Entry No. 28), and Volumes 1 through 3 of the excerpts of record (Docket Entry No. 29). The Clerk will file under seal the unredacted opening brief and Volume 4 of the excerpts of record (Docket Entry Nos. 27-2, 27-3).

The existing briefing schedule remains in effect.

MKS/Appellate Commissioner