M. DANTON RICHARDSON (SBN 141709)
mdantonrichardson@yahoo.com
LAW OFFICES OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
Telephone: (949) 677-6434

Attorneys for Plaintiff/Counterdefendant
LITTLE ORBIT LLC

NADA I. SHAMONKI (SBN 205359)
nshamonki@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

MICHAEL C. WHITTICAR
(*admitted pro hac vice*)
mikew@novaiplaw.com
**NOVA IP LAW, PLLC**
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Telephone: (571) 386-2980
Facsimile: (855) 295-0740

Attorneys for Defendant/Counterclaimant DESCENDENT STUDIOS INC. and Defendant ERIC PETERSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>  Defendants.<br><br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>  Counterclaimant,<br><br>vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>  Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>Judge:   Hon. David O. Carter<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: 1/16/2020 |

Pursuant to Federal Rules of Civil Procedure 41(a) and (c), Plaintiff/Counterdefendant Little Orbit LLC ("Plaintiff"), and Defendant/Counterclaimant Descendent Studios Inc. and Defendant Eric Peterson ("Defendants"), by and through their counsel of record, do hereby agree and stipulate as follows:

(1) The instant case, including all claims asserted by Little Orbit LLC and all counterclaims asserted by Descendent Studios, Inc. along with all claims to enforce, vacate or set aside the Binding Settlement Terms Sheet, all claims for contempt sanctions, and all claims for breach of the Binding Settlement Terms Sheet, shall be dismissed with prejudice; and,

(2) Plaintiff and Defendants each shall bear their own costs and attorneys' fees in connection with this case.

**IT IS SO STIPULATED.**

Dated: June 10, 2022

/s/ M. Danton Richardson
M. Danton Richardson
Attorney for Plaintiff/Counterdefendant LITTLE ORBIT LLC

Dated: June 10, 2022

Michael C. Whitticar
Nada I. Shamonki

Attorneys for Defendant/Counterclaimant DESCENDENT STUDIOS INC. and Defendant ERIC PETERSON

*ALL OTHER SIGNATORIES LISTED, AND ON WHOSE BEHALF THE FILING IS SUBMITTED, CONCUR IN THE FILING'S CONTENT AND HAVE AUTHORIZED THE FILING*