| | |
|---|---|
| M. DANTON RICHARDSON (SBN 141709)<br>mdantonrichardson@yahoo.com<br>LAW OFFICES OF M. DANTON RICHARDSON<br>131 N. El Molino Ave., Suite 310<br>Pasadena, CA 91101<br>Telephone: (949) 677-6434<br><br>Attorneys for Plaintiff/Counterdefendant LITTLE ORBIT LLC | NADA I. SHAMONKI (SBN 205359)<br>nshamonki@mintz.com<br>**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Telephone: (310) 586-3200<br>Facsimile: (310) 586-3202<br><br>MICHAEL C. WHITTICAR (*admitted pro hac vice*)<br>mikew@novaiplaw.com<br>**NOVA IP LAW, PLLC**<br>155 Broadview Avenue, Suite 200<br>Warrenton, VA 20186<br>Telephone: (571) 386-2980<br>Facsimile: (855) 295-0740<br><br>Attorneys for Defendant/Counterclaimant DESCENDENT STUDIOS INC. and Defendant ERIC PETERSON |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DESCENDENT STUDIOS INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>　　　　　　　Defendants.<br>DESCENDENT STUDIOS INC., a Texas corporation,<br><br>　　　　　　　Counterclaimant,<br><br>　vs.<br><br>LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>　　　　　　　Counterdefendant. | Case No. 8:20-cv-00089-DOC-JDE<br><br>Judge:　Hon. David O. Carter<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [133]**<br><br><br><br><br><br><br><br><br><br>Complaint Filed: 1/16/2020 |

In accordance with the joint stipulation of dismissal with prejudice submitted by Plaintiff/ Counterdefendant Little Orbit LLC ("Plaintiff"), and Defendant/Counterclaimant Descendent Studios Inc. and Defendant Eric Peterson ("Defendants") pursuant to Federal Rules of Civil Procedure 41(a) and (c), IT IS HEREBY ORDERED that:

(1) The instant case, including all claims asserted by Little Orbit LLC and all counterclaims asserted by Descendent Studios, Inc. along with all claims to enforce, vacate or set aside the Binding Settlement Terms Sheet, all claims for contempt sanctions, and all claims for breach of the Binding Settlement Terms Sheet, are dismissed with prejudice; and,

(2) Plaintiff and Defendants each shall bear their own costs and attorneys' fees in connection with this case.

**IT IS SO ORDERED.**

June 13, 2022
DATED

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE